John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
   ggreenwood@pszjlaw.com

Electronically filed on: October 26, 2020

[Proposed] Special Litigation Counsel to
Kavita Gupta, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: bk-s-18-12456-gs |
| **DESERT OASIS APARTMENTS, LLC,** | Chapter 11 |
| Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

  John D. Fiero, Petitioner, respectfully represents to the Court:

  1. That Petitioner is an attorney at law and a member of the law firm of Pachulski Stang Ziehl & Jones, LLP, 150 California Street, 15th Floor, San Francisco, California 94111 (415) 263-7000, jfiero@pszjlaw.com.

  2. That Petitioner has been retained personally or as a member of the law firm by Kavita Gupta, chapter 11 Trustee, to provide legal representation in connection with the above-entitled case now pending before this Court.

  3. That since December 7, 1988, Petitioner has been and presently is a member in good standing of the bar of the highest state of California, where Petitioner regularly practices law. Filed herewith is a Certificate of Good Standing for Petitioner from the clerk of the Supreme Court of the State of California.

  4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of

other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the Central District of California | November 6, 1992 | 136557 |
| U.S. District Court for the Eastern District of California | November 27, 1991 | 136557 |
| U.S. District Court for the Northern District of California | December 7, 1998 | 136557 |
| U.S. District Court for the Southern District of California | September 21, 1993 | 136557 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below: NONE.

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below: NONE.

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission): NOT APPLICABLE.

8. That Petitioner is a member of good standing in the following Bar Associations:

- Bar Association of San Francisco

9. That Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

- June 2016- February 2019; In re Cal Neva Lodge LLC, USBC D. Nev., case no. 16-51281; committee representation by John Fiero / Shirley Cho in case transferred from CA.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Dated: October 26, 2020

John D. Fiero

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

October 22, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN DOUGLASS FIERO, #136557 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1988 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __SAN FRANCISCO__ }

On __10/22/2020__ before me, __HUNG PHAN, NOTARY PUBLIC__,  
         Date                                  Here Insert Name and Title of the Officer

personally appeared __JOHN D. FIERO__  
                            Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: HUNG PHAN, Notary Public - California, San Francisco County, Commission # 2277480, My Comm. Expires Feb 15, 2023]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
                    Signature of Notary Public

Place Notary Seal and/or Stamp Above

―――――――― **OPTIONAL** ――――――――  
Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**  
Title or Type of Document: _____  
Document Date: _____ Number of Pages: _____  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2018 National Notary Association