UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE: Desert Oasis Apartments, LLC | CASE NO: 18-12456-gs<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 212 |

On 11/25/2020, I did cause a copy of the following documents, described below,

Objection and Reservation of Rights of the U.S. Trutsee to the Application of the Chapter 11 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel ECF Docket Reference No. 212

Objection and Reservation of Rights of the U.S. Trustee to the Application of the Chapter 11 Trustee for Order Approving Employment of Ghandi Deeter Blackham as Local Counsel for Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel 213

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2020

/s/ Edward M. McDonald Jr.
Edward M. McDonald Jr.  NY 4126009
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD SOUTH SUITE 4300
LAS VEGAS, NV  89101
702 388 6600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE:  Desert Oasis Apartments, LLC | CASE NO: 18-12456-gs<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 212 |

On 11/25/2020, a copy of the following documents, described below,

Objection and Reservation of Rights of the U.S. Trutsee to the Application of the Chapter 11 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel ECF Docket Reference No. 212

Objection and Reservation of Rights of the U.S. Trustee to the Application of the Chapter 11 Trustee for Order Approving Employment of Ghandi Deeter Blackham as Local Counsel for Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel 213

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Edward M. McDonald Jr.
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD SOUTH SUITE 4300
LAS VEGAS, NV  89101

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DESERT OASIS APARTMENTS LLC
ATTN: DAVID GAFFIN OR OFFICER MANAGING
OR GENERAL AGENT.
10181 PARK RUN DRIVE SUITE 200
LAS VEGAS NV 89145

LENARD E. SCHWARTZER ESQ.
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BOULEVARD SUITE 1
LAS VEGAS NV 89146

KAVITA GUPTA
1300 BRISTOL ST NO STE 100
NEWPORT BEACH CA 92660

KEVIN W COLEMAN ESQ.
NUTI HART LLP
411 30TH STREET SUITE 408
OAKLAND CA 94609

JOHN D. FIERO ESQ.
PACHULSKI STANG ZIEHL AND JONES
150 CALIFORNIA ST 15TH FLR
SAN FRANCISCO CA 94111-4500

SHARA L LARSON ESQ.
GHANDI DEETER BLACKHAM
725 SO 8TH ST STE 100
LAS VEGAS NV 89101