Terri H. Didion, Assistant United States Trustee     E-Filed: November 25, 2020
State Bar No. CA 133491
Edward M. McDonald Jr., Trial Attorney
State Bar No. NY 4126009
*edward.m.mcdonald@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Ste. 4300
Las Vegas, NV 89101
Tel.: (702) 388-6600, Ext. 234
Fax: (702) 388-6658
Attorneys for the United States Trustee for Region 17
    TRACY HOPE DAVIS

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>                               Debtor. | Case No: BK-S-18-12456-GS<br>Chapter 11<br>Date:   December 10, 2020<br>Time:   9:30 a.m.<br>Place: Telephonic, GS Courtroom |

**CERTIFICATE OF SERVICE**

      On November 25, 2020, I served: (1) the *Objection and Reservation of Rights of the United States Trustee to the Application of the Chapter 11 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel* [ECF No. 212]; and (2) the *Objection and Reservation of Rights of the United States Trustee to the Application of the Chapter 11 Trustee for Order Approving Employment of Ghandi Deeter Blackham as Local Counsel for Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel* [ECF No. 213] by the following means to following the persons:

      (a) By ECF System: *see* Exh. A, Notices of Electronic Filing for ECF Nos.212 & 213; and,   (b) By email to:

| | |
|---|---|
| kcoleman@nutihart.com<br>nedda@ghandilaw.com<br>shara@ghandilaw.com<br>jfiero@pszjlaw.com | kfineman@nutihart.com;<br>tgray@Gtg.legal;<br>ggreenwood@pszjlaw.com |

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2020   **OFFICE OF THE UNITED STATES TRUSTEE**
                               By:  */s/ Edward M. McDonald Jr.*
                                     An Authorized Employee of the United States Trustee

1

# EXHIBIT A

**File an answer to a motion:**

18-12456-gs DESERT OASIS APARTMENTS, LLC Converted 06/29/2018

| | | |
|---|---|---|
| Type: bk | Chapter: 11 i | Office: 2 (Las Vegas) |
| Assets: y | Judge: gs | Case Flag: BAPCPA, RLFORD |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from EDWARD M. MCDONALD entered on 11/25/2020 at 10:48 AM PST and filed on 11/25/2020
Case Name:        DESERT OASIS APARTMENTS, LLC
Case Number:     18-12456-gs
Document Number: 212

**Docket Text:**
Objection Filed by EDWARD M. MCDONALD on behalf of U.S. TRUSTEE - LV - 11 11 (Related document(s)[187] Application to Employ filed by Trustee KAVITA GUPTA.) (MCDONALD, EDWARD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Opp App Emp PSZJ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/25/2020] [FileNumber=33383745-0] [6080d862a3a5d761523f78faab50de7f8697a2b016875c8b57c2b8e9eeff89933a4ddfcec80f739ebf69e1f6c40b167d92ecf16dc01df6bf9658f5f0ad945256]]

**18-12456-gs Notice will be electronically mailed to:**

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
jdreher@downeybrand.com, mfrazier@downeybrand.com

KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
kfineman@nutihart.com

EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

NEDDA GHANDI on behalf of Special Counsel GAIL S. GREENWOOD
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

NEDDA GHANDI on behalf of Special Counsel JOHN D. FIERO
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

NEDDA GHANDI on behalf of Trustee KAVITA GUPTA
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee KAVITA GUPTA

tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND
sgubner@bg.law, ecf@bg.law;rsokol@bg.law

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov

TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, kmena@markwraylaw.com

**18-12456-gs Notice will not be electronically mailed to:**

KEVIN W. COLEMAN on behalf of Plaintiff KAVITA GUPTA
NUTI HART LLP
411 30TH STREET, STE. 408
OAKLAND, CA 94609

JOHN D. FIERO
PACHULSKI STANG ZIEHL & JONES LLP
150 CALIFORNIA STREET 15TH FL
SAN FRANCISCO, CA 94111-4500

JOHN D. FIERO on behalf of Trustee KAVITA GUPTA
PACHULSKI, STANG, ZIEHL, AND JONES
150 CALIFORNIA ST, 15TH FLR
SAN FRANCISCO, CA 94111-4500

