1  Kevin W. Coleman (CA SBN 168538)
   Kimberly S. Fineman (CA SBN 184433)
2  NUTI HART LLP
   411 30TH Street, Suite 408
3  Oakland, CA 94609-3311
   Telephone: 510-506-7152
4  Email: kcoleman@nutihart.com
          kfineman@nutihart.com
5

6  Attorneys for Kavita Gupta,
   Chapter 11 Trustee for Desert Oasis Apartments, LLC
7

8

9

10              **UNITED STATES BANKRUPTCY COURT**

11                    **DISTRICT OF NEVADA**

12  In re:                              Case No.:  BK-S-18-12456-GS

13  DESERT OASIS APARTMENTS, LLC,       Chapter 11

14            Debtor.                   **CHAPTER 11 TRUSTEE KAVITA
                                        GUPTA'S MOTION TO APPROVE
15                                      DISBURSEMENT OF ADDITIONAL
                                        SUMS OWING TO BUYER ED-DEN
16                                      UNDER SALE ORDER**

17                                      Date:      January 11, 2021
                                        Time:      9:30 a.m.
18                                      Judge:     Hon. Gary Spraker

19

20

21        Kavita Gupta ("Trustee"), Chapter 11 trustee for the estate of Desert Oasis Apartments,

22  LLC ("Estate"), hereby seeks an order authorizing the disbursement of $12,590.00 to ED-DEN

23  Investment Co. LLC ("Buyer") as additional sums owing to Buyer under the *Order Granting*

24  *Chapter 11 Trustee Kavita Gupta's Motion to Approve Sale of Debtors' Assets Free and Clear of*

25  *Liens and Grant Related Relief – Lot 5* [Doc No. 1264 in formerly jointly administered lead Case

26  No. 18-12454] (the "Sale Order").  In support of this Objection, the Trustee respectfully

27  represents as follows:

28

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

1    The Estate owned a parcel of real property commonly known as 5316 Danville

2  Lane/5331 Bethel Lane, Las Vegas, Nevada ("Apartments").  On January 3, 2020, this Court

3  entered an order ("Bid Procedures Order") approving auction and bidding procedures for several

4  parcels of real property, including the Apartments [Doc. No. 972 in Case No. 18-12454].

5    To qualify as a bidder in the auction of the Apartments, Buyer entered into a Purchase

6  and Sale Agreement ("Sale Agreement") with the Estate effective April 30, 2020 and subject to

7  the Court's approval of Buyer as the successful bidder at the auction pursuant to the Bid

8  Procedures Order.  *See* Declaration of Bidder in Support of Sale Motion and Finding of Good

9  Faith Under 11 U.S.C. §363(m), Exhibit A [Doc. No. 1237 in Case No. 18-12454].

10    The auction of the Apartments was held before the Court on June 5, 2020 and Buyer was

11  the successful bidder after increasing its bid to $15,600,000.00 during the auction.  The Sale

12  Order approving the sale of the Apartments to Buyer was entered on June 15, 2020 and the sale

13  closed on June 30, 2020 ("Closing Date").

14    Pursuant to the Sale Agreement and the Sale Order, Buyer was to receive credits upon

15  closing for (i) all rents and other sums due and payable or paid under existing month-to-month

16  leases with tenants for the period after the Closing Date and (ii) any security deposits held by the

17  Estate or owed to tenants at the Apartments (the "Prepaid Rent and Deposit Credits").  *See* Sale

18  Agreement, Art. IV at ¶ 3.d and Sale Order, ¶4.  Pursuant to the Sale Order, Buyer is solely

19  responsible for all existing tenant deposits post-Closing. *See* Sale Order, ¶4.  While certain

20  amounts were credited or (with respect to undeposited receipts) turned over to Buyer at Closing

21  on account of the Prepaid Rent and Deposit Credits, subsequent reconciliations between the

22  Trustee and Buyer revealed that additional sums were owing to Buyer on account of the Prepaid

23  Rent and Deposit Credits.

24    Prior to Closing and as an accommodation to Buyer to allow for the transition of the

25  utility accounts related to the Apartments, the Trustee and Buyer entered into a Utilities Reserve

26  letter agreement on June 29, 2020 (the "Utilities Reserve").  Under the Utilities Reserve, $10,000

27  otherwise due to Buyer at Closing remained in escrow pending reconciliation of final utility bills

28  to the Estate. The Buyer was given 15 days from the Closing Date to complete the transfer of all

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

utility accounts. Any charges accrued from the Closing Date forward on the Estate's accounts would be paid by the Trustee and deducted from the funds set aside in the Utilities Reserve.  On August 28, 2020, the Trustee provided the required accounting to Buyer of the payments made on the utility accounts under the Utilities Reserve (the "Utilities Accounting"). On or about September 21, 2020, the funds held in escrow under the Utilities Reserve were distributed to the parties in accordance with the Utilities Accounting, with $8,163.61 released by the escrow agent to Buyer and the balance remitted to the Trustee for reimbursement for the post-Closing utilities paid.  Buyer asserts it is entitled to certain additional, minor credits under the Utilities Reserve. The Trustee disputes this assertion.

To resolve the accountings as to both the Prepaid Rent and Deposit Credits and the Utilities Reserve, the Trustee and Buyer entered into a Final Accounting Agreement and Release ("Final Accounting Agreement").  A copy of the Final Accounting Agreement, which sets forth in more detail the credits applied and owing, is attached as Exhibit A to the declaration of Kavita Gupta filed concurrently with this Motion and in support thereof.  Pursuant to the Final Accounting Agreement, the parties have agreed that Buyer should receive an additional $12,590.00 in full satisfaction of all amounts owing to Buyer on account of either the Prepaid Rent and Deposit Credits or the Utilities Reserve.

Paragraph 9 of the Sale Order requires the Trustee to hold any net proceeds of sale pending further order of the Court.  The Trustee, therefore, brings this current motion to allow the Final Payment from the net proceeds currently held by the Trustee.  The Trustee submits such further adjustment is warranted under the terms of the Sale Agreement and Sale Order.

Wherefore, the Trustee prays for an order:

1.      Authorizing the Trustee to enter into the Final Accounting Agreement and to disburse the sum of $12,590.00 to Buyer, with payment to be remitted as Buyer so directs; and

2.      For such further relief as the Court deems just and proper.

Dated:  November 25, 2020                        NUTI HART LLP

By: /s/ Kimberly S. Fineman
Kimberly S. Fineman
Attorneys for Kavita Gupta, Chapter 11 Trustee for
Desert Oasis Apartments, LLC