Kevin W. Coleman (CA SBN 168538)
Kimberly S. Fineman (CA SBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kcoleman@nutihart.com
         kfineman@nutihart.com

Attorneys for Kavita Gupta,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No.:  BK-S-18-12456-GS |
|---|---|
| DESERT OASIS APARTMENTS, LLC, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an attorney at law, admitted *pro hac vice* in the above-referenced case, counsel to Kavita Gupta, Chapter 11 trustee for Desert Oasis Apartments, LLC. I am an attorney with Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.

I served the following documents:

- **NOTICE OF HEARING ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S MOTION TO APPROVE DISBURSEMENT OF ADDITIONAL SUMS OWING TO BUYER ED-DEN UNDER SALE ORDER** – Doc. No. 218

- **CHAPTER 11 TRUSTEE KAVITA GUPTA'S MOTION TO APPROVE DISBURSEMENT OF ADDITIONAL SUMS OWING TO BUYER ED-DEN UNDER SALE ORDER** – Doc. No. 216

- **DECLARATION OF KAVITA GUPTA IN SUPPORT OF MOTION TO APPROVE DISBURSEMENT OF ADDITIONAL SUMS OWING TO BUYER ED-DEN UNDER SALE ORDER** – Doc. No. 217

by the following means:

1

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

1
2
3
4

☑ <u>BY U.S. MAIL.</u> I caused a true and correct copy of said documents to be placed in a sealed envelope addressed to the persons listed below and placed it for collection and mailing with the United States Postal Service on **Wednesday, November 25, 2020**, following our ordinary business practice, to wit, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

5
6
7

 Kenneth W. Long, Esq.
 Rainbow Professional Plaza
 2600 So. Rainbow Blvd.
 Suite 200
 Las Vegas, NV 89146

8
9
10
11

☑ <u>BY ECF.</u>  On **Wednesday, November 25, 2020**,  I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants. Per the fling receipt I received via ECF, the following parties were electronically served with the above-noted pleadings via ECF:

12 ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
13 aaustin@fclaw.com, gkbacon@fclaw.com

14 DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com,
15 nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com
16

17 DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com,
18 nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

19
20 DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com,
21 nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

22
23 DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com,
24 nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

25
26 JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
jdreher@downeybrand.com, mfrazier@downeybrand.com
27

28 EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

2

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

1

2   NEDDA GHANDI on behalf of Special Counsel GAIL S. GREENWOOD
    nedda@ghandilaw.com,
3   lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

4

5   NEDDA GHANDI on behalf of Special Counsel JOHN D. FIERO
    nedda@ghandilaw.com,
6   lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

7

8   NEDDA GHANDI on behalf of Trustee KAVITA GUPTA
    nedda@ghandilaw.com,
9   lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

10  STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF
11  DESERT LAND
    sgubner@bg.law, ecf@bg.law;rsokol@bg.law

12
13  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
    edward.m.mcdonald@usdoj.gov

14
15  TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
    tosteen@carlyoncica.com,
16  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

17  TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
    tosteen@carlyoncica.com,
18  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

19  TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
    tosteen@carlyoncica.com,
20  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

21  TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
    tosteen@carlyoncica.com,
22  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

23
24  TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
    tosteen@carlyoncica.com,
25  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

26  TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
    tosteen@carlyoncica.com,
27  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

28

TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, kmena@markwraylaw.com

       */s/ Kimberly S. Fineman*
       Kimberly S. Fineman