John D. Fiero (CA Bar No. 136557)
*[PRO HAC VICE PENDING]*
Gail S. Greenwood (CA Bar No. 169939)
*[PRO HAC VICE PENDING]*
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:   jfiero@pszjlaw.com
          ggreenwood@pszjlaw.com

[Proposed] Special Litigation Counsel to Kavita Gupta, Chapter 11 Trustee

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115

[Proposed] Local Counsel for Special Litigation Counsel to Kavita Gupta, Chapter 11 Trustee

Electronically filed: December 3rd, 2020

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re: | Chapter 11 |
|---|---|
| DESERT OASIS APARTMENTS, LLC, | Case No.: BK-S-18-12456-GS |
| Debtor. | Hearing Date:  December 10, 2020<br>Hearing Time:  9:30 a.m.<br>Hearing Place:  Telephonic, GS Courtroom |

**REPLY TO OBJECTION TO APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF GHANDI DEETER BLACKHAM AS LOCAL COUNSEL FOR PACHULSKI STANG ZIEHL & JONES LLP <u>AS PROPOSED SPECIAL LITIGATION COUNSEL</u>**

Kavita Gupta, the duly appointed Chapter 11 Trustee in the above-captioned bankruptcy case (the "**Trustee**"), hereby files this reply to the Objection [ECF No. 213] (the "**Objection**") filed by the United States Trustee for Region 17 ("**UST**") filed to the *Application of the Chapter 11 Trustee for Order Approving Employment of Ghandi Deeter Blackham as Local Counsel for Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel* [ECF No. 190] (the "**Application**") as follows:

1. The Application seeks to employ special counsel to investigate and object to the Claim[1] and pursuant to the engagement agreements. The Trustee has retained PSZJ to act as proposed Special Litigation Counsel and PSZJ has filed the required *Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court* and an *Application to Employ*. The Trustee has retained and PSZJ has consented to the designation of GDB as local counsel.

2. The Objection raises the following issues: (a) the Trustee objects to the Application to the extent that it seeks compensation pursuant to Section 328(a) rather than Section 330; and (b) the Trustee contends that the conflicts check conducted by GDB is insufficient to establish that GDB does not have any of the connections set forth in FRBP 2014(a).

3. First, the request for relief in the Application shall be modified such that GDB shall seek compensation pursuant to Section 330 of the Code rather than Section 328(a). This should resolve this issue in its entirety.

4. Second, in regard to the UST's concern related to the conflicts check performed and disclosed in the Verified Declaration filed in support of the Application, GDB has made the additional investigation of potential adverse interests and has run through its conflict database all parties requesting special notice and all parties listed on creditor mailing matrix in all of the "Affiliated Cases" as defined in the UST's Objection.

---

[1] All Capitalized terms shall have the same meaning as set forth in the Application unless otherwise defined herein.

5. The necessary disclosures regarding this expanded conflict check are set forth in the Supplemental Declaration of Shara L. Larson (the "**Supplemental Declaration**"), submitted herewith.

6. In addition to the issues raised in the Objection, the UST has informally requested a few additional acknowledgements be made by GDB to resolve the UST's concerns. Therefore, GDB acknowledges that GDB has a continuing duty to supplement disclosures required pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016. Additionally, GDB acknowledges that GDB has a fiduciary duty to the Chapter 11 Trustee.

7. GDB also understands and acknowledges that the provision that "Client agrees to pay any fees and costs that are incurred by Attorney to collect fees, costs, or expenses from Client, including reasonable attorney's fees." will be deemed stricken from the GDB engagement agreement with the Chapter 11 Trustee and will not be enforced. To be clear, striking this provision will not prohibit GDB from including time and costs incurred in the preparation of fee applications in the bankruptcy court.

8. As set forth in the Application, to the best of the Trustee's knowledge and as described in the supporting Larson Declaration and the Supplemental Declaration, GDB is "disinterested" as that term is defined in 11 U.S.C. section 101(14) in that it has no connection with the Trustee, the Debtor, the creditors, any other party-in-interest herein, their respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee. GDB also does not hold, or represent any entity having an adverse interest to the Debtor or the estate. GDB also does not employ any person who is related to a judge of this Court. Accordingly, GDB is qualified to represent the Trustee and serve as local counsel for special litigation counsel.

9. Therefore, the Trustee seeks to employ and retain GDB pursuant to 11 U.S.C. sections 327(a) and 330 as local counsel to the estate's proposed special litigation counsel, on a reduced hourly fee basis described below and to represent the Trustee in connection with the investigation and objection to the Claim. The Trustee respectfully requests that this Court

Reply to Objection to
Application to Employ - 3

approve the employment of GDB as special litigation counsel under Bankruptcy Code sections 327(a) and 330 effective as of October 21, 2020.

DATED: this  3rd  day of December, 2020.

By:   /s/ Kavita Gupta
Kavita Gupta, Chapter 11 Trustee

Submitted by:

 /s/ Shara L. Larson
GHANDI DEETER BLACKHAM
Shara L. Larson, Esq.
Nevada Bar No. 7786
[Proposed] Local Counsel for Special
Litigation Counsel to Kavita Gupta, Chapter 11 Trustee

# CERTIFICATE OF SERVICE

On this 3rd day of December 2020, I served the following document(s):

REPLY TO OBJECTION TO APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF GHANDI DEETER BLACKHAM AS LOCAL COUNSEL FOR PACHULSKI STANG ZIEHL & JONES LLP AS PROPOSED SPECIAL LITIGATION COUNSEL

I served the above-named document(s) by the following means to the persons listed below *(check all that apply)*:

__ X __    a.    **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.)*

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE

jdreher@downeybrand.com, mfrazier@downeybrand.com

KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
kfineman@nutihart.com

EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND
sgubner@bg.law, ecf@bg.law;rsokol@bg.law

JUSTIN J. HENDERSON on behalf of Creditor JUNIPER LOAN SERVICING CORPORATION
jhenderson@lrrc.com, cscruggs@lrrc.com,justin-henderson-8499@ecf.pacerpro.com

TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, tmoore@markwraylaw.com

_____   **b.   United States mail, postage fully prepaid** *(List all persons and addresses. Attach additional paper if necessary.)*

_____   **c.   Personal Service** *(List persons and addresses. Attach additional paper if necessary.)*

I personally delivered the document(s) to the persons at these addresses:

_____   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

Reply to Objection to
Application to Employ - 7

    _____        For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    _____        **d.**    **By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    _____        **e.**    **By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    _____        **f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary.)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 3rd day of December 2020.

                                                  **GHANDI DEETER BLACKHAM**

Laura Schnetzer                        /s/ Laura Schnetzer
                                                  Employee of Ghandi Deeter Blackham