John D. Fiero (CA Bar No. 136557)
*[PRO HAC VICE PENDING]*
Gail S. Greenwood (CA Bar No. 169939)
*[PRO HAC VICE PENDING]*
PACHULSKI STANG ZIEHL
& JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:   jfiero@pszjlaw.com
          ggreenwood@pszjlaw.com
[Proposed] Special Litigation Counsel to
Kavita Gupta, Chapter 11 Trustee

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
[Proposed] Local Counsel for
Special Litigation Counsel to Kavita Gupta,
Chapter 11 Trustee

Electronically filed on: December 3rd, 2020

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>                              Debtor. | Chapter 11<br><br>Case No.: BK-S-18-12456-GS<br><br>Hearing Date:  December 10, 2020<br>Hearing Time:  9:30 a.m.<br>Hearing Place:  Telephonic, GS Courtroom |

**SUPPLEMENT TO VERIFIED STATEMENT OF SHARA L. LARSON, ESQ. IN SUPPORT OF APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF GHANDI DEETER BLACKHAM AS LOCAL COUNSEL FOR PACHULSKI STANG ZIEHL & JONES LLP
<u>AS PROPOSED SPECIAL LITIGATION COUNSEL</u>**

Supp. Decl. iso Application to Employ - 1

I, Shara L. Larson, declare as follows:

1. I am an Attorney with Ghandi Deeter Blackham ("**GDB**" or the "**Firm**"). I am an attorney-at-law, duly admitted and in good standing to practice in the State of Nevada, as well as the United States District Court for the District of Nevada.

2. I submit this Supplemental Declaration in connection with the Application of Kavita Gupta, chapter 11 trustee (the "**Trustee**")[1] of the Debtor, to retain GDB as local counsel for special litigation counsel to the Trustee filed on or about October 27, 2020 [ECF No. 190] (the "**GDB Application**") and to supplement the disclosures required under the Bankruptcy Code.

3. Except as otherwise stated, all facts contained within this Supplemental Declaration are based upon personal knowledge (my own or that gathered from others that work under my supervision), and my review of relevant documents. If called upon to testify, I would testify to the facts set forth in this Supplemental Declaration.

4. On or about November 25, 2020, the United States Trustee for Region 17 ("**UST**") filed an objection to the GDB Application. The UST requested an more expansive disclosure as to GDB's disinterestedness.

5. GDB has made the following additional investigation of potential adverse interests prior to submitting this Supplemental Declaration. GDB has run through its conflict database all parties requesting special notice and all parties listed on creditor mailing matrix in all of the "Affiliated Cases" as defined in the UST's Objection.

6. GDB has undertaken a full and thorough review of its computer database which contains the names of clients and other parties interested in particular matters. GDB requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflict check through GDB's database and to enter into that database conflict information regarding new clients or new matters. Thus, a

---

[1] Capitalized terms not defined herein have the meanings set forth in the accompanying Application.

Supp. Decl. iso Application to Employ - 2

review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation.

7. Insofar as I have been able to ascertain and based on the investigation and disclosure described above, GDB has no connection with the Debtor, its creditors, any other party in interest herein, its respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee. The Firm has not previously represented the Trustee in any cases. To the best of my knowledge, GDB does not represent any entity having an adverse interest to the estate. Neither GDB, nor any associate, of counsel or partner of GDB has an interest materially adverse to the interest of the Debtor's estate or of any class of creditors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason. Neither GDB, nor any of its partners, of counsel or associates represent any interest adverse to that of the Debtor or its creditors in the matters on which my firm is to be retained.

8. GDB acknowledges that GDB has a continuing duty to supplement disclosures required pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016. Additionally, GDB acknowledges that GDB has a fiduciary duty to the Chapter 11 Trustee.

9. GDB also understands and acknowledges that the provision that "Client agrees to pay any fees and costs that are incurred by Attorney to collect fees, costs, or expenses from Client, including reasonable attorney's fees." will be deemed stricken from the GDB engagement agreement with the Chapter 11 Trustee and will not be enforced. To be clear, striking this provision will not prohibit GDB from including time and costs incurred in the preparation of fee applications in the bankruptcy court.

To the best of my knowledge, and after conducting or supervising the investigation described above, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of December 2020, in Las Vegas, Nevada.

                                          /s/ Shara L. Larson
                                          SHARA L. LARSON, ESQ.

Supp. Decl. iso Application to Employ - 3

# CERTIFICATE OF SERVICE

On this 3rd day of December 2020, I served the following document(s):

SUPPLEMENT TO VERIFIED STATEMENT OF SHARA L. LARSON, ESQ. IN SUPPORT OF APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF GHANDI DEETER BLACKHAM AS LOCAL COUNSEL FOR PACHULSKI STANG ZIEHL & JONES LLP AS PROPOSED SPECIAL LITIGATION COUNSEL

I served the above-named document(s) by the following means to the persons listed below *(check all that apply)*:

__X__    a.    **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.)*

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE

OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
jdreher@downeybrand.com, mfrazier@downeybrand.com

KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
kfineman@nutihart.com

EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND
sgubner@bg.law, ecf@bg.law;rsokol@bg.law

JUSTIN J. HENDERSON on behalf of Creditor JUNIPER LOAN SERVICING CORPORATION
jhenderson@lrrc.com, cscruggs@lrrc.com,justin-henderson-8499@ecf.pacerpro.com

TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, tmoore@markwraylaw.com

_____        **b.        United States mail, postage fully prepaid** *(List all persons and addresses.  Attach additional paper if necessary.)*

_____        **c.        Personal Service** *(List persons and addresses.  Attach additional paper if necessary.)*

      I personally delivered the document(s) to the persons at these addresses:

_____    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

_____    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

_____    **d.**    **By direct email (as opposed to through the ECF System)** *(List persons and email addresses.  Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____    **e.**    **By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

_____    **f.**    **By messenger** *(List persons and addresses.  Attach additional paper if necessary.)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 3rd day of December 2020.

                                                         **GHANDI DEETER BLACKHAM**

Laura Schnetzer                                 /s/ Laura Schnetzer
                                                         Employee of Ghandi Deeter Blackham