John D. Fiero (CA Bar No. 136557)  
Gail S. Greenwood (CA Bar No. 169939)  
PACHULSKI STANG ZIEHL & JONES LLP  
150 California Street, 15th Floor  
San Francisco, CA 94111-4500  
Telephone: 415/263-7000  
Facsimile: 415/263-7010  
E-mail: jfiero@pszjlaw.com  
ggreenwood@pszjlaw.com  

*Electronically filed December 8, 2020*

GHANDI DEETER BLACKHAM  
SHARA L. LARSON, ESQ.  
Nevada Bar No. 7786  
Email: shara@ghandilaw.com  
725 S. 8th St., Suite 100  
Las Vegas, Nevada 89101  
Tel: (702) 878-1115  

[Proposed] Special Litigation Counsel to  
Kavita Gupta, Chapter 11 Trustee  

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**DESERT OASIS APARTMENTS, LLC,**<br><br>Debtor. | Case No.: bk-s-18-12456-gs<br><br>Chapter 11<br><br>Hearing Date: December 10, 2020<br>Time:             10:00 a.m. |

**SUPPLEMENTAL DECLARATION OF JOHN D. FIERO IN SUPPORT OF APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL LITIGATION COUNSEL**

I, John D. Fiero, declare as follows:

1. I am a partner of Pachulski Stang Ziehl & Jones LLP ("**PSZJ**" or the "**Firm**"). I am an attorney-at-law, duly admitted and in good standing to practice in the State of California, as well as the United States District Court for the Northern District of California. I submit this Supplemental Declaration in connection with the Application of Kavita Gupta, chapter 11 trustee (the "**Trustee**")[1] of the Debtor, to retain PSZJ as special litigation counsel to the Trustee and to provide the disclosures required under the Bankruptcy Code.

---
[1] Capitalized terms not defined herein have the meanings set forth in the original Application.

DOCS_SF:104659.1 33085/001

2.      In response to concerns expressed by the Office of the United States Trustee, PSZJ has made the following additional investigation of potential adverse interests in this case and a related case, that of Desert Land, LLC ("Desert Land").  Specifically, PSZJ has undertaken a full and thorough review of its computer database which contains the names of clients and other parties interested in particular matters.  PSZJ requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through PSZJ's database and to enter into that database conflict information regarding new clients or new matters.  Thus, a review of said computerized database should reveal any and all actual or potential conflicts of interest with respect to any given representation.

3.      PSZJ has run the following additional parties and counsel through its conflicts database:  Bradley J. Busbin; Nuti Hart LLP; Greg Nuti; Kevin Coleman; Jamie Dreher; Mark Wray; Brutzkus Gubner; Steve Gubner; Jerrold Bregman; and Northern Trust.   Also, PSZJ has run the names of the debtors in the related bankruptcy cases of Desert Land, Desert Investment, and SkyVue, as well as the creditors listed on Schedules D, E and F in those cases (which were not the subject of a prior search and are only listed once here despite sometimes being present on more than one debtor's schedules):  Citation Financial LLC, Citation Hangar, LLC, Compass Investments Holdings LLC, Compass Investments, LLC, Clark County Treasurer, Clark County Treasurer SID #114B, Curtis Ensign, Evolve Reporting Group, LLC, Hutchison & Steffen, Juniper Loan Servicing, Las Vegas Valley Water District, Marquis Auerbach Coffing, Morrison Security Group, Morse-Kruger & Associates, LLC, Nevada Court Reporting, NV Energy, Republic Services, Shotgun Creek Investments, LLC, Shotgun Creek Las Vegas, LLC, Shotgun Investments Nevada, LLC, David Stoebling, The Ranch LLC, Tivoli Motel Inc., Wadsworth Wagner LLC, and Valley Lawn Care.

4.      Based on the foregoing supplemental conflicts searches and to the best of my knowledge, PSZJ does not have any connections with the foregoing parties, creditors and counsel representatives thast would impinge on the "disinterestedness" of PSZJ.

//

//

DOCS_SF:104659.1 33085/001

5. To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December 2020, at San Francisco, California.

*/s/ John D. Fiero*
John D. Fiero

DOCS_SF:104659.1 33085/001