John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:  jfiero@pszjlaw.com
         ggreenwood@pszjlaw.com
[Proposed] Special Litigation Counsel to
Kavita Gupta, Chapter 11 Trustee

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
[Proposed] Local Counsel for
Special Litigation Counsel to Kavita Gupta,
Chapter 11 Trustee

Electronically filed: December 9th, 2020

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No.: BK-S-18-12456-GS<br><br>Hearing Date: December 10, 2020<br>Hearing Time: 9:30 a.m. |

## CERTIFICATE OF SERVICE

On the 8th day of December 2020, I served the following document(s):

FIRST AMENDED APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL LITIGATION COUNSEL, and the SUPPLEMENTAL DECLARATION OF JOHN D. FIERO IN SUPPORT OF APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL LITIGATION COUNSEL.

I served the above-named document(s) by the following means to the persons listed below *(check all that apply)*:

   X       **a.**    **ECF System** *(You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.)*

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
jdreher@downeybrand.com, mfrazier@downeybrand.com

KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
kfineman@nutihart.com

EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA

1  tgray@gtg.legal, bknotices@gtg.legal

2  TALITHA B. GRAY KOZLOWSKI on behalf of Trustee KAVITA GUPTA
3  tgray@gtg.legal, bknotices@gtg.legal

4  STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND
5  sgubner@bg.law, ecf@bg.law;rsokol@bg.law

6  JUSTIN J. HENDERSON on behalf of Creditor JUNIPER LOAN SERVICING CORPORATION
7  jhenderson@lrrc.com, cscruggs@lrrc.com,justin-henderson-8499@ecf.pacerpro.com

8  TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
   tosteen@carlyoncica.com,
9  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

10 TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
   tosteen@carlyoncica.com,
11 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

12
   TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
13 tosteen@carlyoncica.com,
   crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
14

15 TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
   tosteen@carlyoncica.com,
16 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

17 TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
   tosteen@carlyoncica.com,
18 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

19
   TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
20 tosteen@carlyoncica.com,
   crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
21

22 TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
23 tosteen@carlyoncica.com,
   crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
24
   TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
25 tosteen@carlyoncica.com,
   crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
26

27 TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
   tosteen@carlyoncica.com,
28

crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, tmoore@markwraylaw.com

_____    **b.    United States mail, postage fully prepaid** *(List all persons and addresses. Attach additional paper if necessary.)*

_____    **c.    Personal Service** *(List persons and addresses. Attach additional paper if necessary.)*

I personally delivered the document(s) to the persons at these addresses:

_____    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

_____    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

_____    **d.    By direct email (as opposed to through the ECF System)** *(List persons and email addresses. Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

4

_____    **e.    By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary.)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____    **f.    By messenger** *(List persons and addresses. Attach additional paper if necessary.)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 9th day of December 2020.

**GHANDI DEETER BLACKHAM**

Laura Schnetzer            /s/ Laura Schnetzer
                           Employee of Ghandi Deeter Blackham

5