_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
December 22, 2020

John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:  jfiero@pszjlaw.com
         ggreenwood@pszjlaw.com

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115

Special Litigation Counsel to
Kavita Gupta, Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**DESERT OASIS APARTMENTS, LLC,**<br><br>                    Debtor. | Case No.: bk-s-18-12456-gs<br><br>Chapter 11<br><br>Hearing Date:  December 10, 2020<br>Time:                    9:30 a.m. |

**ORDER GRANTING FIRST AMENDED APPLICATION OF THE CHAPTER 11 TRUSTEE FOR ORDER APPROVING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS SPECIAL LITIGATION COUNSEL**

THIS MATTER came before the Court upon consideration of the *First Amended Application of the Chapter 11 Trustee for Order Approving Employment of Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel* (the "**Application**") submitted by Kavita Gupta, the duly appointed

DOCS_SF:104676.1 33085/001

Chapter 11 Trustee in the above-captioned bankruptcy case (the "**Trustee**"). Based upon the Court's review of the Application and the satisfaction of the Office of the United States Trustee to the terms below and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Application is granted nunc pro tunc to October 15, 2020.

2. Pachulski Stang Ziehl & Jones LLP ("**Applicant**") owes a fiduciary duty to the estate of Desert Oasis Apartments, LLC.

3. Applicant shall have a continuing duty to supplement the disclosures required pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016.

4. No monies shall be paid to the Applicant outside of the fee application process and the requirements of Bankruptcy Code section 330.

5. No travel time shall be charged by Applicant.

Submitted this 16th day of December 2020, at San Francisco, California.

*/s/ John D. Fiero*
John D. Fiero

DOCS_SF:104676.1 33085/001

## **RULE 9021 CERTIFICATION**

In accordance with LR 9021, an attorney submitting this document certifies that the Order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021 (b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| John Nemecek |  | X |  |
| Kevin Coleman |  |  | X |
| Jerrold Lyle Bregman |  | X |  |

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

*/s/ John D. Fiero*
John D. Fiero

### #

DOCS_SF:104676.1 33085/001