Kevin W. Coleman (CA SBN 168538)
Admitted *pro hac vice*
Christopher H. Hart (CA SBN 184117)
Admitted *pro hac vice*
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kcoleman@nutihart.com
          chart@nutihart.com

Talitha Gray Kozlowski (NV SBN 9040)
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: 725-777-3000
Email: tgray@gtg.legal

Counsel for Kavita Gupta,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | Case No.:  BK-S-18-12456 GS<br><br>Chapter 11<br><br><u>Confirmation Hearing</u>:<br>Date:  March 11, 2021<br>Time:  1:30 p.m. |

## CERTIFICATE OF SERVICE

1.    On January 28, 2021, I served the following documents:

a.    *Disclosure Statement for Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation* — Dkt. No. 243

b.    *Order: (A) Conditionally Approving the Disclosure Statement for the Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation; and (B) (i) Setting Deadlines for Balloting and Opposing Confirmation of Joint Plan of Liquidation and Final Approval of Disclosure Statement; (ii) Approving Form of Ballots; (iii) Approving Solicitation and Voting Procedures; and (iv) Setting Confirmation Hearing on the Plan* — Dkt. No. 244

c.    *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Chapter 11 Trustee Kavita Gupta's* — Dkt. No. 247

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152

*Joint Plan of Liquidation; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan; and (iii) Procedures and Deadlines for Voting on the Plan*

2.    I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    By direct email:

I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| Attorneys for the Northern Trust Company: | Chapter 7 trustee for SkyVue Las Vegas LLC; |
|---|---|
| creece@fclaw.com | brian@trusteeshapiro.com |
| aaustin@fclaw.com | |
| | |
| Attorneys for Debtors: | Edward.M.McDonald@usdoj.gov |
| LSchwartzer@s-mlaw.com | |

3.    On January 28, 2021, I served the following documents:

| | | |
|---|---|---|
| a. | *Disclosure Statement for Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation* | Dkt. No. 243 |
| b. | *Order: (A) Conditionally Approving the Disclosure Statement for the Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation; and (B) (i) Setting Deadlines for Balloting and Opposing Confirmation of Joint Plan of Liquidation and Final Approval of Disclosure Statement; (ii) Approving Form of Ballots; (iii) Approving Solicitation and Voting Procedures; and (iv) Setting Confirmation Hearing on the Plan* | Dkt. No. 244 |
| c. | *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan; and (iii) Procedures and Deadlines for Voting on the Plan* | Dkt. No. 247 |

**NUTI HART LLP**
411 30ᵀᴴ STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152

**NUTI HART LLP**
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152

d.  *Class 2 Ballot for Accepting or Rejecting Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation*

4.  I served the above-named document(s) by the following means to the persons as listed below:

☒  a.  By direct email:

I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Attorneys for Brad Busbin, Trustee
of the Gonzales Charitable
Reminder Unitrust One:

Fischerlawcal@aol.com

mwray@markwraylaw.com

5.  On January 28, 2021 I served the following documents:

a.  *Disclosure Statement for Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation*    Dkt. No. 243

b.  *Order: (A) Conditionally Approving the Disclosure Statement for the Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation; and (B) (i) Setting Deadlines for Balloting and Opposing Confirmation of Joint Plan of Liquidation and Final Approval of Disclosure Statement; (ii) Approving Form of Ballots; (iii) Approving Solicitation and Voting Procedures; and (iv) Setting Confirmation Hearing on the Plan*    Dkt. No. 244

c.  *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan; and (iii) Procedures and Deadlines for Voting on the Plan*    Dkt. No. 247

d.  *Class 5 Ballot for Accepting or Rejecting Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation*

6.  I served the above-named document(s) by the following means to the persons as listed below:

3

☒   a.   By direct email:

