NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

DESERT OASIS APARTMENTS, LLC

                             Debtor(s)

BK–18–12456–gs
CHAPTER 11

NOTICE OF DOCKETING
ERROR

---

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***250*** – Motion to Allow Claims or Interests Desert Land, LLC's Notice of Motion for an Order Allowing its Claim at $4.5 Million for Purposes of Plan Confirmation, Voting, and any Distribution Reserve, Pursuant to Rule 3018(a); Reservation of Right to Conduct Discovery; Memorandum of Points and Authorities Filed by STEVEN T GUBNER on behalf of JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND (GUBNER, STEVEN) |
| Filed On: | 2/11/21 |
| With A Hearing Date Of: | 3/11/21 |
| And A Hearing Time Of: | 1:30 PM |

The reason(s) for the required correction(s) is as follows:

\*     PDF contains a Notice of Hearing. Pursuant to local rule, please file an amended pleading separately.

Dated: 2/12/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**