NVB 9014 (Rev. 9/16)

STEVEN T. GUBNER - Bar No. 4624 / JERROLD L. BREGMAN - Pro Hac Vice pending
Brutzkus Gubner
300 S. 4th Street, Suite 1550, Las Vegas, NV 89101
Phone: (702) 835-0800 / Fax: (866) 995-0215 / Email: sgubner@bg.law; jbregman@bg.law

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re ) BK- S-18-12456 GS
) Chapter 11
DESERT OASIS APARTMENTS, LLC, )
)
) NOTICE OF HEARING ON
) MOTION FOR ORDER ALLOWING CLAIM FOR
) PURPOSES OF PLAN CONFIRMATION, VOTING, etc.
)
) Hearing Date: 3/11/2021
) Hearing Time: 1:30 p.m.
)
Debtor(s) )

**NOTICE IS HEREBY GIVEN** that a MOTION FOR an Order Allowing Desert Land, LLC's Claim at $4.5 Million for Purposes of Plan Confirmation, Voting, Etc. was filed on 02/11/2021 by Jeffrey I. Golden, Chapter 11 Trustee for Desert Land, LLC. The Motion seeks the following relief: allowance of claim for plan confirmation, voting & any distribution reserve. Any opposition must be filed pursuant to Local Rule 9014.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South Third Floor, Bankruptcy Courtroom No. **, Las Vegas, Nevada 89101 on 3/11/2021, at the hour of 1:30 p.m.

**Pursuant to Administrative Order 2020-05, the hearing on the Motion will be conducted telephonically or via Zoom video conference. Please check the Court's calendar for additional details.

DATED: 02/13/2021        /s/ Steven T. Gubner
                         Attorney/Debtor

- 2 -