STEVEN T. GUBNER – Nevada Bar No. 4624
JERROLD L. BREGMAN *Pro Hac Vice* application pending, and granted in the related case of Desert Land, LLC)
SUSAN K. SEFLIN – *Pro Hac Vice* granted in related case
BRUTZKUS GUBNER
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 835-0800
Facsimile:   (866) 995-0215
Email:   sgubner@bg.law
         jbregman@bg.law
         sseflin@bg.law

Attorneys for Jeffrey I. Golden,
Chapter 11 Trustee of creditor Desert Land, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

DESERT OASIS APARTMENTS, LLC,

   Debtor.

Case No. BK-S-18-12456 GS
Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that Jerrold L. Bregman of the law firm of Brutzkus Gubner Rozansky Seror Weber LLP hereby enter their appearances on the record in the above-captioned proceeding pursuant to FED. R. BANKR. P. 9010(b), as counsel to Jeffrey I. Golden, Chapter 11 Trustee of creditor Desert Land, LLC ("Trustee").

Such counsel requests notice of all hearings, actions, contested matters, and proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings. All notices and copies in response to the foregoing and, pursuant to FED. R. BANKR. P. 2002(g), all notices required to be mailed/emailed to the Creditors should be sent to the following address:

<u>Counsel for Jeffrey I. Golden, Chapter 11 Trustee of creditor Desert Land, LLC</u>
Jerrold L. Bregman
Brutzkus Gubner
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 835-0800
Facsimile: (866) 995-0215
Email: sgubner@bg.law
jbregman@bg.law
sseflin@bg.law

DATED: February 23, 2021          BRUTZKUS GUBNER

By: */s/ Jerrold L. Bregman*
    Jerrold L. Bregman
Attorneys for Jeffrey I. Golden,
Chapter 11 Trustee of creditor Desert Land, LLC

2