STEVEN T. GUBNER – Nevada Bar No. 4624
JERROLD L. BREGMAN *Pro Hac Vice* application pending,
and granted in the related case of Desert Land, LLC)
SUSAN K. SEFLIN – *Pro Hac Vice* granted in related case
BRUTZKUS GUBNER
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 835-0800
Facsimile: (866) 995-0215
Email:    sgubner@bg.law
          jbregman@bg.law
          sseflin@bg.law

Attorneys for Jeffrey I. Golden,
Chapter 11 Trustee for Desert Land, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | Case No. BK-S-18-12456 GS<br>Chapter 11<br><br><br>**CERTIFICATE OF SERVICE** |

1

## **CERTIFICATE OF SERVICE**

1. On February 25, 2021, I served the following documents:

    a.    **OBJECTION OF DESERT LAND, LLC TO TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION DATED JANUARY 25, 2021**     **Dkt. No. 260**

    b.    **OBJECTION OF DESERT LAND, LLC TO DISCLOSURE STATEMENT FOR TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION DATED JANUARY 25, 2021**     **Dkt. No. 261**

2. I served the above named documents by the following means to the persons as listed below:

☒    a.    ECF System: **18-12456-gs Notice will be electronically mailed to:**

- ANTHONY W. AUSTIN   aaustin@fclaw.com, gkbacon@fclaw.com
- DAWN M. CICA   dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com
- KEVIN W COLEMAN   kcoleman@nutihart.com, nwhite@nutihart.com
- JAMIE P. DREHER   jdreher@downeybrand.com, mfrazier@downeybrand.com
- KIMBERLY S. FINEMAN   kfineman@nutihart.com
- EDMUND GEE   edmund.gee@usdoj.gov
- NEDDA GHANDI   nedda@ghandilaw.com, lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,mr@ghandilaw.com,shara@ghandilaw.com
- TALITHA B. GRAY KOZLOWSKI   tgray@gtg.legal, bknotices@gtg.legal
- STEVEN T GUBNER   sgubner@bg.law, ecf@bg.law
- EDWARD M. MCDONALD   edward.m.mcdonald@usdoj.gov
- TRACY M. O'STEEN   tosteen@carlyoncica.com, crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
- ERIC R OLSEN   eolsen@gtg.legal
- LENARD E. SCHWARTZER   bkfilings@s-mlaw.com
- U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
- MARK M. WEISENMILLER   mweisenmiller@gtg.legal, bknotices@gtg.legal
- MARK WRAY   mwray@markwraylaw.com, kmena@markwraylaw.com

☐    b. United States mail, postage fully prepaid.

☐     c. By direct email (as opposed to through the ECF System) - Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 25, 2021

            */s/ Nikola A. Fields*
            NIKOLA A. FIELDS

Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367