UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: DESERT OASIS APARTMENTS, LLC | CASE NO: 18-12456-GS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 263 |

On 2/25/2021, I did cause a copy of the following documents, described below,

OBJECTION AND RESERVATION OF RIGHTS OF THE U.S. TRUSTEE TO CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION ECF Docket Reference No. 263

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/25/2021

/s/ Monette Semana
Monette Semana   .
Paralegal Specialist
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD SOUTH SUITE 4300
LAS VEGAS, NV  89101
702 388 6600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: DESERT OASIS APARTMENTS, LLC | CASE NO: 18-12456-GS |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 263 |

On 2/25/2021, a copy of the following documents, described below,

OBJECTION AND RESERVATION OF RIGHTS OF THE U.S. TRUSTEE TO CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION ECF Docket Reference No. 263

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/25/2021

*/s/ Jay S. Jump*
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Monette Semana
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BOULEVARD SOUTH SUITE 4300
LAS VEGAS, NV  89101

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DESERT LAND LLC<br>ATTENTION:  DAVID GAFFIN OR OFFICER MANAGING OR GENERAL AGENT<br>C/O COMPASS INVESTMENTS LLC<br>10181 PARK RUN DRIVE STE 200<br>LAS VEGAS NV 89145 | DESERT OASIS APARTMENTS LLC<br>ATTENTION:  DAVID GAFFIN OR OFFICER MANAGING OR GENERAL AGENT<br>10181 PARK RUN DRIVE SUITE 200<br>LAS VEGAS NV 89145 | DESERT OASIS INVESTMENTS LLC<br>ATTENTION:  DAVID GAFFIN OR OFFICER MANAGING OR GENERAL AGENT<br>10181 PARK RUN DRIVE SUITE 200<br>LAS VEGAS NV 89145 |
| SKYVUE LAS VEGAS LLC<br>ATTENTION:  DAVID GAFFIN OR OFFICER MANAGING OR GENERAL AGENT<br>10181 PARK RUN DRIVE SUITE 200<br>LAS VEGAS NV 89145 | BRADLEY J. BUSBIN AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE<br>2295 S. HIAWASSEE ROAD SUITE 207<br>ORLANDO FL 32835 | JERROLD L. BREGMAN ESQ.<br>BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP<br>21650 OXNARD ST. SUITE 500<br>WOODLAND HILLS CA 91367 |
| LENARD E. SCHWARTZER ESQ.<br>SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BOULEVARD SUITE 1<br>LAS VEGAS NV 89146 | JAMIE P. DREHER ESQ.<br>DOWNEY BRAND LLP<br>5421 KIETZKE LANE STE 100<br>RENO NV 89501 | JOHN DAVID FISCHER ESQ.<br>1901 AVENUE OF THE STARS SUITE 1100<br>LOS ANGELES CA 90067 |
| MICHAEL W. REINING ESQ.<br>621 CAPITOL MALL 18TH FLOOR<br>SACRAMENTO CA 95814 | MARK WRAY ESQ.<br>LAW OFFICE OF MARK WRAY<br>608 LANDER STREET<br>RENO NV 89509 | KAVITA GUPTA<br>1300 BRISTOL ST NO STE 100<br>NEWPORT BEACH CA 92660 |
| KEVIN W COLEMAN ESQ.<br>NUTI HART LLP<br>411 30TH STREET SUITE 408<br>OAKLAND CA 94609 | KIMBERLY S. FINEMAN ESQ.<br>NUTI HART LLP<br>411 30TH STREET SUITE 408<br>OAKLAND CA 94609 | TALITHA B. GRAY KOZLOWSKI ESQ.<br>GARMAN TURNER GORDON LLP<br>7251 AMIGO STREET STE 210<br>LAS VEGAS NV 89119 |
| CHRISTOPHER H. HART ESQ.<br>NUTI HART LLP<br>411 30TH ST STE. 408<br>OAKLAND CA 94609 | GREGORY C. NUTI ESQ.<br>NUTI HART LLP<br>411 30TH STREET SUITE 408<br>OAKLAND CA 94609 | JEFFREY I GOLDEN<br>650 TOWN CENTER DR. STE 600<br>COSTA MESA CA 92626 |
| STEVEN T GUBNER ESQ.<br>300 S. 4TH STREET STE 1550<br>LAS VEGAS NV 89101 | SUSAN K. SEFLIN ESQ.<br>BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP<br>21650 OXNARD ST. STE 500<br>WOODLAND HILLS CA 91367 | BRIAN D. SHAPIRO ESQ.<br>LAW OFFICE OF BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS NV 89101 |
| BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS NV 89101 | BLACK & LOBELLO<br>ATTN: BRIGID M. HIGGINS ESQ.<br>10777 W. TWAIN AVENUE 3RD FLOOR<br>LAS VEGAS NEVADA 89135 | DICKINSON WRIGHT PLLC<br>ATTN: MICHAEL N. FEDER<br>8363 WEST SUNSET ROAD STE. 200<br>LAS VEGAS NEVADA 89113-2210 |
| CANDACE C. CARLYON ESQ.<br>CARLYON CICA CHTD.<br>265 E. WARM SPRINGS RD SUITE 107<br>LAS VEGAS NV 89119 | RICHARD F. HOLLEY ESQ.<br>HOLLEY DRIGGS WALCH FINE PUZEY STEIN & THOMPSON<br>400 S. FOURTH ST. 3RD FLOOR<br>LAS VEGAS NV 89101 | BART K. LARSEN ESQ.<br>SHEA LARSEN<br>1731 VILLAGE CENTER CIRCLE SUITE 150<br>LAS VEGAS NV 89134 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID M. CROSBY ESQ.<br>CROSBY & FOX LLC<br>601 S. 10TH STREET SUITE 202<br>LAS VEGAS NV 89101 | DILLON E. JACKSON ESQ.<br>FOSTER PEPPER PLLC<br>1111 THIRD AVENUE SUITE 3000<br>SEATTLE WA 98101 | CHARLES H. MCCREA ESQ.<br>HEJMANOWSKI & MCCREA LLC<br>520 SOUTH FOURTH STREET SUITE 320<br>LAS VEGAS NEVADA 89101 |