1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

1   Kevin W. Coleman (CA SBN 168538)
2   Christopher H. Hart (CA SBN 184117)
    NUTI HART LLP
3   411 30TH Street, Suite 408
    Oakland, CA 94609-3311
4   Telephone: 510-506-7152
    Email: kcoleman@nutihart.com
            chart@nutihart.com
5
6   Talitha Gray Kozlowski (NV SBN 9040)
    GARMAN TURNER GORDON LLP
7   650 White Drive, Suite 100
    Las Vegas, NV 89119
8   Telephone: 725-777-3000
    Email: tgray@gtg.legal
9
10  Counsel for Kavita Gupta,
    Chapter 11 Trustee

11              **UNITED STATES BANKRUPTCY COURT**

12                   **DISTRICT OF NEVADA**

13  | In re: | Case No.:  BK-S-18-12454-GS |
14  | DESERT LAND, LLC | Chapter 11 |
15  |          Debtor. | |
16  | In re: | Case No.:  BK-S-18-12456-GS |
17  | DESERT OASIS APARTMENTS, LLC, | Chapter 11 |
18  |          Debtor. | |
19  | In re: | Case No.:  BK-S-18-12457-GS |
20  | DESERT OASIS INVESTMENTS, LLC, | Chapter 11 |
21  |          Debtor. | **DECLARATION OF GINA SHELTON RE INTERCOMPANY CLAIM** |

22

23          I, Gina Shelton, declare as follows:

24          1.      I am a senior staff accountant and bookkeeper with Swecker, Moloney & Moir

25  CPA's ("SMM"), and have held this position continuously for approximately 30 years.  My

26  business address is 2451 S. Buffalo Drive Ste. 105, Las Vegas, Nevada 89117.  Except as

27  otherwise noted, all statements in this declaration are based on my own personal knowledge and

28  if called to testify on this matter, I could and would competently testify thereto.

*NUTI HART LLP*
*411 30TH STREET, SUITE 408*
*OAKLAND, CA 94609-3311*
*TELEPHONE: 510-506-7152*

2.    From approximately 1996-97 through approximately 2010-2011, SMM provided bookkeeping and tax preparation services to Desert Land LLC ("DL") and Desert Oasis Apartments LLC ("DOA"). I was the person at SMM who was primarily responsible for inputting entries into the general ledgers maintained for DL and DOA and producing the other accounting documentation referenced below. All of the accounting records discussed (excluding Exhibits B and C) herein were prepared by me or others working under my direction in the ordinary course of providing bookkeeping and tax preparation services to DL and DOA.

3.    With limited exceptions not relevant here, journal entries made in DL and DOA's general ledgers were based on source documentation such as checks and escrow statements provided to SMM by David Gaffin. After SMM's bookkeeping and tax preparation services for a given period were completed, the source documentation would be returned to DL and DOA.

4.    Counsel for Kavita Gupta, Chapter 11 trustee for the DL and DOA bankruptcy estates served a subpoena on SMM for the production of documents relating to the origins and basis for an $4.5 million debt DOA stated that it owed to DL in the schedule of liabilities filed in this bankruptcy case. SMM thereafter conducted a diligent search of its records, and to the best of its knowledge, produced all documents in SMM's possession, custody, and control sought in the subpoena. The documents produced totaled 107 pages. Attached hereto as **Exhibit A** is a true and correct copy of all of the documents produced in response to the Trustee's subpoena.

5.    A working trial balance I prepared for DOA for the period ending December 31, 2000 is included in Exhibit A [at bates page SW0004]. The December 31, 2000 working trial balance indicates that as of December 31, 1999, DOA was obligated on a note payable to Heller Financial in the amount of $5,000,000.00. The amounts reflected as owing by DOA Heller Financial on the December 31, 2000 working trial balance was based on journal entries that I had previously made on DOA's general ledger.

6.    DOA's December 31, 2000 working trial balance [SW0004] further indicates that as of December 31, 2000:

a.    the amount owed by DOA to Heller Financial had been paid; and

b.    a note payable to DL by DOA had increased by $5,008,060.83.

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

7.    DOA's payment to Heller Financial and the increased liability to DL referenced in paragraph 6 were also reflected in journal entries entered on DOA's general ledger.

