FENNEMORE CRAIG, P.C.
Cathy L. Reece *(AZ Bar No. 005932)*
Anthony W. Austin (NV Bar No. 010850)
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5343
Facsimile: (602) 916-5543
Email: creece@fclaw.com
       aaustin@fclaw.com

*Attorneys for The Northern Trust Company*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Chapter 11 |
|---|---|
| DESERT OASIS APARTMENTS, LLC, | Case No.: BK-S-18-12456-GS |
| Debtor. | |

### EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW VOTE ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION

The Northern Trust Company ("Northern Trust"), by and through the undersigned counsel, hereby submit its ex parte application (the "Ex Parte Application") seeking entry of an order shortening time to hear the <u>Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation</u> [DE XXX] (the "Motion") substantially in the form attached hereto as **Exhibit A**. This Ex Parte Application is made based upon Fed. R. Bankr. Proc. 9006, the following memorandum of points and authorities, the Declaration of Anthony W. Austin, Esq. filed contemporaneously herewith, the Attorney Information Sheet filed contemporaneously herewith, and the papers and pleadings on file herein, judicial notice of which is respectfully requested.

### I.     Legal Argument

Federal Rule of Bankruptcy Procedure 9006(c)(1) permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given. Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by a Declaration stating the reasons for an expedited hearing. As set forth in the Austin Declaration, there are compelling reasons to hear the Motions on August 6, 2020.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice and how notice was provided or attempted to be provided. An Attorney Information Sheet has been filed contemporaneously with this Ex Parte Application.

This Application seeks to set the Motion for hearing on shortened time so that Northern Trust can vote on the Trustee's proposed Joint Plan of Liquidation [DE 239]. The Plan as proposed declares, improperly, that Northern Trust is unimpaired and therefore cannot vote on the Plan. As set forth in Northern Trust's <u>Objection to Disclosure Statement for Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation and Confirmation of the Joint Plan of Reorganization</u> [DEXX], the Plan impairs Northern Trust's legal, equitable, and contractual rights and therefore Northern Trust is entitled to vote on the Plan.

This Court currently has the confirmation hearing pending on March 11, 2021 at 1:30 p.m. Due to the relatedness of the matters, Northern Trust requests the Court set the hearing on the Motion March 11, 2021 at 1:30 p.m.. with any response due on or before March 4, 2021 and any reply due March 9, 2021. Northern Trust anticipates that any

FENNEMORE CRAIG

- 2 -

18184853.1

1  hearing would require approximately fifteen (15) minutes and will be substantially similar
2  to the other matters set to be heard on March 11, 2021.
3     WHEREFORE, Northern Trust respectfully requests that the Court grant this Ex
4  Parte Application and issue an order shortening time to hear the Motion on March 11,
5  2021, and for such other and further relief as the Court deems just and proper.
6     Dated:   February 25, 2021

**FENNEMORE CRAIG, P.C.**

By: */s/ Anthony W Austin*
    Cathy L. Reece (AZ Bar No. 005932)
    Anthony W. Austin  (010850)
    *Counsel for The Northern Trust Company*

COPY of the foregoing served by
E-mail/ECF Notice this 25th day of
February, 2021 upon:

Edmund M. McDonald
Edmund Gee
U.S Trustee's Office-LV-11,11
Edward.m.mcdonald@usjod.gov
Edmund.gee@usdoj.gov

Jamie P. Dreher
Downey Brand LLP
jdreher@downeybrand.com
reno@downeybrand.com
*Attorneys for the Gonzales Trust*

Mark Wray
Law Office of Mark Wray
mwray@markwraylaw.com
tmoore@markwraylaw.com
Fischerlawcal@aol.com
*Attorneys for the Gonzales Trust*

Kevin W. Coleman
Kimberly S. Fineman
Christopher Hart
Nuti Hart, LLP
kcoleman@nutihart.com
kfineman@nutihart.com
chart@nutihart.com
*Attorneys for Kavita Gupta, Trustee*

Talitha B. Gray Kozlowski
GTG, LLP

| | |
|---|---|
| 1 | tgray@gtg.legal |
| | *Attorneys for Kavita Gupta, Trustee* |
| 2 | |
| 3 | Jeffrey I. Golden |
| | jgolden@wgllp.com |
| 4 | *Trustee of Desert Land* |
| 5 | Jerrold L. Bregman |
| | Steven T. Gubner |
| 6 | Susan K. Seflin |
| | Brutzkus Gubner |
| 7 | jbregman@bg.law |
| | sgubner@bg.law |
| 8 | sseflin@bg.law |
| | *Attorneys for Trustee of Desert Land* |
| 9 | |
| 10 | */s/ Gidget Kelsey* |

FENNEMORE CRAIG

- 4 -

18184853.1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-18-12456-GS<br><br>Hearing Date:<br>Hearing Time: |

**ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW VOTE ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION**

The Court having reviewed and considered the Ex Parte Application for Order Shortening Time to Hear Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation (the "Ex Parte Application For Order Shortening Time"), and other good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application for Order Shortening Time is granted.

IT IS FURTHER ORDERED that the Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation ("Motion") shall be heard on the 11th day of March, 2021, at the hour of 1:30 p.m. in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101;

IT IS FURTHER ORDERED that the Motion, together with any supporting documents, and this Order Shortening Time shall be served no later than one business day after the entry of this Order Shortening Time;

FENNEMORE CRAIG

18185035.1

1    IT IS FURTHER ORDERED that any opposition to the Motion shall be served and
2    filed no later than 5:00 p.m. on the 4th day of March, 2021; and
3    IT IS FURTHER ORDERED that any Reply in support of the Motion shall be
4    served and filed no later than 5:00 p.m. on the 9th day of March, 2021.
5    IT IS SO ORDERED.

Prepared and Submitted By:
**FENNEMORE CRAIG, P.C.**

By: */s/ Anthony W. Austin*
    Cathy L. Reece
    Anthony W. Austin
    *Attorneys for The Northern Trust Company*

FENNEMORE CRAIG

- 2 -

18185035.1