FENNEMORE CRAIG, P.C.
Cathy L. Reece *(AZ Bar No. 005932)*
Anthony W. Austin (NV Bar No. 010850)
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5343
Facsimile: (602) 916-5543
Email: creece@fclaw.com
       aaustin@fclaw.com

*Attorneys for The Northern Trust Company*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Chapter 11 |
|---|---|
| DESERT OASIS APARTMENTS, LLC, | Case No.: BK-S-18-12456-GS |
| Debtor. | |

**DECLARATION OF ANTHONY W. AUSTIN IN SUPPORT OF EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW VOTE ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION**

I, ANTHONY W. AUSTIN, being duly sworn according to law, hereby deposes and says, under penalty of perjury:

1. I am over the age of 18, am mentally competent, and have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. I am a Director with the law firm Fennemore Craig, P.C., counsel for The Northern Trust Company in the above-captioned matter and duly licensed to practice law in the State of Nevada.

3. I make this declaration in support of the Ex Parte Application for Order Shortening Time (the "Application") to hear Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation (the "Motion").

FENNEMORE CRAIG

18184963.1

1      4.    The Application seeks to set the Motion for hearing on shortened time so that Northern Trust can vote on the on the Trustee's proposed Joint Plan of Liquidation [DE 239].

5.    The Plan as proposed declares, improperly, that Northern Trust is unimpaired and therefore cannot vote on the Plan.

6.    As set forth in Northern Trust's <u>Objection to Disclosure Statement for Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation and Confirmation of the Joint Plan of Liquidation</u> [DEXX], the Plan impairs Northern Trust's legal, equitable, and contractual rights and therefore Northern Trust is entitled to vote on the Plan.

7.    This Court currently has the confirmation hearing pending on March 11, 2021 at 1:30 p.m.

8.    Thus, good cause exists to hear the Motion on shortened time.

Dated:  February 25, 2021

**FENNEMORE CRAIG, P.C.**

By: */s/ Anthony W Austin*
    Cathy L. Reece (AZ Bar No. 005932)
    Anthony W. Austin  (010850)
    *Counsel for The Northern Trust Company*

COPY of the foregoing served by
E-mail/ECF Notice this 25th day of
February, 2021 upon:

Edmund M. McDonald
Edmund Gee
U.S Trustee's Office-LV-11,11
Edward.m.mcdonald@usjod.gov
Edmund.gee@usdoj.gov

Jamie P. Dreher
Downey Brand LLP
jdreher@downeybrand.com
reno@downeybrand.com
*Attorneys for the Gonzales Trust*

Mark Wray
Law Office of Mark Wray
mwray@markwraylaw.com
tmoore@markwraylaw.com

| | |
|---|---|
| 1 | Fischerlawcal@aol.com |
| | *Attorneys for the Gonzales Trust* |
| 2 | |
| 3 | Kevin W. Coleman |
| | Kimberly S. Fineman |
| 4 | Christopher Hart |
| | Nuti Hart, LLP |
| 5 | kcoleman@nutihart.com |
| | kfineman@nutihart.com |
| 6 | chart@nutihart.com |
| | *Attorneys for Kavita Gupta, Trustee* |
| 7 | |
| 8 | Talitha B. Gray Kozlowski |
| | GTG, LLP |
| 9 | tgray@gtg.legal |
| | *Attorneys for Kavita Gupta, Trustee* |

1  Fischerlawcal@aol.com
   *Attorneys for the Gonzales Trust*
2
3  Kevin W. Coleman
   Kimberly S. Fineman
4  Christopher Hart
   Nuti Hart, LLP
5  kcoleman@nutihart.com
   kfineman@nutihart.com
6  chart@nutihart.com
   *Attorneys for Kavita Gupta, Trustee*
7
8  Talitha B. Gray Kozlowski
   GTG, LLP
   tgray@gtg.legal
9  *Attorneys for Kavita Gupta, Trustee*

10 Jeffrey I. Golden
   jgolden@wgllp.com
11 *Trustee of Desert Land*

12 Jerrold L. Bregman
   Steven T. Gubner
13 Susan K. Seflin
   Brutzkus Gubner
14 jbregman@bg.law
   sgubner@bg.law
15 sseflin@bg.law
   *Attorneys for Trustee of Desert Land*
16

17 */s/ Gidget Kelsey*
18

FENNEMORE CRAIG

- 3 -

18184963.1