FENNEMORE CRAIG, P.C.
Cathy L. Reece *(AZ Bar No. 005932)*
Anthony W. Austin (NV Bar No. 010850)
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016-3429
Telephone:  (602) 916-5343
Facsimile:  (602) 916-5543
Email: creece@fclaw.com
          aaustin@fclaw.com

*Attorneys for The Northern Trust Company*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re | Chapter 11 |
|---|---|
| DESERT OASIS APARTMENTS, LLC, | Case No.:  BK-S-18-12456-GS |
| Debtor. | |

**ATTORNEY INFORMATION SHEET REGARDING EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW VOTE ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION**

As required by this Court, The Northern Trust Company, by and through undersigned counsel, has contacted the parties listed below regarding the proposed order shortening time.  They agree or disagree to the time being shortened as indicated below:

| Name | Date/Method Contacted | Agree | Disagree | No Response |
|---|---|---|---|---|
| Mark Ray, counsel for Bradley J. Busbin, Trustee of the Gonzalez Charitable Remainder Unitrust One | February 25, 2021 Via email | | | X |
| Kevin Coleman, counsel for Trustee Gupta | February 25, 2021 Via email | | X | |
| Steven Gubner, counsel for Trustee Golden | February 25, 2021 Via email | | | X |

18185106.1

Dated:   February 25, 2021

**FENNEMORE CRAIG, P.C.**

By: */s/ Anthony W Austin*
    Cathy L. Reece (AZ Bar No. 005932)
    Anthony W. Austin  (010850)
    *Counsel for The Northern Trust Company*

COPY of the foregoing served by E-mail/ECF Notice this 25th day of February, 2021 upon:

Edmund M. McDonald
Edmund Gee
U.S Trustee's Office-LV-11,11
Edward.m.mcdonald@usjod.gov
Edmund.gee@usdoj.gov

Jamie P. Dreher
Downey Brand LLP
jdreher@downeybrand.com
reno@downeybrand.com
*Attorneys for the Gonzales Trust*

Mark Wray
Law Office of Mark Wray
mwray@markwraylaw.com
tmoore@markwraylaw.com
Fischerlawcal@aol.com
*Attorneys for the Gonzales Trust*

Kevin W. Coleman
Kimberly S. Fineman
Christopher Hart
Nuti Hart, LLP
kcoleman@nutihart.com
kfineman@nutihart.com
chart@nutihart.com
*Attorneys for Kavita Gupta, Trustee*

Talitha B. Gray Kozlowski
GTG, LLP
tgray@gtg.legal
*Attorneys for Kavita Gupta, Trustee*

Jeffrey I. Golden
jgolden@wgllp.com
*Trustee of Desert Land*

Jerrold L. Bregman
Steven T. Gubner

Susan K. Seflin
Brutzkus Gubner
jbregman@bg.law
sgubner@bg.law
sseflin@bg.law
*Attorneys for Trustee of Desert Land*

*/s/ Gidget Kelsey*

FENNEMORE CRAIG

- 3 -

18185106.1