_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 26, 2021

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-18-12456-GS<br><br>Hearing Date: March 11, 2021<br>Hearing Time: 1:30 P.M. |

**ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW VOTE ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION**

The Court having reviewed and considered the Ex Parte Application for Order Shortening Time to Hear Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation (the "Ex Parte Application For Order Shortening Time"), and other good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application for Order Shortening Time is granted.

IT IS FURTHER ORDERED that the Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation ("Motion") shall be heard on the 11th day of March, 2021, at the hour of 1:30 p.m. in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101;

IT IS FURTHER ORDERED that the Motion, together with any supporting documents, and this Order Shortening Time shall be served no later than one business day after the entry of this Order Shortening Time;

1    IT IS FURTHER ORDERED that any opposition to the Motion shall be served and filed no later than 5:00 p.m. on the 4th day of March, 2021; and

IT IS FURTHER ORDERED that any Reply in support of the Motion shall be served and filed no later than 5:00 p.m. on the 9th day of March, 2021. Participation will be remote. Remote participation information may be found on the posted calendar on the court's website at www.nvb.uscourts.gov/calendars/court-calendars .

IT IS SO ORDERED.

Prepared and Submitted By:
**FENNEMORE CRAIG, P.C.**

By: */s/ Anthony W. Austin*
    Cathy L. Reece
    Anthony W. Austin
    *Attorneys for The Northern Trust Company*

FENNEMORE CRAIG

- 2 -

18185035.1