FENNEMORE CRAIG, P.C.
Cathy L. Reece (AZ Bar No. 005932)
Anthony W. Austin (NV Bar No. 010850)
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5343
Facsimile: (602) 916-5543
Email: creece@fclaw.com
         aaustin@fclaw.com
*Attorneys for Defendant*
*The Northern Trust Company*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: BK-S-18-12456-GS |
| DESERT OASIS APARTMENTS, LLC, | Chapter 11 |
| Debtor. | Date: March 11, 2021<br>Time: 1:30p.m. |

**NOTICE OF HEARING AND NOTICE OF ENTRY OF ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW VOTE ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION**

**PLEASE TAKE NOTICE** that an Order Shortening Time to Hear Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation [DE 276] was entered by the Court in the above-referenced case on February 26, 2021. A true and correct copy of which is attached hereto as **Exhibit A**.

**NOTICE IS FURTHER GIVEN** that the Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation [DE 271] (the "Motion") will be heard by Honorable Gary Spraker, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Las Vegas, Nevada **on March 11, 2021 at the hour of 1:30 p.m.**

**NOTICE IS FURTHER GIVEN** that any opposition to the requested relief set forth in the Motion must be filed and served on or before March 4, 2021 by 5:00 p.m.

18188841.1

1  Any reply must be filed and served no later than March 9, 2021 by 5:00 p.m.  Any
2  opposition to the Motion must be filed pursuant to Fed. R. Bank. P. 9006(f) and Local
3  Rule 9014(d)(4), with notice provided by electronic transmission.

4      Participation will be remote. Remote participation information may be found on the
5  posted calendar on the court's website at www.nvb.uscourts.gov/calendars/court-
6  calendars.

> If you object to the relief requested, you *must* file a **WRITTEN** response to the proposed Motion with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court *may refuse to allow you to speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED this 26th day of February, 2021

**FENNEMORE CRAIG, P.C.**

By: */s/ Anthony W. Austin*
    Cathy L. Reece
    Anthony W. Austin
    *Attorneys for Defendant*
    *The Northern Trust Company*

F<small>ENNEMORE</small> C<small>RAIG</small>

18188841.1

# CERTIFICATE OF SERVICE

On February 26, 2021, the foregoing was served on the following parties via email:

Edmund M. McDonald
Edmund Gee
U.S Trustee's Office-LV-11,11
Edward.m.mcdonald@usjod.gov
Edmund.gee@usdoj.gov

Jamie P. Dreher
Downey Brand LLP
jdreher@downeybrand.com
reno@downeybrand.com
*Attorneys for the Gonzales Trust*

Mark Wray
Law Office of Mark Wray
mwray@markwraylaw.com
tmoore@markwraylaw.com
Fischerlawcal@aol.com
*Attorneys for the Gonzales Trust*

Kevin W. Coleman
Kimberly S. Fineman
Christopher Hart
Nuti Hart, LLP
kcoleman@nutihart.com
kfineman@nutihart.com
chart@nutihart.com
*Attorneys for Kavita Gupta, Trustee*

Talitha B. Gray Kozlowski
GTG, LLP
tgray@gtg.legal
*Attorneys for Kavita Gupta, Trustee*

Jeffrey I. Golden
jgolden@wgllp.com
*Trustee of Desert Land*

Jerrold L. Bregman
Steven T. Gubner
Susan K. Seflin

FENNEMORE CRAIG

- 3 -

18188841.1

Brutzkus Gubner
jbregman@bg.law
sgubner@bg.law
sseflin@bg.law
*Attorneys for Trustee of Desert Land*

*/s/ Gidget Kelsey*

FENNEMORE CRAIG

- 4 -

18188841.1

# EXHIBIT A

_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
February 26, 2021

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 11 |
| DESERT OASIS APARTMENTS, LLC, | Case No.: BK-S-18-12456-GS |
| Debtor. | Hearing Date: March 11, 2021<br>Hearing Time: 1:30 P.M. |

**ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW VOTE ON CHAPTER 11 TRUSTEE KAVITA GUPTA'S JOINT PLAN OF LIQUIDATION**

The Court having reviewed and considered the Ex Parte Application for Order Shortening Time to Hear Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation (the "Ex Parte Application For Order Shortening Time"), and other good cause appearing,

IT IS HEREBY ORDERED that the Ex Parte Application for Order Shortening Time is granted.

IT IS FURTHER ORDERED that the Motion to Allow Vote on Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation ("Motion") shall be heard on the 11th day of March, 2021, at the hour of 1:30 p.m. in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101;

IT IS FURTHER ORDERED that the Motion, together with any supporting documents, and this Order Shortening Time shall be served no later than one business day after the entry of this Order Shortening Time;

FENNEMORE CRAIG

18185035.1

1  IT IS FURTHER ORDERED that any opposition to the Motion shall be served and
2  filed no later than 5:00 p.m. on the 4th day of March, 2021; and
3  IT IS FURTHER ORDERED that any Reply in support of the Motion shall be
4  served and filed no later than 5:00 p.m. on the 9th day of March, 2021. Participation will
5  be remote. Remote participation information may be found on the posted calendar on the
6  court's website at www.nvb.uscourts.gov/calendars/court-calendars .
7  IT IS SO ORDERED.

Prepared and Submitted By:
**FENNEMORE CRAIG, P.C.**

By: */s/ Anthony W. Austin*
    Cathy L. Reece
    Anthony W. Austin
    *Attorneys for The Northern Trust Company*

FENNEMORE CRAIG

- 2 -

18185035.1