NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–18–12456–gs<br>CHAPTER 11 |
| DESERT OASIS APARTMENTS, LLC | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***268*** – Response to Motion to Allow Claim Exhibit 1 Filed by MARK WRAY on behalf of BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE (WRAY, MARK) |
| | ***269*** – Response to Motion to Allow Claim Exhibit 2 Filed by MARK WRAY on behalf of BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE (WRAY, MARK) |
| | ***270*** – Response to Motion to Allow Claim Exhibit 3 Filed by MARK WRAY on behalf of BRADLEY J. BUSBIN, AS TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE (WRAY, MARK) |
| Filed On: | 2/25/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.
* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * Case Number(s)

Dated: 2/26/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**