_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 11, 2021

**CARLYON CICA, CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Spring Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax:   (702) 386-4979
Email: ccarlyon@carlyoncica.com
       dcica@carlyoncica.com
       tosteen@carlyoncica.com
*Counsel for DLLA Parties*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

DESERT OASIS APARTMENTS, LLC,

Debtor.

Case No. BK-S-18-12456- GS
Chapter 11

**ORDER APPROVING STIPULATION AMONG TRUSTEES**

Hearing Date: N/A
Hearing Time: N/A

The Court having read and considered the *Stipulation Among Trustees* (the "Stipulation") between, Brian Shapiro ("Skyvue Trustee") as trustee of Skyvue Las Vegas, LLC ("Skyvue"), and Kavita Gupta ("Debtor Trustee"), as chapter 11 trustee for Desert Oasis Apartments, LLC ("Debtor"), by and through its

1

counsel of record (collectively, the "Parties"), and for good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation, attached hereto as Exhibit A, is approved in its entirety.

**IT IS FURTHER HEREBY ORDERED** that the parties stipulated and agreed that rather than cancellation, treatment of the Equity under Section 4.6 of the Plan shall be as follows: "No distributions shall be made on account of any member interests or other equity interests unless and until all creditors and administrative claimants have been paid in full."

**IT IS SO ORDERED.**

Respectfully submitted by:

| | |
|---|---|
| BRIAN D. SHAPIRO | NUTI HART LLP |
| /s/ Brian D. Shapiro | /s/ Kevin W. Coleman |
| BRIAN D. SHAPIRO<br>Trustee in Bankruptcy<br>510 S. 8th Street<br>Las Vegas, NV 89101<br>(702) 386-8600<br>Email: trustee@trusteeshapiro.com<br>*Trustee of SkyVue Las Vegas, LLC Bankruptcy Estate* | Kevin W. Coleman (CA SBN 168538)<br>411 30TH Street, Suite 408<br>Oakland, CA 94609-3311<br>Telephone: 510-506-7152<br>Email: kcoleman@nutihart.com<br>*Counsel to Kavita Gupta, Chapter 11 Trustee* |

# EXHIBIT A

# EXHIBIT A

**CARLYON CICA, CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TRACY M. O'STEEN, ESQ.
Nevada Bar No. 10949
265 E. Warm Spring Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Fax:     (702) 386-4979
Email: ccarlyon@carlyoncica.com
           dcica@carlyoncica.com
           tosteen@carlyoncica.com
*Counsel for DLLA Parties*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | Case No. BK-S-18-12456- GS<br>Chapter 11<br><br>**STIPULATION AMONG TRUSTEES**<br><br>Hearing Date: March 11, 2021<br>Hearing Time: 1:30 p.m. |

Brian Shapiro ("Skyvue Trustee") as trustee of Skyvue Las Vegas, LLC ("Skyvue"), and Kavita Gupta ("Debtor Trustee"), as chapter 11 trustee for Desert Oasis Apartments, LLC ("Debtor"), by and through their respective counsel, hereby stipulate and agree as follows (the "Stipulation"):

WHEREAS Chapter 11 Trustee Kavita Gupta's Joint Plan of Liquidation filed on January 26, 2021 [Doc. No. 239] (the "Plan") proposed to cancel the membership interests ("Equity") of Skyvue in Debtor. See Section 4.6 of the Plan.

WHEREAS such cancellation may be prohibited by 11 U.S. Code § 362, the automatic stay.

WHEREAS the Skyvue Trustee and the Debtor Trustee agree that it is unlikely that any distributions will be made on account of Equity.

1

**THEREFORE**, it is stipulated and agreed that rather than cancellation, treatment of the Equity under Section 4.6 of the Plan shall be as follows: "No distributions shall be made on account of any member interests or other equity interests unless and until all creditors and administrative claimants have been paid in full."

**IT IS SO STIPULATED AND AGREED.**

Dated this 3rd day of March, 2021.

BRIAN D. SHAPIRO

/s/ Brian Shapiro

BRIAN D. SHAPIRO
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV 89101
(702) 386-8600
Email: trustee@trusteeshapiro.com
*Trustee of SkyVue Las Vegas, LLC Bankruptcy Estate*

Dated this 3rd day of March, 2021.

NUTI HART LLP

/s/ Kevin Coleman

Kevin W. Coleman (CA SBN 168538)
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kcoleman@nutihart.com
*Counsel to Kavita Gupta, Chapter 11 Trustee*