STEVEN T. GUBNER – Nevada Bar No. 4624
JERROLD L. BREGMAN – California Bar No. 149896
BRUTZKUS GUBNER
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 835-0800
Facsimile:   (866) 995-0215
Email:    sgubner@bg.law
          jbregman@bg.law

[Proposed] Counsel for Jeffrey I. Golden,
Chapter 11 Trustee for Desert Land, LLC

RECEIVED AND FILED
2021 MAR 12 PM 2 55 EGP
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

DESERT OASIS APARTMENTS, LLC,

Debtor.

Case No. BK-S-18-12456 GS

Chapter 11

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

**EFFECTIVE JUNE 26, 2020**
**FILING FEE IS $250.00**

Jerrold L Bregman, Petitioner, respectfully represents to the Court:

1.   That Petitioner resides in Highlands Ranch, Colorado.

2.   That Petitioner is an attorney at law and of counsel at the law firm of Brutzkus Gubner Rozansky Seror Weber LLP ("Brutzkus Gubner") with offices located at: (a) <u>Los Angeles:</u> 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, Telephone (818) 827-9000, Facsimile (818) 827-9099; (b) <u>Las Vegas:</u> 300 S. 4th Street, Suite 1550, Las Vegas, Nevada 89101,

2581310

RECEIPT # 241365  $250.00

Telephone (702) 835-0800, Facsimile (866) 995-0215; and (c) <u>Denver</u>: 5445 DTC Parkway, Suite 800, Denver, Colorado 80111, Telephone (303) 835-1291, Facsimile (818) 827-9045.

3. Petitioner has been retained as a member of Brutzkus Gubner by Jeffrey I. Golden, the duly appointed and acting Chapter 11 Trustee in the bankruptcy case of Desert Land, LLC ("Desert Land"), to provide legal representation in connection with Desert Land's case now pending before this Court.

4. That since December 4, 1990, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California, where Petitioner regularly practices law.

5. That Petitioner has been admitted to practice law before, and is a member in good standing of the bars of, each of the following courts.

|  | Date Admitted |
|---|---|
| State Bar of California, and all state courts within the state | December 4, 1990 |
| State Bar of New York, and all state courts within the state | March 19, 2003 |
| State Bar of Colorado, and all state courts within the state | May 29, 2019 |
| U.S. Court of Appeals for the Tenth Circuit | December 26, 2019 |
| U.S. Court of Appeals for the Ninth Circuit | March 23, 2010 |
| U.S. Court of Appeals for the Second Circuit | March 24, 2010 |
| United States District Court (Central District of California) | December 4, 1990 |
| United States District Court (Southern District of California) | May 22, 2012 |
| United States District Court (Eastern District of California) | May 21, 2012 |
| United States District Court (Northern District of California) | May 16, 2012 |
| United States District Court (Southern District of New York) | April 8, 2003 |
| United States District Court (Eastern District of New York) | April 8, 2003 |
| United States District Court (District of Colorado) | February 19, 2020 |

6. That there have been no disciplinary proceedings instituted against Petitioner, or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or

2581310

administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations:

> American Bankruptcy Institute
> Turnaround Management Association
> California Bar Association
> Association of the Bar of the City of New York
> Colorado Bar Association
> Los Angeles County Bar Association
> US-Mexico Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 5/16/2016 | In re Critical Care Medical Consultants, Inc. Case No. 2:16-bk-11625-BTB | United States Bankruptcy Court, District of Nevada | Granted |
| 4/9/2019 | In re Double Jump, Inc. Case No. 3:19-bk-50102-GS | United States Bankruptcy Court, District of Nevada | Granted |
| 5/10/2019 | In re Ezekiel Michael Perez Case No. BK-19-12284-MKN | United States Bankruptcy Court, District of Nevada | Granted |
| 1/16/2020 | In re Lucky Dragon Hotel & Casino, LLC Case No. 2:18-bk-10792-MKN | United States Bankruptcy Court, District of Nevada | Granted |
| 6/25/2020 | Generation Next Franchise Brands, Inc., Case No. 19-17921-MKN | United States Bankruptcy Court, District of Nevada | Granted |
| 8/12/2020 | Desert Land, LLC Case No. BK-18-12454-gs | United States Bankruptcy Court, District of Nevada | Granted |

2581310

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the Petitioner is not admitted to practice in this jurisdiction and that the client has consented to such representation.

The Petitioner respectfully prays that Petitioner be admitted to practice before this Court for purposes of this case only.

DATED: March 9, 2021

                                                             Jerrold L. Bregman
                                                            Petitioner's Signature

2581310

```
 1 | STATE OF COLORADO          }
   |                            }
 2 | DOUGLAS COUNTY             }
 3 |     Jerrold L. Bregman, Petitioner, being first duly sworn, deposes and says:
 4 | That the foregoing statements are true.
```

_____
JERROLD L. BREGMAN

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

```
12 | STATE OF COLORADO          }
   |                            }
13 | DOUGLAS COUNTY             }
14 | Subscribed and sworn to (or affirmed) before me on this __9__ day of __February__, by
15 | JERROLD L. BREGMAN, proved to me on the basis of satisfactory evidence to be the person who
   | appeared before me.
```

_____
Notary Public

> SHANE C NUNN JR.
> NOTARY PUBLIC - STATE OF COLORADO
> NOTARY ID 20184047039
> MY COMMISSION EXPIRES DEC 10, 2022

2581310



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

February 9, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JERROLD LYLE BREGMAN, #149896 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records