_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 15, 2021

Kevin W. Coleman (CA SBN 168538)
Kimberly S. Fineman (CA SBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kcoleman@nutihart.com
       kfineman@nutihart.com

Attorneys for Kavita Gupta,
Chapter 11 Trustee for Desert Oasis Apartments, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No.: BK-S-18-12456-GS |
|---|---|
| DESERT OASIS APARTMENTS, LLC | Chapter 11 |
| Debtor. | **ORDER APPPROVING DISBURSEMENT OF ADDITIONAL SUMS OWING TO BUYER ED-DEN UNDER SALE ORDER**<br><br>Date: March 11, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. Gary Spraker |

This Court having considered *Chapter 11 Trustee Kavita Gupta's Motion to Approve Disbursement of Additional Sums Owing to Buyer ED-DEN Under Sale Order* (the "Motion") [Dkt. 216] filed by Kavita Gupta, the Chapter 11 trustee in the case of Desert Oasis Apartments ("Trustee"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.    The Motion is granted;

2. The Final Accounting Agreement between the Trustee on behalf of the bankruptcy estate and ED-DEN Investment Co. LLC ("Buyer"), as described in the Motion, is approved;

3. The Trustee is authorized to enter into the Final Accounting Agreement and to disburse the sum of $12,590.00 to Buyer from the proceeds of the sale, with payment to be remitted as Buyer so directs.

IT IS SO ORDERED.

Prepared and Submitted by:

NUTI HART LLP

By: */s/ Kimberly S. Fineman*
    Kimberly S. Fineman, Esq.

Attorneys for Kavita Gupta, Chapter 11 Trustee
for Desert Oasis Apartments, LLC

Approved:

FENNEMORE CRAIG, P.C.

By: */s/ Cathy L. Reece*
    Cathy L. Reece, Esq.
    Attorneys for The Northern Trust Company

NUTI HART LLP
411 30TH STREET, SUITE 408
OAKLAND, CA 94609-3311
TELEPHONE: 510-506-7152

## **RULE 9021 CERTIFICATION**

In accordance with Local Rule 9021, counsel submitting this document certified that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirements set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

  X    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

*/s/ Kimberly S. Fineman*
Kimberly S. Fineman, Esq.
Attorney for Kavita Gupta, Chapter 11 Trustee
for Desert Oasis Apartments, LLC