_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
March 18, 2021

John D. Fiero (CA Bar No. 136557)
*[PRO HAC VICE APPROVED]*
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone: 415/263-7000
E-mail:  jfiero@pszjlaw.com
         ggreenwood@pszjlaw.com
*Special Litigation Counsel to*
*Kavita Gupta, Chapter 11 Trustee*

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email:  shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
*Local Counsel to Special Litigation Counsel to*
*Kavita Gupta, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| DESERT OASIS APARTMENTS, LLC, | Case No.: BK-S-18-12456-GS |
| Debtor. | Hearing Date: December 10, 2020<br>Hearing Time: 9:30 a.m. |

**ORDER APPROVING APPLICATION OF THE CHAPTER 11 TRUSTEE**
**FOR ORDER APPROVING EMPLOYMENT OF GHANDI DEETER BLACKHAM**
**AS LOCAL COUNSEL FOR PACHULSKI STANG ZIEHL & JONES LLP**
<u>**AS PROPOSED SPECIAL LITIGATION COUNSEL**</u>

Order re: Application to Employ - 1

Kavita Gupta, the duly appointed Chapter 11 Trustee in the above-captioned bankruptcy case (the "**Trustee**"), filed an *Application for Order Approving Employment of Ghandi Deeter Blackham as Local Counsel for Pachulski Stang Ziehl & Jones LLP as Special Litigation Counsel* (the "**Application**") pursuant to Bankruptcy Code sections 327(a) and 330 and Federal Rule of Bankruptcy Procedure 2014(a), which came on for hearing before the Court at the above-referenced date and time. All appearances were duly noted on the record.

The Court having reviewed the Application and all matters submitted therewith; no objections having been filed; notice of the Application having been proper; it appearing that Ghandi Deeter Blackham ("**GDB**") neither holds nor represents any interest adverse to the estate in the matters on which it is to be employed as special litigation counsel, that GDB is disinterested, that the employment of GDB is in the best interests of the estate; that GDB has acknowledged a continuing duty to supplement disclosures required pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016; that GDB has acknowledged a fiduciary duty to the Chapter 11 Trustee; the Court having made additional findings and conclusions on the record pursuant to Bankruptcy Rule 7052; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED in its entirety.
2. The Trustee is hereby authorized to retain GDB as Local Counsel for PSZJ as special litigation counsel pursuant to Bankruptcy Code sections 327(a) and 330 *nunc pro tunc* to October 21, 2020.
3. GDB shall have a continuing duty to supplement disclosures required pursuant to Federal Rules of Bankruptcy Procedure 2014 and 2016.
4. Ghandi Deeter Blackham has withdrawn the request for Section 328 relief.

. . .

. . .

. . .

**IT IS SO ORDERED.**

Submitted by:

GHANDI DEETER BLACKHAM

By: /s/ Shara L. Larson
       Shara L. Larson, Esq.
       725 S. 8th St., Suite 100
       Las Vegas, Nevada 89101

**RULE 9021 CERTIFICATION**

In accordance with LR 9021, an attorney submitting this document certifies that the Order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021 (b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated.

|  | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| John Nemecek* |  | X |  |

*By: /s/ Edward M. McDonald Esq. Trial Attorney Office of the US Trustee

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| Kevin Coleman | | | X |
| Jerrold Lyle Bregman | | | X |

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Shara L. Larson
Shara L. Larson, Esq.

### #

Order re: Application to Employ - 4