## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: DESERT OASIS APARTMENTS, LLC | Case No. BK-S-18-12456- GS |
|---|---|
| | CHAPTER 11<br>MONTHLY OPERATING REPORT<br>(REAL ESTATE CASE) |

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Feb-21     **PETITION DATE:** 6/26/2018

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ____ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $9,278,771 | $9,278,415 | |
| b. Total Assets | $12,832,523 | $12,832,167 | |
| c. Current Liabilities | $1,078,596 | $1,032,469 | |
| d. Total Liabilities | $1,078,596 | $1,032,469 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $356 | $394 | $18,132,139 |
| b. Total Disbursements | $0 | $8,576 | $8,608,989 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $356 | ($8,182) | $9,523,150 |
| d. Cash Balance Beginning of Month | $9,278,415 | $9,286,597 | $0 |
| e. Cash Balance End of Month (c + d) | $9,278,771 | $9,278,415 | $9,523,150 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | ($45,770) | ($41,916) | ($56,503,050) |
| 5. **Account Receivables (Pre and Post Petition)** | $42,687 | $42,687 | |
| 6. **Post-Petition Liabilities** | $1,078,596 | $1,032,469 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | X  [1] |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. **Check if paid**: Post-petition taxes  X ;     U.S. Trustee Quarterly Fees  X ;  Check if filing is current for: Post-petition tax reporting and tax returns:  X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct. The information contained in this monthly operating report is based on the Debtor's financial records and reflect activity prior to my appointment as the Chapter 11 Trustee of the Debtor. As such, I make no representation as to the accuracy or completeness of the Debtor's financial records prior to my appointment.

Date: March 18, 2021                    *Kavita Gupta*, Chapter 11 Trustee not individually
                                         Responsible Individual

[1] - The Estate has sold all of its assets per court order and it is only holding cash which is covered by a blanket bond.

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (Real Estate Case)
For the Month Ended  02/28/21

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast [1] | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Rent/Leases | $2,268,577 | $0 |
| | | $0 | 2 | Real Property Sales Gross | | |
| $356 | | $0 | 3 | Interest | $3,646 | |
| $0 | $0 | $0 | 4 | Other Income: | $227,092 | $0 |
| $0 | | $0 | 5 | Refund of Insurance Policy | $29,001 | |
| $0 | | | | Return of Marketing Funds | $2,069 | |
| $0 | | | | Other Refund | $1,356 | |
| | | $0 | 6 | | | |
| $356 | $0 | $356 | 7 | **Total Revenues** | $2,531,742 | $0 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| $0 | $0 | $0 | 10 | Administrative | $105,161 | $0 |
| $0 | $0 | $0 | 11 | Interest | $435,740 | $0 |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| $0 | $0 | $0 | 13 | Salaries | $422,044 | $0 |
| | | $0 | 14 | Commissions | | |
| $0 | $0 | $0 | 15 | Management Fees | $89,001 | $0 |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 16 | Personal Property | $0 | |
| | | $0 | 17 | Real Property | | |
| $0 | $0 | $0 | 18 | Insurance | $74,862 | $0 |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| $0 | $0 | $0 | 21 | Real Property Taxes | $209,346 | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Expenses: | | |
| $0 | $0 | $0 | 24 | Capital Improvements | $140,774 | $0 |
| $0 | $0 | $0 | 25 | Maint Expenses | $187,527 | $0 |
| $0 | $0 | $0 | 26 | Utilities | $166,307 | $0 |
| $0 | $0 | $0 | 27 | Legal Fees | $415,752 | |
| $0 | | $0 | 28 | The Northern Trust | $5,329,766 | $0 |
| $0 | | $0 | 29 | 3D Investments | $149,000 | |
| $0 | | $0 | 30 | Chapter 7 Blanket Bond | $3,653 | |
| | | $0 | 31 | | | |
| $0 | $0 | $0 | 32 | **Total Expenses** | $7,728,933 | $0 |
| $356 | $0 | $0 | 33 | **Subtotal** | ($5,197,191) | $0 |
| | | | | **Reorganization Items:** | | |
| ($46,126) | | $0 | 34 | Professional Fees | ($1,058,096) | |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Real Estate | ($60,548,203) | |
| $0 | $0 | $0 | 38 | U.S. Trustee Quarterly Fees | ($93,942) | $4,875 |
| | | $0 | 39 | | | |
| ($46,126) | $0 | $0 | 40 | **Total Reorganization Items** | ($61,700,241) | $4,875 |
| ($45,770) | $0 | $0 | 41 | **Net Profit (Loss) Before Federal & State Taxes** | ($56,503,050) | $4,875 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($45,770) | $0 | $0 | 43 | **Net Profit (Loss)** | ($56,503,050) | $4,875 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

[1] - The Estate completed the sale of the property on June 30, 2020 and has no ongoing operations.

