_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
March 19, 2021

Kevin W. Coleman (CA SBN 168538)
Kimberly S. Fineman (CA SBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kcoleman@nutihart.com
       kfineman@nutihart.com

Attorneys for Kavita Gupta,
 Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | Case No. BK-S-18-12456- GS<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARINGS ON PLAN CONFIRMATION AND RELATED MOTIONS**<br><br>Current Hearing Date:  March 30, 2021<br>               Time: 1:00 p.m.<br><br>Proposed Hearing Date:  April 30, 2021<br>               Time: 9:30 a.m. |

The Court having read and considered the *Stipulation to Continue Hearings on Plan Confirmation and Related Motions* (the "Stipulation") between, Kavita Gupta ("Trustee"), Chapter 11 trustee for Desert Oasis Apartments, LLC ("DOA") and Desert Oasis Investments LLC ("DOI"), The Northern Trust

Company ("Northern Trust"), Brad Busbin, as Trustee of the Gonzales Charitable Reminder Unitrust One ("Gonzales Trust"), Jeffrey I Golden, Chapter 11 trustee for Desert Land LLC ("Trustee Golden"), and the Office of the United States Trustee ("UST") [Case No. 18-12456-GS, Doc. No. 301; Case No. 18-12457-GS, Doc. No. 139] and for good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved in its entirety.

2. The hearings on each of the following matters currently set for March 30, 2021 at 1:00 p.m. shall be continued to April 30, 2021 at 9:30 a.m.:

    a. Confirmation of the Joint Plan of Liquidation [Case No. 18-12456-GS, Doc. No. 239; Case No. 18-12457-GS, Doc. No. 116] (the "Plan");

    b. Final approval of the Trustee's disclosure statement for the Plan [Case No. 18-12456-GS, Doc. No. 243; Case No. 18-12457-GS, Doc. No. 120] (the "Disclosure Statement"); and

    c. Trustee Golden and Northern Trust's motions seeking leave to cast ballots rejecting the Plan [Case No. 18-12456-GS, Doc. Nos. 250 and 271] (the "3018 Motions").

3. Northern Trust shall file its supplemental brief on or before April 2, 2021.

4. The Gonzales Trust and the Trustee shall file any response to Northern Trust's supplemental brief on or before April 16, 2021.

5. Northern Trust shall file any reply on or before April 23, 2021.

**IT IS SO ORDERED.**

Submitted by:


/s/ Kevin W. Coleman
Kevin W. Coleman, Esq.
Nuti Hart LLP
411 30th Street, Suite 408
Oakland, CA 94609
*Attorneys for Chapter 11 Trustee Kavita Gupta*

2