Kevin W. Coleman (CA SBN 168538)
Admitted *pro hac vice*
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kcoleman@nutihart.com

Talitha Gray Kozlowski (NV SBN 9040)
GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Telephone: 725-777-3000
Email: tgray@gtg.legal

Counsel for Kavita Gupta,
Disbursing Agent

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT OASIS APARTMENTS, LLC,<br><br>Debtor. | Case No.: BK-S-18-12456 GS<br><br>Chapter 11<br><br>**NOTICE OF PLAN EFFECTIVE DATE**<br>**(July 1, 2021)** |

**TO: ALL CREDITORS AND PARTIES IN INTEREST**

     **PLEASE TAKE NOTICE THAT** the Joint Plan of Liquidation ("Plan"), confirmed by the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") on June 15, 2021, became effective on **July 1, 2021**.

Dated:  July 2, 2021                      NUTI HART LLP

                                           By: */s/ Kevin W. Coleman*
                                               Kevin W. Coleman
                                               Attorneys for Kavita Gupta, Disbursing Agent