# EXHIBIT A

# EXHIBIT A

**EXHIBIT A**

**SUMMARY OF COMPENSATION REQUESTED BY PROFESSIONAL**

| PROFESIONAL | NORMAL HOURLY RATE | HOURLY RATE (CAPPED AT $800.00) | HOURS BILLED THIS PERIOD | TOTAL FEES FOR APPLICATION |
|---|---|---|---|---|
| Gail S. Greenwood | $825.00 (2020) $950.00 (2021) | $800.00 | 203.50 | $162,800.00 |
| John D. Fiero | $950.00 (2020) $1,045.00 (2021) | $800.00 | 59.40 | $47,520.00 |
| Kenneth H. Brown | $995.00 (2020) | $800.00 | 0.20 | $160.00 |
| Stanley E. Goldich | $1,025.00 (2020) | $800.00 | 1.50 | $1,200.00 |
| **GRAND TOTAL** | | | **264.60** | **$211,680.00** |

| | |
|---|---|
| Case Name: | Desert Oasis Apartments, LLC |
| Case Number: | BK-S-18-12456-GS |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 07/30/21 |
| Interim or Final: | Final |