# EXHIBIT B

# EXHIBIT B

### **EXHIBIT B**

### **SUMMARY OF COMPENSATION REQUESTED BY CATEGORY**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FEES FOR APPLICATION |
|---|---:|---:|
| Asset Analysis/ Recovery | 84.10 | $67,280.00 |
| Bankruptcy Litigation | 127.40 | $101,360.00 |
| Case Administration | 5.40 | $4,320.00 |
| Claims Administration/ Objections | 27.80 | $22,240.00 |
| Plan and Disclosure Statement | 8.50 | $6,800.00 |
| Retention of Professionals | 12.10 | $9,680.00 |
| **GRAND TOTAL** | **265.30** | **$211,680.00** |

| | |
|---|---|
| Case Name: | Desert Oasis Apartments, LLC |
| Case Number: | BK-S-18-12456-GS |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 07/30/21 |
| Interim or Final: | Final |

DOCS_SF:105832.3 33085/001