# EXHIBIT C

# EXHIBIT C

## EXHIBIT C

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

| EXPENSE | TOTAL |
|---|---|
| Conference Call | $15.93 |
| Lexis Nexis Legal Research | $93.61 |
| Outside Service – CA State Bar Filing Fees | $82.00 |
| Pacer – Court Research | $117.00 |
| Postage | $16.20 |
| Reproduction/ Scan Copy | $119.00 |
| **GRAND TOTAL** | **$ 443.74** |

| | |
|---|---|
| Case Name: | Desert Oasis Apartments, LLC |
| Case Number: | BK-S-18-12456-GS |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 07/30/21 |
| Interim or Final: | Final |

DOCS_SF:105832.3 33085/001