MARK WRAY, #4425
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 – Fax

JOHN DAVID FISCHER (CA Bar No. 76401 - *admitted pro hac vice*)
OF COUNSEL

Attorneys for Creditor BRADLEY J. BUSBIN, TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-18-12456-GS |
| DESERT OASIS APARTMENTS, LLC, | Chapter 11 |
| Debtor. | Hearing Date: Sept. 16, 2021<br>Hearing Time: 9:30 a.m. |
| _____/ | |

**BUSBIN'S RESPONSE TO NUTI HART LLP'S SECOND AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT**

Brad Busbin, Trustee of the Gonzales Charitable Remainder Unitrust One ("Busbin"), by his undersigned counsel, has read the *Nuti Hart LLP's Second and Final Application for Compensation for Expense Reimbursement*, ECF No. 365, and supports the approval of compensation in the following amounts:

(a) Up to $345,000 previously approved on an interim basis as part of Nuti Hart's first fee application;

(b) Up to $226,00 in the second and final fee application; and

1

(c) Pursuant to a compromise agreement, up to one-half of the amount sought for the balance of auction fees to be allocated to the Desert Oasis Apartments, LLC estate, in an amount not to exceed $105,000.

DATED: September 2, 2021    LAW OFFICES OF MARK WRAY

By _____/s/ *Mark Wray*_____
    MARK WRAY
    Attorney for Creditor
    BRADLEY J. BUSBIN, AS TRUSTEE
    OF THE GONZALES CHARITABLE
    REMAINDER UNITRUST ONE

# CERTIFICATE OF SERVICE

1. On September 2, 2021, I served the following documents:

BUSBIN'S RESPONSE TO NUTI HART LLP'S SECOND AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT

2. I served the above-named document(s) by the following means to the persons as listed below:

a. ECF System: 18-12456-gs Notice will be electronically mailed to:

ANTHONY W. AUSTIN on behalf of Creditor THE NORTHERN TRUST COMPANY
aaustin@fclaw.com, gkbacon@fclaw.com

JERROLD L. BREGMAN on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE OF DESERT LAND
jbregman@bg.law, ecf@bg.law

DAWN M. CICA on behalf of Defendant DAVID GAFFIN
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Defendant HOWARD BULLOCH
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party DAVID GAFFIN
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

DAWN M. CICA on behalf of Interested Party HOWARD BULLOCH
dcica@carlyoncica.com, nrodriguez@carlyoncica.com;crobertson@carlyoncica.com;dmcica@gmail.com;dcica@carlyoncica.com;tosteen@carlyoncica.com;3342887420@filings.docketbird.com

1  KEVIN W COLEMAN on behalf of Other Prof. KAVITA GUPTA
2  kcoleman@nutihart.com, nwhite@nutihart.com

3  KEVIN W COLEMAN on behalf of Plaintiff KAVITA GUPTA
4  kcoleman@nutihart.com, nwhite@nutihart.com

5  KEVIN W COLEMAN on behalf of Trustee KAVITA GUPTA
6  kcoleman@nutihart.com, nwhite@nutihart.com

7  JAMIE P. DREHER on behalf of Petitioning Creditor BRADLEY J. BUSBIN, AS
8  TRUSTEE OF THE GONZALES CHARITABLE REMAINDER UNITRUST ONE
   jdreher@downeybrand.com,
9  mfrazier@downeybrand.com;reno@downeybrand.com

10 KIMBERLY S. FINEMAN on behalf of Trustee KAVITA GUPTA
11 kfineman@nutihart.com

12 EDMUND GEE on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
13 edmund.gee@usdoj.gov

14 NEDDA GHANDI on behalf of Special Counsel GAIL S. GREENWOOD
15 nedda@ghandilaw.com,
   lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@gh
16 andilaw.com

17
   NEDDA GHANDI on behalf of Special Counsel JOHN D. FIERO
18 nedda@ghandilaw.com,
   lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@gh
19 andilaw.com

20
21 NEDDA GHANDI on behalf of Trustee KAVITA GUPTA
   nedda@ghandilaw.com,
22 lks@ghandilaw.com,nedda@ecf.inforuptcy.com;r41525@notify.bestcase.com,shara@gh
23 andilaw.com

24 TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff KAVITA GUPTA
25 tgray@brg.legal, bknotices@gtg.legal

26 STEVEN T GUBNER on behalf of Interested Party JEFFREY I. GOLDEN, TRUSTEE
27 OF DESERT LAND
   sgubner@bg.law, ecf@bg.law
28
   KAVITA GUPTA

4

1  kgupta@guptaferrer.com

2  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
3  edward.m.mcdonald@usdoj.gov

4  TRACY M. O'STEEN on behalf of Defendant 10181 PARK RUN LLC
5  tosteen@carlyoncica.com,
6  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

7  TRACY M. O'STEEN on behalf of Defendant COMPASS INVESTMENTS LLC
   tosteen@carlyoncica.com,
8  crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

9  TRACY M. O'STEEN on behalf of Defendant THE RANCH LLC
10 tosteen@carlyoncica.com,
11 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

12 TRACY M. O'STEEN on behalf of Defendant DAVID GAFFIN
13 tosteen@carlyoncica.com,
   crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
14

15 TRACY M. O'STEEN on behalf of Defendant HOWARD BULLOCH
   tosteen@carlyoncica.com,
16 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

17
   TRACY M. O'STEEN on behalf of Interested Party CITATION FINANCIAL, LLC,
18 tosteen@carlyoncica.com,
19 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

20 TRACY M. O'STEEN on behalf of Interested Party COMPASS INVESTMENTS
21 HOLDINGS, LLC
   tosteen@carlyoncica.com,
22 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

23
24 TRACY M. O'STEEN on behalf of Interested Party DESERT LAND LOAN
   ACQUISITION, LLC
25 tosteen@carlyoncica.com,
   crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com
26

27 TRACY M. O'STEEN on behalf of Interested Party DAVID GAFFIN
   tosteen@carlyoncica.com,
28 crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

5

TRACY M. O'STEEN on behalf of Interested Party HOWARD BULLOCH
tosteen@carlyoncica.com,
crobertson@carlyoncica.com;nrodriguez@carlyoncica.com;ccarlyon@carlyoncica.com

ERIC R OLSEN on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
eolsen@gtg.legal

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

MARK M. WEISENMILLER on behalf of Interested Party WASH MULTIFAMILY LAUNDRY SYSTEMS, LLC
mweisenmiller@gtg.legal, bknotices@gtg.legal

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 2nd day of September, 2021.

          /s/ Karla Mena
      KARLA MENA, an employee of
      LAW OFFICES OF MARK WRAY