_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
September 20, 2021

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re | Chapter 11 |
|---|---|
| DESERT OASIS APARTMENTS, LLC, | Case No.: BK-S-18-12456-GS |
| Debtor. | Evid. Hearing: October 1, 2021 9:30 am. |

**ORDER SETTING EVIDENTIARY HEARING
REGARDING APPLICATION FOR COMPENSATION**

On September 16, 20201, the court held a hearing on the Application of Pachulski Stang Ziehl & Jones LLP as Special Counsel to Kavita Gupta, Chapter 11 Trustee for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 15, 2020 through July 1, 2021 (ECF No. 373). Appearances were noted on the record. After discussion with counsel regarding the Application and the opposition filed by creditor Brad Busbin, Trustee of the Gonzales Charitable Remainder Unitrust One (ECF No. 387), the court sets the matter for an evidentiary hearing.

Therefore,

IT IS HEREBY ORDERED that an evidentiary hearing on the Application of Pachulski Stang Ziehl & Jones LLP as Special Counsel to Kavita Gupta, Chapter 11 Trustee for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of

1  October 15, 2020 through July 1, 2021 (ECF No. 373), and the opposition filed by creditor Brad
2  Busbin, Trustee of the Gonzales Charitable Remainder Unitrust One (ECF No. 387) is
3  scheduled for **October 1, 2021, at 9:30 a.m.**, before Bankruptcy Judge Gary Spraker **by**
4  **remote appearance via Zoom.  A Courtroom Deputy will email participants a link to the**
5  **video conference five (5) days prior to the trial, which will include the necessary**
6  **information to connect for remote participation.**  The parties shall be responsible for
7  ensuring that all participants, including witnesses, have appropriate access to Zoom.  To the
8  extent that any participant does not have access to participate in the trial through the Zoom
9  video, participation may be telephonic.  The parties are responsible for informing the
10 courtroom deputy at gs_cd@nvb.uscourts.gov, of the need for telephonic appearance
11 accommodations **no later than close of business on September 27, 2021.**
12
13         IT IS SO ORDERED.
14
15 Copy sent via CM/ECF ELECTRONIC FILING.