_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 28, 2021

John D. Fiero (CA Bar No. 136557)
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone: 415/263-7000
E-mail: jfiero@pszjlaw.com
            ggreenwood@pszjlaw.com

Shara L. Larson (NV Bar No. 7786)
GHANDI DEETER BLACKHAM
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel:  (702) 878-1115
Email:  shara@ghandilaw.com

Special Litigation Counsel to
Kavita Gupta, Chapter 11 Trustee for Desert Oasis
Apartments, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>**DESERT OASIS APARTMENTS, LLC,**<br><br>Debtor. | Case No.: bk-s-18-12456-gs<br><br>Chapter 11<br><br>[No hearing date] |
|---|---|

### ORDER APPROVING STIPULATION TOLLING CLAIM OBJECTION DEADLINE

This matter came before the Court without a hearing upon consideration of the *Stipulation Tolling Claim Objection Deadline* ("Stipulation") entered into by and between Desert Oasis Apartments, LLC ("DOA") by Kavita Gupta, solely in her capacity as the Disbursing Agent under DOA's confirmed chapter 11 plan ("Disbursing Agent") and Desert Land, LLC ("Desert Land") by

DOCS_SF:106105.1 33085/001
DOCS_SF:106119.1 33085/001

Jeffrey Golden solely in his capacity as the Chapter 7 Trustee for the Desert Land estate ("DL Trustee"), by and between their duly-authorized attorneys of record.

Based upon the Court's review of the Stipulation (and adopting all naming conventions and definitions in the Stipulation), and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The deadline for objecting to the Desert Land DOA Claim as set forth in Article 7.1 of the DOA Chapter 11 Plan and Paragraph 10 of the Confirmation Order is tolled for an additional sixty-one (61) days through and including November 29, 2021.

2. Any claim objection that could have been filed against the Desert Land DOA Claim as of September 29, 2021 is preserved and tolled through and including November 29, 2021.

**IT IS SO ORDERED.**

Dated: September 27, 2021
PACHULSKI STANG ZIEHL & JONES LLP
By: */s/ John D. Fiero*
John D. Fiero
*Special Litigation Counsel to Kavita Gupta,
Disbursing Agent under the Confirmed Plan for the
Estate of Desert Oasis Apartments, LLC*

Dated: September 27, 2021 BRUTKUS GUBNER
By: */s/ Susan Seflin*
Susan Seflin
*Attorneys for Jeffrey I. Golden,
Chapter 7 Tustee for Desert Land, LLC*

\* \* \*

END OF ORDER

\#\#\#

DOCS_SF:106105.1 33085/001
DOCS_SF:106119.1 33085/001