# Mark Wray

| | |
|---|---|
| **From:** | Gail S. Greenwood <ggreenwood@pszjlaw.com> |
| **Sent:** | Monday, November 23, 2020 12:02 PM |
| **To:** | Mark Wray |
| **Cc:** | Karla Mena |
| **Subject:** | RE: Transcripts |

Beautiful.  Thank you.


**Gail S. Greenwood**
Pachulski Stang Ziehl & Jones LLP
Tel: 415.263.7000 | Fax: 415.263.7010
ggreenwood@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

---

**From:** Mark Wray [mailto:mwray@markwraylaw.com]
**Sent:** Monday, November 23, 2020 12:02 PM
**To:** Gail S. Greenwood
**Cc:** Karla Mena
**Subject:** RE: Transcripts

Gail,

Here is the Dropbox link:

https://www.dropbox.com/sh/yp78ygq7cnux3c9/AAA6BvabknGSc5bE8O3nwM0ba?dl=0

I think this link includes all the Gaffin, Bulloch and Bruce Bulloch transcripts from the bankruptcy case.

Please let me know if you need anything else.

Regards,

Mark Wray
Law Offices of Mark Wray
608 Lander Street
Reno, Nevada 89509
(775) 348-8877 office

1

(775) 848-8877 cell
(775) 348-8351 fax
mwray@markwraylaw.com

**From:** Gail S. Greenwood <ggreenwood@pszjlaw.com>
**Sent:** Monday, November 23, 2020 10:56 AM
**To:** Mark Wray <mwray@markwraylaw.com>
**Subject:** RE: Transcripts

Thanks Mark. We've discussed transcripts from 2/19/19 and 2004 exam transcripts from the Bullochs and Gaffin on 11/16/18 and 2/13/19.

**Gail S. Greenwood**
Pachulski Stang Ziehl & Jones LLP
Tel: 415.263.7000 | Cell: 415.306.6766
ggreenwood@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

**From:** Mark Wray [mailto:mwray@markwraylaw.com]
**Sent:** Wednesday, October 28, 2020 5:29 PM
**To:** John Fiero; Gail S. Greenwood
**Cc:** John David Fischer
**Subject:** Transcript

John, Gail,

Thanks again to both of you for your time on the phone today.

Attached is the transcript of the ruling on the motion to appoint trustee. If there is anything else you need, please let me know.

Regards,

Mark Wray
Law Offices of Mark Wray
608 Lander Street
Reno, Nevada 89509
(775) 348-8877 office
(775) 848-8877 cell

2

(775) 348-8351 fax
mwray@markwraylaw.com

**From:** John Fiero <jfiero@pszjlaw.com>
**Sent:** Wednesday, October 28, 2020 4:03 PM
**To:** Mark Wray <mwray@markwraylaw.com>
**Subject:** FW: Contact information for John and Gail

**From:** John Fiero
**Sent:** Wednesday, October 28, 2020 4:02 PM
**To:** 'mwray@markwray.com' <mwray@markwray.com>; 'fischerlawcal@aol.com' <fischerlawcal@aol.com>
**Cc:** Gail S. Greenwood <ggreenwood@pszjlaw.com>
**Subject:** Contact information for John and Gail

| John D Fiero Esq. | Gail S Greenwood |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Pachulski Stang Ziehl & Jones LLP |
| Attorney | Attorney |
| (415) 217-5101 Work | Attorney |
| (415) 263-7000 Work | (415) 217-5115 Work |
| (415) 297-2365 Mobile | (415) 263-7000 Work |
| Home | (415) 306-6766 Mobile |
| jfiero@pszjlaw.com | 510.644.9360 Home |
| | 4142 Pager |
| | ggreenwood@pszjlaw.com |

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.