## Mark Wray

| | |
|---|---|
| **From:** | John David Fischer <fischerlawcal@aol.com> |
| **Sent:** | Thursday, December 17, 2020 4:50 PM |
| **To:** | kcoleman@nutihart.com |
| **Cc:** | Mark Wray |
| **Subject:** | Desert Oasis Apts Plan |

Kevin,

Please give me a call when you have a chance. Spoke to Goldman and Bregman and they made a proposal.

John David Fischer
Fischer, Zisblatt & Kiss, LLP
310/376-2402