# Pachulski Stang Ziehl & Jones LLP

150 California St.
Floor 15th
San Francisco, CA 94111

Kavita Gupta
Gupta Ferrer LLP
1300 Bristol Street North ste. 100
Newport Beach, CA  92660

July 31, 2021
Invoice   128351
Client    33085
Matter    00001
**JDF**

RE:  Desert Oasis Apartments LLC

## STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   07/31/2021

| | |
|---|---:|
| FEES | $50,128.00 |
| EXPENSES | $142.97 |
| **TOTAL CURRENT CHARGES** | **$50,270.97** |
| **BALANCE FORWARD** | **$212,123.74** |
| **TOTAL BALANCE DUE** | **$262,394.71** |

Pachulski Stang Ziehl & Jones LLP                                             Page:       2
Gupta, Kavita (Desert Oasis)                                                  Invoice 128351
33085   -00001                                                                July 31, 2021

**Summary of Services by Professional**

| ID  | Name                | Title     | Rate   | Hours | Amount      |
|-----|---------------------|-----------|--------|-------|-------------|
| GSG | Greenwood, Gail S.  | Counsel   | 800.00 | 44.10 | $34,720.00  |
| JDF | Fiero, John D.      | Partner   | 800.00 | 14.20 | $11,360.00  |
| PJJ | Jeffries, Patricia J.| Paralegal | 460.00 | 8.80  | $4,048.00   |
|     |                     |           |        | 67.10 | $50,128.00  |

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001

Page:   3  
Invoice 128351  
July 31, 2021

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 9.00 | $7,200.00 |
| CA | Case Administration [B110] | 5.70 | $4,560.00 |
| CO | Claims Admin/Objections[B310] | 31.70 | $24,800.00 |
| CP | Compensation Prof. [B160] | 20.70 | $13,568.00 |
|  |  | 67.10 | $50,128.00 |

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001

Page:    4  
Invoice 128351  
July 31, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Auto Travel Expense [E109] | $30.95 |
| Conference Call [E105] | $16.83 |
| Federal Express [E108] | $24.49 |
| Pacer - Court Research | $45.10 |
| Reproduction/ Scan Copy | $25.60 |
|  | $142.97 |

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001  

Page:    5  
Invoice 128351  
July 31, 2021  

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | | |
| 07/02/2021 | JDF | BL | | Email responding to client inquiry regarding upcoming hearing | 0.10 | 800.00 | $80.00 |
| 07/15/2021 | GSG | BL | | Internal emails with K. Gupta re settlement exchange. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | | Telephone call with K. Gupta re mediation brief. | 0.60 | 800.00 | $480.00 |
| 07/15/2021 | GSG | BL | | Review/research rules and cases re conflicts of interest. | 0.60 | 800.00 | $480.00 |
| 07/15/2021 | GSG | BL | | Revise claim objection re Gonzales deed of trust and exhibits for reference. | 0.60 | 800.00 | $480.00 |
| 07/15/2021 | GSG | BL | | Confer with M. Renck re mediation briefing, exhibits, and TOC/TOA. | 0.30 | 800.00 | $240.00 |
| 07/15/2021 | GSG | BL | | Email Gubner re settlement offer. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | | Telephone call from C. Carlyon re DL settlement offer and clarification. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | | Review J. Fiero comments to mediation brief (.1); telephone call with K. Gupta re mediation brief and comments (.2). | 0.30 | 800.00 | $240.00 |
| 07/15/2021 | GSG | BL | | Emails to/from Fischer re mediation and attach draft claim objection. | 0.30 | 800.00 | $240.00 |
| 07/15/2021 | GSG | BL | | Review/revise claim objection re TOC/TOA and edits. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | | Review Bregman email re settlement offer "clarification" and emails re same. | 0.10 | 800.00 | $80.00 |
| 07/16/2021 | GSG | BL | | Review NH brief re comments. | 0.40 | 800.00 | $320.00 |
| 07/16/2021 | GSG | BL | | Review client comments re mediation brief and additional background and conflict arguments. | 0.70 | 800.00 | $560.00 |
| 07/16/2021 | GSG | BL | | Confer with J. Fiero re estimated fees and mediation briefing status. | 0.20 | 800.00 | $160.00 |
| 07/16/2021 | GSG | BL | | Telephone calls and email with L. Schnetzer re mediation procedures and delivery of briefs, and revised order re same. | 0.30 | 800.00 | $240.00 |
| 07/16/2021 | GSG | BL | | Email S. Seflin re mediation offer. | 0.10 | 800.00 | $80.00 |
| 07/16/2021 | GSG | BL | | Revise and finalize mediation brief and claim objections, confer with M. Renck re exhibits and | 2.10 | 800.00 | $1,680.00 |

