**Mark Wray**

___

| | |
|---|---|
| **From:** | John David Fischer <fischerlawcal@aol.com> |
| **Sent:** | Monday, September 27, 2021 1:18 PM |
| **To:** | Mark Wray |
| **Subject:** | Fwd: Desert Oasis call |

Re Fiero inquiry re status of golden negotiations

John David Fischer
Fischer, Zisblatt & Kiss, LLP
310/376-2402


-----Original Message-----
From: John Fiero <jfiero@pszjlaw.com>
To: John David Fischer <fischerlawcal@aol.com>; mwray@markwraylaw.com <mwray@markwraylaw.com>
Cc: Gail S. Greenwood <ggreenwood@pszjlaw.com>
Sent: Wed, Jun 16, 2021 2:42 pm
Subject: RE: Desert Oasis call

Gents:

We thought we would hear from you after the weekend. Any update on next steps/discussions with Busbin or Golden? Based on an email I got from Susan Selfin, it seems like BG is getting nervous about whether or not we would attend a mediation. That helps us, it seems to me. But not as much as filing the claim objection might.

Anyways, just looking for a status report from your vantage point. Thanks.

-John



**John Fiero**
Pachulski Stang Ziehl & Jones LLP
Tel: 415.263.7000 | Fax: 415.263.7010
jfiero@pszjlaw.com
vCard | Bio | LinkedIn


Los Angeles | San Francisco | Wilmington, DE | New York | Houston

**From:** John David Fischer [mailto:fischerlawcal@aol.com]
**Sent:** Friday, June 11, 2021 10:11 AM
**To:** Gail S. Greenwood <ggreenwood@pszjlaw.com>; mwray@markwraylaw.com; kgupta@guptaferrer.com; kcoleman@nutihart.com
**Cc:** John Fiero <jfiero@pszjlaw.com>
**Subject:** Re: Desert Oasis call

1