GAIL S. GREENWOOD on behalf of Trustee KAVITA GUPTA
PACHULSKI STANG ZIEHL AND JONES, LLP
150 CALIFORNIA STREET, 15TH FLOOR
SAN FRANCISCO, CA 9411

KAVITA GUPTA
1300 BRISTOL ST NO, STE 100
NEWPORT BEACH, CA 92660

JUNIPER LOAN SERVICING CORPORATION
,

SHARA L LARSON on behalf of Trustee KAVITA GUPTA
GHANDI DEETER BLACKHAM
725 SO 8TH ST, STE 100
LAS VEGAS, NV 89101

ROBERT E LEVINE
3813 SUNSET LANE
OXNARD, CA 93035

TAMARA M LEVINE
3813 SUNSET LANE
OXNARD, CA 93035

CATHY L. REECE on behalf of Creditor THE NORTHERN TRUST COMPANY
2394 EAST CAMELBACK RD STE 600
PHOENIX, AZ 85016

**File an answer to a motion:**

18-12456-gs DESERT OASIS APARTMENTS, LLC Converted 06/29/2018

| | | |
|---|---|---|
| Type: bk | Chapter: 11 i | Office: 2 (Las Vegas) |
| Assets: y | Judge: gs | Case Flag: BAPCPA, RLFORD |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from EDWARD M. MCDONALD entered on 11/25/2020 at 10:51 AM PST and filed on 11/25/2020
**Case Name:** DESERT OASIS APARTMENTS, LLC
**Case Number:** 18-12456-gs
**Document Number:** 213

**Docket Text:**
Objection Filed by EDWARD M. MCDONALD on behalf of U.S. TRUSTEE - LV - 11 11 (Related document(s)[190] Application to Employ filed by Trustee KAVITA GUPTA.) (MCDONALD, EDWARD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Opp App Emp GDB.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/25/2020] [FileNumber=33383752-0] [e0dacc8483ad9190dd11a07756eac2ad4c2623de65cd14e8069b23e1972e75456f1468bd7faf336a449760cc2d96d6b0f9e0706b55ad74ed2c952411ec637709]]

**18-12456-gs Notice will be electronically mailed to:**

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
jdreher@downeybrand.com, mfrazier@downeybrand.com

KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
kfineman@nutihart.com

EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

NEDDA GHANDI on behalf of Special Counsel GAIL S. GREENWOOD
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

NEDDA GHANDI on behalf of Special Counsel JOHN D. FIERO
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

NEDDA GHANDI on behalf of Trustee KAVITA GUPTA
nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee KAVITA GUPTA


tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND
sgubner@bg.law, ecf@bg.law;rsokol@bg.law

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov

TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, kmena@markwraylaw.com

**18-12456-gs Notice will not be electronically mailed to:**

KEVIN W. COLEMAN on behalf of Plaintiff KAVITA GUPTA
NUTI HART LLP
411 30TH STREET, STE. 408
OAKLAND, CA 94609

JOHN D. FIERO
PACHULSKI STANG ZIEHL & JONES LLP
150 CALIFORNIA STREET 15TH FL
SAN FRANCISCO, CA 94111-4500

JOHN D. FIERO on behalf of Trustee KAVITA GUPTA
PACHULSKI, STANG, ZIEHL, AND JONES
150 CALIFORNIA ST, 15TH FLR
SAN FRANCISCO, CA 94111-4500

GAIL S. GREENWOOD on behalf of Trustee KAVITA GUPTA
PACHULSKI STANG ZIEHL AND JONES, LLP
150 CALIFORNIA STREET, 15TH FLOOR
SAN FRANCISCO, CA 9411

KAVITA GUPTA
1300 BRISTOL ST NO, STE 100
NEWPORT BEACH, CA 92660

JUNIPER LOAN SERVICING CORPORATION
,

SHARA L LARSON on behalf of Trustee KAVITA GUPTA
GHANDI DEETER BLACKHAM
725 SO 8TH ST, STE 100
LAS VEGAS, NV 89101

ROBERT E LEVINE
3813 SUNSET LANE
OXNARD, CA 93035

TAMARA M LEVINE
3813 SUNSET LANE
OXNARD, CA 93035

CATHY L. REECE on behalf of Creditor THE NORTHERN TRUST COMPANY
2394 EAST CAMELBACK RD STE 600
PHOENIX, AZ 85016