I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Attorneys for Jeffrey I. Golden,
Chapter 11 trustee for Desert Land
LLC:

jbregman@bg.law

sseflin@bg.law

7.    On January 26, 2021 I served the following documents:

| | | |
|---|---|---|
| a. | *Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation* | Dkt. No. 239 |
| b. | *Ex-Parte Motion for Order: (A) conditionally Approving Disclosure Statement for Chapter 11 Trustee Kavita Gupta's Joint Plan f Liquidation; and (B) (I) Setting Deadlines for Balloting and Opposing Confirmation of Plan of Liquidation and Final Approval of Disclosure Statement; (II) Approving Form of Ballots; (III) Approving Solicitation and Voting Procedures; and (IV) Setting the Hearing on Confirmation of the Pan* | Dkt. No. 241 |
| c. | *LR 3017 Certification of Kevin W. Coleman in Support of Ex-Parte Motion for Order: (A) conditionally Approving Disclosure Statement for Chapter 11 Trustee Kavita Gupta's Joint Plan f Liquidation; and (B) (I) Setting Deadlines for Balloting and Opposing Confirmation of Plan of Liquidation and Final Approval of Disclosure Statement; (II) Approving Form of Ballots; (III) Approving Solicitation and Voting Procedures; and (IV) Setting the Hearing on Confirmation of the Pan* | Dkt. No. 242 |

8.    I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   ECF System:  **18-12456-gs Notice will be electronically mailed to:**

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152

4

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE
OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
jdreher@downeybrand.com, mfrazier@downeybrand.com

KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
kfineman@nutihart.com

EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edmund.gee@usdoj.gov

NEDDA GHANDI on behalf of Special Counsel GAIL S. GREENWOOD
nedda@ghandilaw.com,
lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.c
om,shara@ghandilaw.com

NEDDA GHANDI on behalf of Special Counsel JOHN D. FIERO
nedda@ghandilaw.com,
lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.c
om,shara@ghandilaw.com

NEDDA GHANDI on behalf of Trustee KAVITA GUPTA
nedda@ghandilaw.com,
lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.c
om,shara@ghandilaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF
DESERT LAND
sgubner@bg.law, ecf@bg.law

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov

TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, kmena@markwraylaw.com

9.    On January 28, 2021 I served the following documents:

a.    *Disclosure Statement to Accompany Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation*    Dkt. No. 243

b.    *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan; and (iii) Procedures and Deadlines for Voting on the Plan*    Dkt. No. 247

10.    I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    ECF System:  **18-12456-gs Notice will be electronically mailed to:**

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com,
nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyonc
ica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
kcoleman@nutihart.com, nwhite@nutihart.com

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152

7

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152

1 | JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
2 | jdreher@downeybrand.com, mfrazier@downeybrand.com

3 | KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
kfineman@nutihart.com

4 | EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
5 | edmund.gee@usdoj.gov

6 | NEDDA GHANDI on behalf of Special Counsel GAIL S. GREENWOOD
nedda@ghandilaw.com,
7 | lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

8 | NEDDA GHANDI on behalf of Special Counsel JOHN D. FIERO
nedda@ghandilaw.com,
9 | lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

10 |
11 | NEDDA GHANDI on behalf of Trustee KAVITA GUPTA
nedda@ghandilaw.com,
12 | lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com

13 | TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA
tgray@gtg.legal, bknotices@gtg.legal

14 | STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND
15 | sgubner@bg.law, ecf@bg.law

16 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov
17 |
18 | TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

19 | TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
tosteen@carlyoncica.com,
20 | crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

21 | TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
tosteen@carlyoncica.com,
22 | crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

23 | TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
tosteen@carlyoncica.com,
24 | crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

25 | TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
tosteen@carlyoncica.com,
26 | crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

27 | TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
tosteen@carlyoncica.com,
28 | crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS HOLDINGS, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN ACQUISITION, LLC
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

LENARD E. SCHWARTZER on behalf of Debtor DESERT OASIS APARTMENTS, LLC
bkfilings@s-mlaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

MARK WRAY on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
mwray@markwraylaw.com, kmena@markwraylaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of February 2021.


/s/ Vicki DiMaio
Vicki DiMaio, an employee of
Garman Turner Gordon LLP

**NUTI HART LLP**
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510.506.7152