8.    My hand written notation on the DOA December 31, 2000 working trial balance indicates that the $5,008,060.83 credit to the note payable to DL related to "DL escrow #684232."

9.    I made the general ledger entries and prepared DOA's December 31, 2000 working trial balance after reviewing an escrow closing statement provided to SMM by Mr. Gaffin.  Counsel for the Trustee has recently provided me with a copy of the Estimated Borrower's Closing Statement that is attached hereto as **Exhibit B**.  I am advised by the Trustee's counsel that Exhibit B was among documents produced by Mr. Gaffin in response to a subpoena served by the Trustee.

10.    To the best of my recollection, the closing statement I relied on at the time I made the journal entries and prepared DOA's December 31, 2000 working trial balance [SW0004] was either the same or substantially similar to the Estimated Borrower's Closing Statement attached hereto as Exhibit B.  (My understanding is that a final closing statement for an escrow can differ in some respects from an estimated closing statement.)

11.    DL is identified in Exhibit B as the borrower of the $41.5 million loaned by Tom Gonzales.  DOA is not identified as a borrower on the Gonzales loan.  Exhibit B also indicates that $5,028,400.56 of the Gonzales loan proceeds would be disbursed to Heller Financial, which as noted at that time held a $5 million loan secured by DOA's real property.

12.    I interpreted the closing statement I relied on when entering the Heller Financial mortgage refinance transactions into DOA's general ledger to mean that DL, but not DOA, borrowed the $41.5 million from Tom Gonzales.  I also interpreted the closing statement to mean that DOA borrowed the funds used to pay off the Heller Financial mortgage from DL.  It was for that reason that I reflected an amount owing by DOA to DL on the general ledger relating to the payoff of the Heller Financial mortgage.

13.    I recently have seen the petition, and schedules of assets and liabilities filed by DOA in its Chapter 11 bankruptcy case filed on May 31, 2002, Case No. 02-16204, which

SHELTON DECL. RE INTERCOMPANY CLAIM

indicate that DOA at that time owed Tom Gonzales $41.5 million. A true and correct copy of DOA's May 31, 2002 petition and schedules supplied to me by counsel for the Trustee are attached hereto as **Exhibit C**. I have also reviewed other documentation provided by counsel for the Trustee indicating that DOA was a co-borrower on the Gonzales loan.

14.    Had I known when I made the general ledger entries referenced in paragraphs 5 through 7 above that DOA had borrowed the $5,008,060.83 used to pay off the Heller Financial mortgage from Tom Gonzales instead of DL, I would have reflected that liability as owing to Tom Gonzales. I would not have made a journal entry indicating that DOA owed that amount to DL.

15.    Accordingly, the amount reflected on DOA and DL's general ledgers and the December 31, 2000 working trial balance as being owed by DOA to DL on December 31, 2000 was overstated by $5,008,060.83.

I declare under penalty of perjury of the laws of the United States and the State of Nevada that the foregoing is true and correct, and that this Declaration is executed this 27TH day of March 2020.

/s/ Gina Shelton

Gina Shelton

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

4

**Shelton Declaration**

**Exhibit B**

**(Estimated Borrower's Closing Statement)**

First American Title Company of Nevada
3760 Pecos McLeod Interconnect, Suite 7 * Las Vegas, NV  89121-4253
(702) 731-4131

ESCROW NUMBER:  884232                                    TODAY'S DATE: 12/06/2000
PROPERTY: Vacant Land                                     CLOSING DATE: 12/06/2000
          026 and 162-28-302-001

BORROWERS:
       Desert Land LLC

                     ESTIMATED BORROWER'S CLOSING STATEMENT
--------------------------------------------------------------------------------
DESCRIPTION                                              DEBITS          CREDITS
--------------------------------------------------------------------------------