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98

# BALANCE SHEET
**(Real Estate Case)**
For the Month Ended ___2/28/2021___

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $9,278,771 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $42,687 |
| 4 | Prepaid expenses | | $0 |
| 5 | Professional retainers | | $0 |
| 6 | Other:  Money Due from Insiders | | $3,443,808 |
| 7 | | | |
| 8 | **Total Current Assets** | | $12,765,266 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $0 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | Closing and Lease Costs | | $67,258 |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $67,258 |
| 28 | **Total Assets** | | $12,832,523 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98

## Liabilities and Equity
(Real Estate Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | Ref | Amount |
|---|---|---|---|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | $1,058,096 |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: | | $20,499 |
| 41 | Accrued Expenses | | $0 |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $1,078,596 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $1,078,596 |

**Pre-Petition Liabilities (allowed amount)**

| # | Item | Ref | Amount |
|---|---|---|---|
| 46 | Secured claims | F | $0 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $0 |
| 49 | **Total Pre-Petition Liabilities** | | $0 |
| 50 | **Total Liabilities** | | $1,078,596 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---|
| 51 | Retained Earnings/(Deficit) at time of filing | $68,256,978 |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | ($56,503,050) |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | $11,753,928 |
| 59 | **Total Liabilities and Equity (Deficit)** | $12,832,523 |

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98

**SCHEDULES TO THE BALANCE SHEET**
(Real Estate Case)

**Schedule A**
**Accounts Receivable and (Net) Payable**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $4,622 | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $4,622 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

**Schedule B**
**Inventory/Cost of Goods Sold**
**Not Applicable to Real Estate Cases**

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| Land | | $0 |
| Buildings | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98

Schedule E
Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

Schedule F
Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $4,840,897 | $4,840,897 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.                    Revised 1/1/98

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | **Property 1** | **Property 2** | **Property 3** | **Property 4** |
|---|---|---|---|---|
| Description of Property | Oasis | | | |
| Scheduled Gross Rents | 0 | | | |
| Less: | | | | |
| Vacancy Factor | | | | |
| Free Rent Incentives | 0 | | | |
| Other Adjustments | . | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $0 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

|  | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | US Bank | US Bank | US Bank | US Bank |
| Account Type | Checking | Checking | Checking | Checking |
| Account No. | xxxxxxx3716 | Card | xx5133 | xx5125 |
| Account Purpose | Disbursements | Petty Cash | Tax and Ins | Capital Improveme |
| Balance, End of Month | $0 | $0 | $0 | $0 |

|  | **Account 5** |
|---|---|
| Bank | Signature Bank |
| Account Type | Checking |
| Account No. | xxxxxxx4633 |
| Account Purpose | Sale Proceeds |
| Balance, End of Month | $9,278,771 |
| Total Funds on Hand for all Accounts | $9,278,771 |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   2/28/2021

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $2,268,577 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $356 | $3,646 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Other Income | $0 | $227,092 |
| 8 | Proceeds from Sale of Property | $0 | $15,600,397 |
| 9 | Refund from Insurance Policy | $0 | $29,001 |
| 10 | Return of Marketing Funds | $0 | $2,069 |
| 11 | Other Refund | $0 | $1,356 |
| 12 | **Total Cash Receipts** | $356 | $18,132,139 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | $0 | 105,160.94 |
| 15 | Capital Expenditures | $0 | 140,774.00 |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | $0 | $435,740 |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to | | |
| 20 |    Salaries | $0 | $422,044 |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | $0 | $0 |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $0 | $89,001 |
| | Taxes: | | |
| 27 |    Employee Withholding | | $0 |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | $0 | $209,346 |
| 30 |    Other Taxes | $0 | $0 |
| 31 | Other Cash Outflows: | | |
| 32 |    Insurance | $0 | $74,862 |
| 33 |    Maintenance | $0 | $187,527 |
| 34 |    Utilities | $0 | $166,307 |
| 35 |    Legal Fees | $0 | $415,752 |
| |    Chapter 7 Blanket Bond | $0 | $3,653 |
| |    Prepaid Rents | $0 | $29,115 |
| |    Commission - Colliers International | $0 | $132,600 |
| |    Commission - Nevada Land Commerical Real Estate | $0 | $39,000 |
| |    Commission - Keen-Summit Capital Partners, LLC | $0 | $132,600 |
| |    Title Charges - Fidelity National Title Group | $0 | $14,040 |
| |    The Northern Trust Company | $0 | $5,329,766 |
| |    3D Investments | $0 | $149,000 |
| 36 |    UST Fee | $0 | $93,942 |
| |    Professional Fees | $0 | $438,760 |
| 37 | **Total Cash Disbursements:** | $0 | $8,608,989 |
| 38 | **Net Increase (Decrease) in Cash** | $356 | $9,523,150 |
| 39 | **Cash Balance, Beginning of Period** | $9,278,415 | $0 |
| 40 | **Cash Adjustment for Accrued Fees** | $0 | ($244,379) |
| 41 | **Cash Balance, End of Period** | $9,278,771 | $9,278,771 |