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001

Page:     6  
Invoice 128351  
July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | binders, and serve mediator by email. |  |  |  |
| 07/28/2021 | GSG | BL | Emails among counsel re settlement status and LBR 9019. | 0.20 | 800.00 | $160.00 |
| 07/29/2021 | GSG | BL | Review settlement terms in preparation for hearing. | 0.30 | 800.00 | $240.00 |
| 07/29/2021 | GSG | BL | Review draft settlement agreement and fee application while awaiting hearing. | 0.50 | 800.00 | $400.00 |
| 07/29/2021 | GSG | BL | Attend telephonic status conference re mediation and settlement. | 0.50 | 800.00 | $400.00 |
|  |  |  |  | 9.00 |  | $7,200.00 |

### Case Administration [B110]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 07/06/2021 | JDF | CA | Review court order re mediation (.1); Confer with G. Greenwood re same (.1) | 0.20 | 800.00 | $160.00 |
| 07/06/2021 | GSG | CA | Emails to/from M. Wray regarding mediation order and 7/21 appearance. | 0.20 | 800.00 | $160.00 |
| 07/06/2021 | GSG | CA | Calls and emails re mediation scheduling and order. | 0.40 | 800.00 | $320.00 |
| 07/06/2021 | GSG | CA | Receive and review further court order; call C. Carlyon and confer with J. Fiero. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | JDF | CA | Confer with G. Greenwood re mediation timing (.1); Confer with client re same in conference call including Gail Greenwood (.3) | 0.40 | 800.00 | $320.00 |
| 07/07/2021 | GSG | CA | Telephone call with C. Carlyon re mediation scheduling. | 0.10 | 800.00 | $80.00 |
| 07/07/2021 | GSG | CA | Email K. Gupta and J. Fiero and call re 7/8 hearing. | 0.20 | 800.00 | $160.00 |
| 07/07/2021 | GSG | CA | Telephone call with S. Selflin re 7/21 mediation or alternate July dates. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | GSG | CA | Calls/emails with S. Selflin, and C. Carlyon re meet and confer obligation re mediation scheduling; confer with J. Fiero re same. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | GSG | CA | Conference call with J. Fiero and K. Gupta re mediation availability. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | GSG | CA | Call with M. Wray re 7/21 mediation and scheduling conference. | 0.30 | 800.00 | $240.00 |
| 07/08/2021 | GSG | CA | Review emails and confer with J. Fiero re 7/8 hearing. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001

Page:      7  
Invoice 128351  
July 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/12/2021 | GSG | CA | Confer with J. Fiero re mediation and briefing. | 0.20 | 800.00 | $160.00 |
| 07/14/2021 | JDF | CA | Confer with G. Greenwood re settlement posture and strategize re same (.3) | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CA | Telephonically attend status conference re mediation scheduling. | 0.70 | 800.00 | $560.00 |
| 07/14/2021 | GSG | CA | Email K. Gupta and Grobstein Temple re June fee estimate (.1); review invoices re same (.2); confer with J. Fiero re discount and estimate (.3). | 0.60 | 800.00 | $480.00 |
| 07/14/2021 | GSG | CA | Review settlement offers of Nuti Hart and Desert Land, and draft/send Desert Oasis settlement offer. | 0.50 | 800.00 | $400.00 |
| 07/14/2021 | GSG | CA | Emails from/to Court re mediation contact info. | 0.20 | 800.00 | $160.00 |
| 07/14/2021 | GSG | CA | Email Grobstein Temple re June fee estimate. | 0.10 | 800.00 | $80.00 |
| | | | | 5.70 | | $4,560.00 |

### Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/07/2021 | GSG | CO | Revise claim objection and review proposed exhibits. | 0.80 | 800.00 | $640.00 |
| 07/08/2021 | JDF | CO | Review and revise claim objection (.7); Prepare for and attend hearing on mediation specifics (.6); Send report to client and G. Greenwood re same (.2) | 1.50 | 800.00 | $1,200.00 |
| 07/08/2021 | GSG | CO | Prepare exhibits to mediation brief/claim objection and confer with M. Renck re same. | 0.40 | 800.00 | $320.00 |
| 07/08/2021 | GSG | CO | Revise and forward claim objection to J. Fiero. | 0.40 | 800.00 | $320.00 |
| 07/09/2021 | JDF | CO | Review and comment on mediation brief (.6); Confer with G. Greenwood re brief strategy (.2) | 0.80 | 800.00 | $640.00 |
| 07/09/2021 | GSG | CO | Review dockets re BG fee objection and claim allowance motion. | 0.60 | 800.00 | $480.00 |
| 07/09/2021 | GSG | CO | Call with K. Gupta re mediation briefing and status. | 0.90 | 800.00 | $720.00 |
| 07/09/2021 | GSG | CO | Revise claim objection/mediation brief re basis for sanctions. | 3.70 | 800.00 | $2,960.00 |
| 07/09/2021 | GSG | CO | Confer with J. Fiero re mediation briefing and order. | 0.20 | 800.00 | $160.00 |
| 07/12/2021 | GSG | CO | Draft/revise claim objection re sanctions. | 0.60 | 800.00 | $480.00 |
| 07/12/2021 | GSG | CO | Review order re mediation briefing and draft enclosure letter. | 0.80 | 800.00 | $640.00 |

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001

Page:     8  
Invoice 128351  
July 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/12/2021 | GSG | CO | Research/review cases re trustee conflicts of interest. | 1.70 | 800.00 | $1,360.00 |
| 07/12/2021 | GSG | CO | Telephone call with K. Coleman re mediation. | 0.20 | 800.00 | $160.00 |
| 07/12/2021 | GSG | CO | Review order and emails to/from Gupta and Gubner re deadline for exchange of offers. | 0.20 | 800.00 | $160.00 |
| 07/12/2021 | GSG | CO | Draft confidential settlement brief. | 3.40 | 800.00 | $2,720.00 |
| 07/13/2021 | GSG | CO | Emails to/from Fischer re mediation/settlement history. | 0.20 | 800.00 | $160.00 |
| 07/13/2021 | GSG | CO | Review emails re BG fees, review fee app, and telephone call with S. Seflin. | 0.50 | 800.00 | $400.00 |
| 07/13/2021 | GSG | CO | Review order and website re status conference procedures; confer with J. Fiero re same. | 0.30 | 800.00 | $240.00 |
| 07/13/2021 | GSG | CO | (Hold) Review docket re BG fee app and related fees and objections. | 0.70 | 800.00 | $560.00 |
| 07/13/2021 | GSG | CO | Research/review AFI cases re conflict analysis. | 0.90 | 800.00 | $720.00 |
| 07/13/2021 | GSG | CO | Telephone calls (2) with Fischer re mediation and status conference. | 0.30 | 800.00 | $240.00 |
| 07/13/2021 | GSG | CO | Emails to/from K. Gupta re mediation status and communications with other parties. | 0.40 | 800.00 | $320.00 |
| 07/13/2021 | GSG | CO | Telephone call with K. Coleman re mediation/settlement status. | 0.40 | 800.00 | $320.00 |
| 07/13/2021 | GSG | CO | (No charge) Telephone call with K. Gupta re mediation status, settlement offers, and settlement dynamics. | 0.70 | 800.00 | $0.00 |
| 07/13/2021 | GSG | CO | Additional emails to/from Fischer and Gupta re status conference and mediation scheduling. | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CO | Confer with J. Fiero (.2) re further status conference (.1). | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CO | Review 3/11 transcript and revise mediation brief re undisputed facts and settlement history. | 0.70 | 800.00 | $560.00 |
| 07/14/2021 | GSG | CO | Review emails re settlement discussions. | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CO | Telephone call with K. Gupta re mediation status and briefing. | 0.20 | 800.00 | $160.00 |
| 07/14/2021 | GSG | CO | Emails to/from S. Gubner re exchange of fee information. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001  