| Description | | DEBITS | CREDITS |
|---|---|---|---|
| Loan from | Tom Gonzales | | 41,500,000.00 |
| Funds previously received from Tom Gonzalez on 11/22/00 | | 500,000.00 | |
| 190-99218 | Gonzo Financial | 1,867,994.03 | |
| #99-133/Oasis Apartments | Heller Financial | 5,028,400.56 | |
| Pay off to New World, LLC | | 5,000,000.00 | |
| Origination Fee     2.000% | Tom Gonzales | 830,000.00 | |
| Origination fee     1.000% | Barry Fieldman | 415,000.00 | |
| Interest - 1 yr in advance | Tom Gonzales | 5,397,493.26 | |
| Sammie Armstrong    to | #8A9231 | 1,350,616.67 | |
| Interest from 11/22/2000 to 12/06/2000 @ $178.09000/day | | 2,493.26 | |
| To # 86015 Tivoli | | 5,219,472.00 | |
| To 833089 FLT Trust | | 15,852,120.22 | |
| Title Premium - Owners | First American Title Co/Nevada | 200.00 | |
| Alta Premium - Lenders | First American Title Co/Nevada | 16,340.00 | |
| County tax/stamps:     Deed $  6,750.00 Mtg $ | | 6,750.00 | |
| Recording fees: Deed$        Mtg$   250.00 Releases$ | | 250.00 | |
| Recon Tracking Fee | First American Title | 400.00 | |
| Overnight Del/Handling Fee | First American Title | 95.00 | |
| Inspection Fee | First American Title | 1,120.00 | |
| Fax/Phone Charges | First American Title | 105.00 | |
| Escrow Fee | First American Title Co/Nevada | 2,650.00 | |
| Held For Misc | | 500.00 | |

--------------------------------------------------------------------------------
Subtotals                                             41,500,000.00  41,500,000.00
Balance Due From Borrower
TOTALS
· ·                                                    41,500,000.00  41,500,000.00
--------------------------------------------------------------------------------

Borrower understands the Closing or Escrow Agent has assembled this information
representing the transaction from the best information available from other sources and
cannot guarantee the accurancy thereof.  The Lender involved may be furnished a copy of this
Statement.

    The undersigned hereby authorizes FIRST AMERICAN TITLE COMPANY to make expenditures and
disbursements as shown and approves same for payment.  The undersigned also  acknowleges
receipt of Loan Funds in the amount shown above and receipt of a copy of this Statement.

APPROVED AND ACCEPTED THIS ___6th___ Day of ___December___, 20_00_.

                                        First American Title Company of Nevada

                                        By: Sharon G. Silverberg


Desert Land LLC
_____
By: Howard Bulloch, Manager

SGS

**Shelton Declaration**

**Exhibit C**

**(Desert Oasis Apartments LLC's Petition and Schedules filed May 31, 2002)**

## ORIGINAL

### FORM 1.  VOLUNTARY PETITION

| **United States Bankruptcy Court** | **VOLUNTARY PETITION** |
|---|---|
| _____ Southern _____ **District of** _____ Nevada _____ | |

| NAME OF DEBTOR - (If Individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Desert Oasis Apartments, LLC | |

| ALL OTHER NAMES used by the debtor in the last 6 years (Include married, birth, and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, birth, and trade names) |
|---|---|
| none | |

| SOC SEC/TAX I.D. NO (If more than one, state all) | SOC SEC/TAX I.D. NO (If more than one, state all) |
|---|---|
| 88-0433777 | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code) | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) |
|---|---|
| 7475 W. Sahara Avenue, Suite 100  Las Vegas, NV 89117 | |

| COUNTY of residence or principal place of business  Clark | PHONE NUMBER  702-948-3344 | COUNTY of residence or principal place of business | PHONE NUMBER |
|---|---|---|---|

| MAILING ADDRESS OF DEBTOR (If different from Street Address) | MAILING ADDRESS OF JOINT DEBTOR (If different from Street Address) |
|---|---|
| same | |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from address listed above) |
|---|
| n/a |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

VENUE (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of the petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in the District.