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98

**STATEMENT OF CASH FLOWS**
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended   2/28/2021

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $0 | $2,268,577 |
| 3 | Interest Received | $356 | $3,646 |
| 4 | Other Income | $0 | $227,092 |
| 5 | Proceeds from Sale of Property | $0 | $15,600,397 |
| | Refund from Insurance Policy | $0 | $29,001 |
| | Return of Marketing Funds | $0 | $2,069 |
| | Other Refund | $0 | $1,356 |
| 6 | Cash Paid for Development of Real Estate | | |
| 7 | Cash Paid for Operation of Real Estate | $0 | $105,161 |
| 8 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 9 | Personal Property | | |
| 10 | Real Property | | |
| 11 | Cash Paid for Interest | $0 | $435,740 |
| 12 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to | | |
| 13 | Salaries | $0 | $422,044 |
| 14 | Draws | | |
| 15 | Commissions/Royalties | | |
| 16 | Expense Reimbursements | | |
| 17 | Principal Payment | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 18 | Employer Payroll Tax | | |
| 19 | Employee Withholdings | | |
| 20 | Real Property Taxes | $0 | $209,346 |
| 21 | Other Taxes | $0 | $0 |
| 22 | Cash Paid for General Expenses | | |
| 23 | Insurance | $0 | $74,862 |
| 24 | Maintenance | $0 | $187,527 |
| 25 | Utilities | $0 | $166,307 |
| 26 | Management Fees | $0 | $89,001 |
| 27 | Legal Fees | $0 | $415,752 |
| | The Northern Trust Company | $0 | $5,329,766 |
| | 3D Investments | $0 | $149,000 |
| | Chapter 7 Blanket Bond | $0 | $3,653 |
| | Prepaid Rents | $0 | $29,115 |
| | Title Charges - Fidelity National Title Group | $0 | $0 |
| 28 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $356 | $10,514,865 |
| | **Cash Flows From Reorganization Items** | | |
| 29 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 30 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $757,000 |
| 31 | U.S. Trustee Quarterly Fees | $0 | $93,942 |
| 32 | | | |
| 33 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($850,942) |
| 34 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $356 | $9,663,924 |
| | **Cash Flows From Investing Activities** | | |
| 35 | Capital Expenditures | $0 | $140,774 |
| 36 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 37 | | | |
| 38 | **Net Cash Provided (Used) by Investing Activities** | $0 | ($140,774) |
| | **Cash Flows From Financing Activities** | | |
| 39 | Net Borrowings (Except Insiders) | | |
| 40 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 41 | Capital Contributions | | |
| 42 | Principal Payments | | |
| 43 | | | |
| 44 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 45 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $356 | $9,523,150 |
| 46 | **Cash and Cash Equivalents at Beginning of Month** | $9,278,415 | $0 |
| 47 | **Cash Adjustment for Accrued Fees** | $0 | ($244,379) |
| 48 | **Cash and Cash Equivalents at End of Month** | $9,278,771 | $9,278,771 |

No assurances are provided on these financial statements.
Substantially all disclosures have been omitted.

Revised 1/1/98



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From February  01, 2021
                                              To   February  28, 2021
                                              Page    1 of    2

                                              PRIVATE CLIENT GROUP 161
                                              565 FIFTH AVENUE
                                              NEW YORK, NY 10017


     DESERT OASIS APARTMENTS, LLC DEBTOR      8-161
     CASE 18-12454 JOINTLY ADMINISTERED CASES
     KAVITA GUPTA AS CHAPTER 11 TRUSTEE
     1300 BRISTOL STREET NORTH, SUITE100
     NEWPORT BEACH CA   92660         999              See Back for Important Information


                                              Primary Account:      4633         0
```

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY & SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1503894633 | BANKRUPTCY IMMA | 9,278,415.08 | 9,278,770.97 |
| | RELATIONSHIP       TOTAL | | 9,278,770.97 |

**SIGNATURE BANK**

```
                                                     Statement Period
                                                   From February  01, 2021
                                                   To   February  28, 2021
                                                   Page    2 of    2

                                                   PRIVATE CLIENT GROUP 161
                                                   565 FIFTH AVENUE
                                                   NEW YORK, NY 10017


       DESERT OASIS APARTMENTS, LLC DEBTOR     8-161
       CASE 18-12454 JOINTLY ADMINISTERED CASES
       KAVITA GUPTA AS CHAPTER 11 TRUSTEE
       1300 BRISTOL STREET NORTH, SUITE100
       NEWPORT BEACH CA  92660       999           See Back for Important Information


                                                   Primary Account:    4633        0


BANKRUPTCY IMMA              1503894633

 Interest Paid Previous Year                                                    2,896.03

Summary
 Previous Balance as of February  01, 2021                                      9,278,415.08
      1 Credits                                                                       355.89
 Ending Balance as of    February  28, 2021                                     9,278,770.97


Deposits and Other Credits
 Feb 26   Interest Paid                                                               355.89

Daily Balances
 Jan 31       9,278,415.08            Feb 26       9,278,770.97

*===================================== Interest Summary =========================================*
*  Year-To-Date Interest            750.18                                                       *
*  Interest Paid This Period        355.89        Annual Percentage Yield Earned    0.05 %       *
*  Avg. Balance this Period   9,278,415.08        Days in Period                      28        *
*================================================================================================*
```