Page:     9  
Invoice 128351  
July 31, 2021  

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/14/2021 | GSG | CO | Review J. Fiero comments to claim objection (.3) and incorporate further revisions to objection and mediation statement (1.2). | 1.50 | 800.00 | $1,200.00 |
| 07/14/2021 | GSG | CO | (Hold) Telephone call with Fischer re mediation appearances and court confirmation re Las Vegas. | 0.50 | 800.00 | $400.00 |
| 07/15/2021 | JDF | CO | Comment on draft of mediation brief | 1.80 | 800.00 | $1,440.00 |
| 07/16/2021 | JDF | CO | Work on finalization of mediation brief and attachments (1.3); Confer with G. Greenwood re same (.2); Review settlement offer from Desert Land estate (.2) | 1.70 | 800.00 | $1,360.00 |
| 07/18/2021 | JDF | CO | Follow emails regarding document exchange | 0.10 | 800.00 | $80.00 |
| 07/19/2021 | JDF | CO | Emails with Gubner firm re fee disclosure and exchange (.3); Review mediation notes and prepare for mediation (.3) | 0.60 | 800.00 | $480.00 |
| 07/21/2021 | JDF | CO | Attend and participate in global mediation | 2.90 | 800.00 | $2,320.00 |
|  |  |  |  | **31.70** |  | **$24,800.00** |

### Compensation Prof. [B160]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 07/26/2021 | PJJ | CP | Draft first and final fee application. | 3.50 | 460.00 | $1,610.00 |
| 07/27/2021 | GSG | CP | Review/revise invoices per UST guidelines. | 2.60 | 800.00 | $2,080.00 |
| 07/28/2021 | JDF | CP | Work on fee application narratives | 1.80 | 800.00 | $1,440.00 |
| 07/28/2021 | PJJ | CP | Work on final fee application. | 5.30 | 460.00 | $2,438.00 |
| 07/28/2021 | GSG | CP | Review summary of bills and discount calculations. | 0.30 | 800.00 | $240.00 |
| 07/29/2021 | JDF | CP | Work on fee application | 0.60 | 800.00 | $480.00 |
| 07/29/2021 | GSG | CP | Draft/revise factual statement re fee application. | 3.70 | 800.00 | $2,960.00 |
| 07/30/2021 | JDF | CP | Additional revisions to fee application | 1.40 | 800.00 | $1,120.00 |
| 07/30/2021 | GSG | CP | Review Guidelines and LBR re fee applications. | 0.30 | 800.00 | $240.00 |
| 07/30/2021 | GSG | CP | Revise fee application re factual details and history. | 1.20 | 800.00 | $960.00 |
|  |  |  |  | **20.70** |  | **$13,568.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                                                      **$50,128.00**

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001

Page:   10  
Invoice 128351  
July 31, 2021

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---:|
| 06/11/2021 | CC | Conference Call [E105] AT&T Conference Call, GIG | 16.83 |
| 07/16/2021 | FE | 33085.00001 FedEx Charges for 07-16-21 | 24.49 |
| 07/16/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 07/16/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/16/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 07/16/2021 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 07/16/2021 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 07/16/2021 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 07/16/2021 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 07/16/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 07/27/2021 | AT | Auto Travel Expense [E109] Uber Transportation Services, from PSZJ SF to Residence, O. Carpio | 30.95 |
| 07/31/2021 | PAC | Pacer - Court Research | 45.10 |

**Total Expenses for this Matter** **$142.97**

Pachulski Stang Ziehl & Jones LLP  
Gupta, Kavita (Desert Oasis)  
33085   -00001

Page:   11  
Invoice 128351  
July 31, 2021

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**   07/31/2021

| | |
|---|---:|
| **Total Fees** | $50,128.00 |
| **Total Expenses** | 142.97 |
| **Total Due on Current Invoice** | $50,270.97 |

**Outstanding Balance from prior invoices as of**   07/31/2021          (May not include recent payments)

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126635 | 11/30/2020 | $89,520.00 | $116.29 | $89,636.29 |
| 126901 | 12/31/2020 | $14,800.00 | $18.80 | $14,818.80 |
| 128204 | 10/31/2020 | $25,840.00 | $90.80 | $25,930.80 |
| 128206 | 01/31/2021 | $5,920.00 | $12.10 | $5,932.10 |
| 128207 | 02/28/2021 | $20,960.00 | $85.88 | $21,045.88 |
| 128208 | 03/31/2021 | $15,360.00 | $23.85 | $15,383.85 |
| 128228 | 04/30/2021 | $9,680.00 | $12.93 | $9,692.93 |
| 128229 | 05/31/2021 | $4,080.00 | $59.06 | $4,139.06 |
| 128236 | 06/30/2021 | $25,520.00 | $24.03 | $25,544.03 |

**Total Amount Due on Current and Prior Invoices:**          $262,394.71