TYPE OF DEBTOR
☐ Individual     ☐ Stockbroker
☐ Partnership   ☐ Community Broker
☐ Corporation  ☒ Other _____
☐ Railroad

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
☐ Chapter 7     ☐ Chapter 9
☒ Chapter 11   ☐ Chapter 12
☐ Chapter 13   ☐ Sec 304 - Case ancillary to foreign proceeding

NATURE OF DEBT
☐ Consumer/Non-Business
☒ Business

FILING FEE (Check one box)
☒ Filing fee attached
☐ Filing fee to be paid in installments

Installment payments applicable to individuals only.  Must attach signed application for the courts consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered as a small business under 11 U.S.C. § 1121(e) (Optional)

**STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)**
(Estimates only - Check applicable boxes)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

RECEIVED AND FILED 2002 MAY 31 PM 4: 22 UNITED STATES BANKRUPTCY COURT PATRICIA GRAY, CLERK

ESTIMATED NUMBER OF CREDITORS
☐ 1-15  ☒ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over

ESTIMATED ASSETS (In thousands of dollars)
☐ $0 to $50,000        ☐ $100,001 to $500,000   ☐ $1,000,001 to $10 million   ☐ $50,000,001 to $100 million
☐ $50,001 to $100,000  ☐ $500,001 to $1 million  ☒ $10,000,001 to $50 million  ☐ More than $100 million

ESTIMATED LIABILITIES (In thousands of dollars)
☐ $0 to $50,000        ☐ $100,001 to $500,000   ☐ $1,000,001 to $10 million   ☐ $50,000,001 to $100 million
☐ $50,001 to $100,000  ☐ $500,001 to $1 million  ☒ $10,000,001 to $50 million  ☐ More than $100 million

© 12002 cpo law.  All rights reserved.  Printed in the United States of America.  cpo law is a trademark of Clayton P. Osting.

| VOLUNTARY PETITION   PAGE 2 *(This page must be completed and filed in every case)* | Name of Debtor(s):  Desert Oasis Apartments, LLC | FORM B1 |
|---|---|---|

| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet) | | |
|---|---|---|
| Location where filed  none | Case Number | Date Filed |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor  ~~none~~  See attached | Case Number | Date Filed |
| Relationship | District | Judge |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (INDIVIDUAL/JOINT)

I declare under penalty of perjury that the information provided in this petition is true and correct. (If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Howard Bulloch*
Signature of Debtor

X _____
Signature of Joint Debtor

                              702-948-3344
PHONE NUMBER (If not represented by attorney)
*May 30, 2002*
Date

### SIGNATURE OF ATTORNEY

X _____
Signature of Attorney for Debtor(s)

Leonard Schwartzer
PRINTED NAME OF ATTORNEY FOR DEBTOR(S)
Schwartzer & McPherson Law Firm
FIRM NAME
3800 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89109

ADDRESS
702-693-4230
TELEPHONE NUMBER
*5-31-02*
Date

### SIGNATURE OF DEBTOR (CORPORATION/PARTNERSHIP)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Howard Bulloch*
Signature of Authorized Individual
*Howard Bulloch*
Print or Type Name of Authorized Individual
*Manager*
Title of Individual Authorized by Debtor to File this Petition
*May 30, 2002*
Date

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e. g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11)

☒ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that he, she, or they may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtors              Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy petition preparer

Social Security Number

Address                              Tel. No.

Names and Social Security number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provision of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. § 156.

© 2002 cpo law.  All rights reserved.  Printed in the United States of America.  cpo law is a trademark of Clayton P. Osling.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

DESERT OASIS APARTMENTS, LLC                                    Chapter 11

Debtor

---

VOLUNTARY PETITION        Page 2

---

PENDING BANKRUPTCY CASES FILED BY AN AFFILIATE OF THE DEBTOR

| Desert Land, LLC | Case No: | Filed: May 31, 2002 |
|---|---|---|
| Relationship:  Affiliate | District of Nevada | Judge: |
| | | |

| Desert Ranch, LLC | Case No: | Filed: May 31, 2002 |
|---|---|---|
| Relationship:  Affiliate | District of Nevada | Judge: |
| | | |

## CERTIFICATE OF RESOLUTION

Howard Bulloch, the undersigned Manager of Desert Oasis Apartments, LLC (the "Company"), does hereby certify that the following Resolutions were adopted and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Managers, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"); and it is

"RESOLVED, that Howard Bulloch and David Gaffin, or either of them, be, and they hereby are authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case, and in that connection to retain and employ Lenard E. Schwartzer as counsel to advise and assist in the successful prosecution of the Chapter 11 case."

Signed on the 31st day of May, 2002.

_Howard Bulloch_
Howard Bulloch

F:\WorldPortResorts\Desert Ranch bk resolution.wpd

Form B4 West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

## _____ DIVISION

In re                                                                Case No.

DESERT OASIS APARTMENTS LLC                                          Chapter 11

_____ / Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 1  None | | | **Value:**  *Net Unsecured:* | |
| 2 | | | **Value:**  *Net Unsecured:* | |
| 3 | | | **Value:**  *Net Unsecured:* | |
| 4 | | | **Value:**  *Net Unsecured:* | |

# United States Bankruptcy Court

Southern **District of** N evada

IN RE _____ Desert Oasis Apartments, LLC _____

name of debtor

Case No. _____

chapter ____Chapter 11____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,B, D, E, F, I, and J in the boxes provided. Add the amount from Schedules A and B to determine the total amount of the debtor's assets. Add the amount from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A — Real Property | | | $41,040,000.00 | | |
| B — Personal Property | | | $2,150.00 | | |
| C — Property Claimed as Exempt | | | | | |
| D — Creditors Holding Secured Claims | | | | $41,500,000.00 | |
| E — Creditors Holding Unsecured Priority Claims | | | | $0.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | | | | | |
| G — Executory Contracts and Unexpired Leases | | | | | |
| H — Codebtors | | | | | |
| I — Current Income of Individual Debtor(s) | | | | | |
| J — Current Expenditures of Individual Debtor(s) | | | | | |
| Total Number of Sheets of ALL Schedules ▶ | | | | | |
| Total Assets ▶ | | | $41,042,150.00 | | |
| Total Liabilities ▶ | | | | $41,500,000.00 | |

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Osting.

Desert Oasis Apartments, LLC
NAME OF DEBTOR                                        CASE NO.

## SCHEDULE A — REAL PROPERTY

Except as listed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor;s own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claim in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Desert Oasis Apartments 5316 Danville Lane Las Vegas, NV | Fee Simple 94.5% | | $41,040,000.00 | $41,500,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total ▶ | $41,040,000.00 | |

(Report also on Summary of Schedules)

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Osting.

Desert Oasis Apartments, LLC
NAME OF DEBTOR

CASE NO.

## SCHEDULE B — PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OR PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America - General Bank of America - Money Market | | $42,540.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Computer, Copier, desk, 3 chairs | | $1,150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing Apparel. | | | | |
| 7. Furs and Jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies, Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Osting.

Desert Oasis Apartments, LLC
NAME OF DEBTOR

CASE NO.

# SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OR PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 15. Accounts Receivable | | Tenant rental payments | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | | | |
| 18. Equitable or future interest, life estate, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 20. Other contingent and unliquidated claim of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | | | |

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Osting.

Desert Oasis Apartments, LLC
NAME OF DEBTOR                                    CASE NO.

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OR PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 24. Boats, motors, and accessories. | | | | |
| 25. Aircraft and accessories. | | | | |
| 26. Office equipment, furnishings, and supplies. | | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 28. Inventory. | | | | |
| 29. Animals. | | | | |
| 30. Crops -growing or harvested. Give particulars. | | | | |
| 31. Farming equipment and implements. | | | | |
| 32. Farm supplies, chemicals and feed. | | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached          **Personal Property Value - Total** ➡ | $2,150.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Oeting.

NAME OF DEBTOR Desert Oasis Apartments, LLC                                      CASE NO.

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| Tom Gonzales<br>PO Box 8786<br>Incline Village, NV 89452 | ☐ | | 12/15/2000<br>First Deed of Trust<br><br>VALUE  $41,500,000.00<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | $41,500,000.00 | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |

|  |  |  |
|---|---|---|
| | Subtotal (Total of this page) ➔ | $41,500,000.00 |
| (Report also on Summary of Schedules) | Total (Use only on last page) ➔ | $41,500,000.00 |

© 2002 cpc law. All rights reserved. Printed in the United States of America. cpc law is a trademark of Clayton P. Osting.

In re - Desert Oasis Apartments, LLC                                    Case No.

## SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any of the entities holding priority claims against the debtor or the priority claims against the debtor or the property of the debtor, as of the date of filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extension of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee of the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,000.00 per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fisherman**

Claims of certain farmers and fishermen up to $4,000.00 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to a maximum of $1,800.00 for deposits for the purchase, lease, or rental or property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §507(a)(7).

☐ **Taxes and certain other debts owed to governmental units.**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or board of Governors of the Federal Reserve System, or their predecessors of successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507 (a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

© 2002 cpo law.  All rights reserved.  Printed in the United States of America.  cpo law is a trademark of Clayton P. Osting.

In re - Desert Oasis Apartments, LLC                                      Case  No.

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C", in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this Schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured non priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| | | HUSBAND, WIFE, JOINT OR COMMUNITY | | | |
| f11 | ☐ | | | ☐ contingent<br>☐ unliquidated<br>☐ disputed | |
| | | | acct # | | |
| f12 | ☐ | | | ☐ contingent<br>☐ unliquidated<br>☐ disputed | |
| | | | acct # | | |
| f13 | ☐ | | | ☐ contingent<br>☐ unliquidated<br>☐ disputed | |
| | | | acct # | | |
| f14 | ☐ | | | ☐ contingent<br>☐ unliquidated<br>☐ disputed | |
| | | | acct # | | |
| f15 | ☐ | | | ☐ contingent<br>☐ unliquidated<br>☐ disputed | |
| | | | acct # | | |

____continuation sheets attached                              Subtotal  (Total of this page) ➡

(Report also on Summary of Schedules)  Total  (Use only on last page of completed Schedule F.) ➡

© 2002 cpo law.  All rights reserved.  Printed in the United States of America.  cpo law is a trademark of Clayton P. Osting.

In re - Desert Oasis Apartments, LLC                                       Case  No.

## SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchase," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the
appropriate schedule of creditors.

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

© 2002 cpo law.  All rights reserved.  Printed in the United States of America.  cpo law is a trademark of Clayton P. Osting.

In  re  -  Desert Oasis Apartments, LLC                                        Case  No.

## SCHEDULE H — CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF CODEBTOR | NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF CREDITOR |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

© 2002 cpo law.  All rights reserved.  Printed in the United States of America.  cpo law is a trademark of Clayton P. Osting.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

DESERT OASIS APARTMENTS, LLC                                    Chapter 11

Debtor

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor, by and through its Manager, hereby verifies that the attached list of creditors is true and correct to the best of his knowledge.

Dated:  May 31, 2002

Howard Bulloch

Desert Oasis Apartments, LLC
7475 West Sahara Ave.
Suite 100
Las Vegas NV  89117

Lenard E. Schwartzer, Esq.
Schwartzer & McPherson Law Firm
3800 Howard Hughes Parkway
Suite 1100
Las Vegas NV 89109

C. Tom Gonzales
TG Holdings
110 Mason Circle
Suite A
Concord CA 945--


U.S. Trustee
600 Las Vegas Blvd. So.
Suite 430
Las Vegas NV  89101


Department of Employment Training
& Rehabilitation, Employment
Security Div, Contributions Section
500 East Third Street
Carson City NV  89713-0030


Department of Motor Vehicles
and Public Safety
Records Section
555 Wright Way
Carson City NV  89711-0250


Employers Insurance Co. of NV
Attn: Bankruptcy Desk
515 East Musser Street
Carson City NV  89710


NV Dept of Taxation
Bankruptcy Division
555 East Washington, #1300
Las Vegas NV  89101


Internal Revenue Service
Attn:  Bankruptcy Unit
4750 West Oakey
Las Vegas NV  89102

NV Department of Taxation
Revenue Division
Capitol Complex
Carson City NV  89710-0003


Office of Labor Commissioner
555 East Washington Ave.
Suite 4100
Las Vegas NV  89101


U.S. Attorney
District of Nevada
323 Las Vegas Blvd. South
Suite 5000
Las Vegas NV  89101


District Counsel, IRS
4750 West Oakey, #403
Las Vegas NV  89102


Clark County Treasurer
c/o Bankruptcy Clerk
500 South Grand Central Parkway
Post Office Box 551220
Las Vegas NV  89155-1220


Clark County Assessor
c/o Bankruptcy Clerk
500 South Grand Central Parkway
Post Office Box 551401
Las Vegas NV  89155-1401