**Shelton Declaration**

**Exhibit A**

**(Swecker Moloney & Moir CPAs Document Production)**

**DESERT OASIS APARTMENTS**
**SCHEDULE OF LOAN PAYABLE TO DESERT LAND**
1999 - 2010

| | Due to Desert Land | |
|---|---|---|
| Original purchase of property - 1999 | 1,865,562 | |
| Refinance Heller Finance Mortgage - 2000 | 5,008,061 | Desert Land Escrow #684232 |
| Related party transactions - 2000 | (52,721) | |
| Related party transactions - 2001 | (4,000) | |
| Related party transactions - 2002 | 409,067 | |
| Related party transactions - 2003 | (1,441,125) | Transfers + Escrow #5106000041 + Escrow #5106000159 |
| Related party transactions - 2004 | (150,000) | Lease payments to FLT Trust on behalf of Desert Land |
| Reclassify Due to Desert Ranch - 2005 | 61,188 | Desert Ranch final tax return 2003 |
| Related party transactions - 2005 | (797,812) | |
| Related party transactions - 2007 | 349,588 | Midland Loan Service paid by Desert Land |
| Related party transactions - 2009 | 192,998 | |
| Related party transactions - 2010 | (36,033) | |
| | 5,404,771 | |

SW0001

Desert Oasis Apartments
Working Trial Balance
12-31-99

*(handwritten: 19191 ... Purchase)*

| | Begining % | Ending % | WTB 12/31/98 DR | CR | ADJUSTMENTS DR | CR | WTB 12/31/99 DR | CR | 1999 Allocations | 1999 Ending Capital |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 30,069.97 | 22,066.67 | 8,003.30 | | | |
| Land | | | | | 1,306,727.71 | | 1,306,727.71 | | | |
| Bulding | | | | | 5,584,241.26 | | 5,584,241.26 | | | |
| Accumulated Depreciation | | | | | (101,531.66) | | (101,531.66) | | | |
| Note Payable Desert Land LLC | | | | | | 1,865,561.88 | | 1,865,561.88 | | |
| Note Payable Heller Financial | | | | | | 5,000,000.00 | | 5,000,000.00 | | |
| Clearing | | | | | 4,884,438.12 | 4,884,438.12 | | 0.00 | | |
| **Limited Partners** | | | | | | | | | | |
| Bulloch Family Trust | 0.9000 | 0.9000 | | | 19,860.00 | 22,500.00 | | 2,640.00 | (63,949.14) | (61,309.14) |
| D&M Gaffin Living Trust | 0.1000 | 0.1000 | | | 2,206.67 | 2,500.00 | | 293.33 | (7,105.46) | (6,812.13) |
| | 1.00 | 1.00 | | | | | | | (71,054.60) | (68,121.27) |
| | | | 0.00 | 0.00 | 11,726,012.07 | 11,797,066.67 | 6,797,440.61 | 6,868,495.21 | | |
| | | | | | 71,054.60 | 71,054.60 | | 71,054.60 | | |
| **Income** | | | | | | | | | | |
| Rental Income | | | | | | 30,004.00 | | | | |
| Interest Income | | | | | | 473.06 | | | | |
| **Expenses** | | | | | | | | | | |
| Accounting | | | | | | | | | | |
| Bank Fees | | | | | | | | | | |
| Depreciation | | | | | 101,531.66 | | | | | |
| Interest | | | | | | | | | | |
| ...ase Expense | | | | | | | | | | |
| ...ense and Filing Fees | | | | | | | | | | |
| Office | | | | | | | | | | |
| Property Taxes | | | | | | | | | | |
| Repair & Maintenance | | | | | | | | | | |
| Utilities | | | | | | | | | | |
| | | | 0.00 | 0.00 | 101,531.66 | 30,477.06 | | | | |
| | | | | | (71,054.60) | | | | | |

Prepared By: Lori Lane
File C:DesertOasisApt.wb3
27-Aug-2001
12:15 PM

SW0002

Desert Oasis Apartments
Working Trial Balance
12-31-00

*2000*

*Net = 6,830,901.57*

| | Begining % | Ending % | WTB 12/31/99 DR | WTB 12/31/99 CR | ADJUSTMENTS DR | ADJUSTMENTS CR | WTB 12/31/00 DR | WTB 12/31/00 CR | 2000 Allocations | 2000 Ending Capital |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | | | 8,003.30 | | 97,557.99 | 92,586.13 | 12,975.16 | | | |
| Land | | | 1,306,727.71 | | 69,248.75 | 12,357.70 | 1,363,618.76 | | | |
| Building | | | 5,584,241.26 | | | | 5,584,241.26 | | | |
| Accumulated Depreciation | | | (101,531.66) | | (203,063.31) | | (304,594.97) | | | |
| Due from Desert Land | | | | | 15,521.19 | | 15,521.19 | | | |
| Note Payable Desert Land LLC | | | | 1,865,681.88 | 37,200.00 | 5,008,060.83 | | 6,836,422.71 | | |
| Note Payable Heller Financial | | | | 5,000,000.00 | 5,000,000.00 | | | 0.00 | | |
| Due to Desert Ranch | | | | | | 61,187.92 | | 61,187.92 | | |
| Line of Credit - First Security Bank | | | | | 0.00 | | 0.00 | | | |
| **Limited Partners** | | | | | | | | | | |
| Bulloch Family Trust | 0.9000 | 0.9000 | | (61,309.14) | | | | | (61,309.14) (141,955.16) | (203,264.30) |
| D&M Gaffin Living Trust | 0.1000 | 0.1000 | | (6,812.13) | | | | | (6,812.13) (15,772.60) | (22,584.93) |
| | 1.00 | 1.00 | | | | | | | | |
| | | | 6,797,440.61 | 6,797,440.61 | 5,016,464.62 | 5,174,192.58 157,727.96 | 6,671,761.40 | 6,829,489.36 157,727.96 | (157,727.96) | (225,849.23) |
| **Income** | | | | | | | | | | |
| Rental Income | | | | | | 84,753.00 | | | | |
| Interest Income | | | | | | 447.29 | | | | |
| **Expenses** | | | | | | | | | | |
| Accounting | | | | | 71.50 | | | | | |
| Bank Fees | | | | | 203,063.31 | | | | | |
| Depreciation | | | | | 32,187.00 | | | | | |
| Interest | | | | | | | | | | |
| Lease Expense | | | | | | | | | | |
| Legal & Professional | | | | | 5,148.51 | | | | | |
| Office | | | | | | | | | | |
| Property Taxes | | | | | 2,457.93 | | | | | |
| Repair & Maintenance | | | | | | | | | | |
| Utilities | | | | | | | | | | |
| | | | 0.00 | 0.00 | 242,928.25 (157,727.96) | 85,200.29 | | | | |

*DL ESCROW #684232*

Prepared By: Lori Lane          8-Oct-2001
File\C:DesertOasisApt.wb3        03:16 PM

SW0004

Desert Oasis Apartments
**Working Trial Balance**
12-31-01

*2001* (handwritten)

| | Beginning % | Ending % | WTB 12/31/00 DR | WTB 12/31/00 CR | ADJUSTMENTS DR | ADJUSTMENTS CR | WTB 12/31/01 DR | WTB 12/31/01 CR | 2001 Allocations | 2001 Ending Capital |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash - Bank of the West | | | 12,975.16 | | 341,854.46 | 354,629.62 | 0.00 | | | |
| Cash - B of A General Acct | | | 0.00 | | 61,417.69 | 56,000.00 | 5,417.69 | | | |
| Cash - B of A Money Mkt | | | 0.00 | | 71,662.12 | 27,000.00 | 44,662.12 | | | |
| Land | | | 1,383,618.76 | | | | 1,383,618.76 | | | |
| Building | | | 5,584,241.28 | | | | 5,584,241.28 | | | |
| Accumulated Depreciation | | | (304,594.97) | | (203,063.31) | | (507,658.28) | | | |
| Due from Desert Land | | | 15,521.19 | | | | -15,521.19 | | | |
| Due from Casa Malaga | | | 0.00 | | 76,500.00 | | 76,500.00 | | | |
| Note Payable Desert Land LLC | | | | 6,836,422.71 | 4,000.00 | | | 6,832,422.71 | | |
| Note Payable Heller Financial | | | | 0.00 | | | | 0.00 | | |
| Due to Desert Ranch | | | | 61,187.92 | | | | 61,187.92 | | |
| Line of Credit - First Security Bank | | | | | | | 0.00 | | | |
| **Limited Partners** | | | | | | | | | | |
| Bulloch Family Trust | 0.9000 | 0.9000 | | (203,284.30) | 25,048.80 | | | (229,213.10) | (50,963.99) | (280,177.09) |
| Gulf Stream Irrevocable Trust | 0.1000 | 0.1000 | | (22,584.93) | 2,883.20 | | | (25,468.13) | (5,662.67) | (31,130.80) |
| | 1.00 | 1.00 | 6,671,761.40 | 6,671,761.40 | 381,002.96 | 437,629.62 | 6,582,302.74 | 6,638,929.40 | (56,626.66) | (311,307.89) |
| | | | | | | 56,626.66 | | 56,626.66 | | |
| **Income** | | | | | | | | | | |
| Rental Income | | | | | | 441,651.00 | | | | |
| Interest Income | | | | | | 497.58 | | | | |
| **Expenses** | | | | | | | | | | |
| Accounting | | | | | 1,600.00 | | | | | |
| Bank Fees | | | | | | | | | | |
| Depreciation | | | | | 203,063.31 | | | | | |
| Interest | | | | | 5,000.00 | | | | | |
| License & Fees | | | | | 85.00 | | | | | |
| Legal & Professional | | | | | 284,171.93 | | | | | |
| Office | | | | | | | | | | |
| Property Taxes | | | | | 3,855.00 | | | | | |
| Repair & Maintenance | | | | | | | | | | |
| Utilities | | | | | | | | | | |
| | | | 0.00 | 0.00 | 498,775.24 | 442,148.58 | | | | |
| | | | | | (56,626.66) | | | | | |

*6,814,901.52* (handwritten)

Prepared By: Lori Lane        2-Jul-2002
File\C:DesertOasisApt.wb3        03:03 PM

*Happi Olympus - 5,475.24* (handwritten)

```
8/5/02                       Desert Oasis Apartments                    Company: DOA
14:22               General Ledger - Period Ending 12/31/01             Page:    1


  Date   Mt  Ref #  Account      Description          Current        Year-To-Date
-------- --  ------ ---------  -------------------- -------------    -------------
Beginning Balance         104 Cash in Bank-BofA General                      0.00*
  1/1/01 12    JE1     104 Beginning Balances           0.00
12/31/01 12    JE3     104 2001 Transfers          27,000.00
12/31/01 12    CD1     104 2001 Disbursements      34,417.69
12/31/01 12    CD2     104 2001 Disbursements     -56,000.00
                           Ending Balances =        5,417.69*        5,417.69**

Beginning Balance         105 Cash in Bank-BofA Money Mkt                    0.00*
12/31/01 12    CR2     105 2001 Cash Receipts      71,662.12
  1/1/01 12    JE1     105 Beginning Balances           0.00
12/31/01 12    JE3     105 2001 Transfers         -27,000.00
                           Ending Balances =       44,662.12*       44,662.12**

Beginning Balance         106 Cash in Bank-Bank West                         0.00*
12/31/01 12    CR1     106 2001 Cash Receipts     341,654.46
  1/1/01 12    JE1     106 Beginning Balances      12,975.16
12/31/01 12    CD1     106 2001 Disbursements    -354,629.62
                           Ending Balances =            0.00*            0.00**

Beginning Balance         121 Due From Casa Malaga                           0.00*
12/31/01 12    CD1     121 2001 Disbursements      57,500.00
12/31/01 12    CD2     121 2001 Disbursements      19,000.00
                           Ending Balances =       76,500.00*       76,500.00**

Beginning Balance         125 Due from Desert Land LLC                       0.00*
  1/1/01 12    JE1     125 Beginning Balances      15,521.19
                           Ending Balances =       15,521.19*       15,521.19**

Beginning Balance         171 Land                                           0.00*
  1/1/01 12    JE1     171 Beginning Balances   1,363,618.76
                           Ending Balances =    1,363,618.76*    1,363,618.76**

Beginning Balance         172 Building                                       0.00*
  1/1/01 12    JE1     172 Beginning Balances   5,584,241.26
                           Ending Balances =    5,584,241.26*    5,584,241.26**

Beginning Balance         181 Accumulated Depreciation                       0.00*
  1/1/01 12    JE1     181 Beginning Balances    -304,594.97
12/31/01 12    JE4     181 2001 Depreciation     -203,063.31
                           Ending Balances =     -507,658.28*     -507,658.28**

Beginning Balance         220 Due to Desert Land, LLC                        0.00*
  1/1/01 12    JE1     220 Beginning Balances  -6,836,422.71
12/31/01 12    CD1     220 2001 Disbursements       4,000.00
                           Ending Balances =   -6,832,422.71*  -6,832,422.71**

Beginning Balance         221 Due to Desert Ranch                            0.00*
  1/1/01 12    JE1     221 Beginning Balances     -61,187.92
                           Ending Balances =      -61,187.92*      -61,187.92**
```

SW0008

```
8/5/02                        Desert Oasis Apartments                    Company: DOA
14:22              General Ledger - Period Ending 12/31/01                    Page:   2
```

| Date | Mt | Ref # | Account | Description | Current | Year-To-Date |
|------|----|-------|---------|-------------|---------|--------------|
| Beginning Balance | | | 301 | Capital-H & C Bulloch Trust | | 0.00* |
| 1/1/01 | 12 | JE1 | 301 | Beginning Balances | 203,264.30 | |
| | | | | Ending Balances = | 203,264.30* | 203,264.30** |
| Beginning Balance | | | 302 | Capital-Gulf Stream Irr Tr | | 0.00* |
| 1/1/01 | 12 | JE1 | 302 | Beginning Balances | 22,584.93 | |
| | | | | Ending Balances = | 22,584.93* | 22,584.93** |
| Beginning Balance | | | 320 | Distributions-H & C Bullock Tr | | 0.00* |
| 12/31/01 | 12 | JE2 | 320 | Bal Rental Income | 25,948.80 | |
| | | | | Ending Balances = | 25,948.80* | 25,948.80** |
| Beginning Balance | | | 321 | Distributions-Gulf Stream Irr | | 0.00* |
| 12/31/01 | 12 | JE2 | 321 | Bal Rental Income | 2,883.20 | |
| | | | | Ending Balances = | 2,883.20* | 2,883.20** |
| Beginning Balance | | | 401 | Rental Income | | 0.00* |
| 12/31/01 | 12 | CR1 | 401 | 2001 Cash Receipts | -341,187.00 | |
| 12/31/01 | 12 | CR2 | 401 | 2001 Cash Receipts | -71,632.00 | |
| 12/31/01 | 12 | JE2 | 401 | Bal Rental Income | -28,832.00 | |
| | | | | Ending Balances = | -441,651.00* | -441,651.00** |
| Beginning Balance | | | 407 | Interest Income | | 0.00* |
| 12/31/01 | 12 | CR1 | 407 | 2001 Cash Receipts | -467.46 | |
| 12/31/01 | 12 | CR2 | 407 | 2001 Cash Receipts | -30.12 | |
| | | | | Ending Balances = | -497.58* | -497.58** |
| Beginning Balance | | | 702 | Accounting Fees | | 0.00* |
| 12/31/01 | 12 | CD1 | 702 | 2001 Disbursements | 1,600.00 | |
| | | | | Ending Balances = | 1,600.00* | 1,600.00** |
| Beginning Balance | | | 740 | Depreciation Exprense | | 0.00* |
| 12/31/01 | 12 | JE4 | 740 | 2001 Depreciation | 203,063.31 | |
| | | | | Ending Balances = | 203,063.31* | 203,063.31** |
| Beginning Balance | | | 770 | Interest | | 0.00* |
| 12/31/01 | 12 | CD1 | 770 | 2001 Disbursements | 6,000.00 | |
| | | | | Ending Balances = | 6,000.00* | 6,000.00** |
| Beginning Balance | | | 788 | Legal Fees | | 0.00* |
| 12/31/01 | 12 | CD1 | 788 | 2001 Disbursements | 247,171.93 | |
| 12/31/01 | 12 | CD2 | 788 | 2001 Disbursements | 37,000.00 | |
| | | | | Ending Balances = | 284,171.93* | 284,171.93** |
| Beginning Balance | | | 794 | License & Filing Fees | | 0.00* |
| 12/31/01 | 12 | CD1 | 794 | 2001 Disbursements | 85.00 | |
| | | | | Ending Balances = | 85.00* | 85.00** |

SW0009

```
8/5/02                          Desert Oasis Apartments               Company: DOA
14:22                  General Ledger - Period Ending 12/31/01         Page:    3


   Date    Mt  Ref #  Account      Description          Current       Year-To-Date
 --------  --  ------  ---------  --------------------  -------------  -------------
Beginning Balance             796 Maintenace & Repairs                        0.00*
12/31/01 12     CD1           796 2001 Disbursements       3,855.00
                                   Ending Balances =       3,855.00*    3,855.00**


                                   General Ledger is in balance.              0.00**
 36 Transactions

Current Loss            (56,626.66)    Y-T-D Loss          (56,626.66)
```

SW0010

DESERT OASIS APARTMENTS, LLC
Statement of Assets, Liabilities,
and Capital - Cash Basis
December 31, 2002

### ASSETS

| | | |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash In Bank-Debtor in Possess | | $ 274.43 |
| Due from Casa Malaga | | 76,500.00 |
| TOTAL CURRENT ASSETS | | 76,774.43 |
| | | |
| **FIXED ASSETS** | | |
| Land | $ 1,363,618.76 | |
| Building | 5,584,241.26 | |
| Accumulated Depreciation | (710,721.58) | |
| TOTAL FIXED ASSETS | | 6,237,138.44 |
| | | |
| **OTHER ASSETS** | | |
| TOTAL ASSETS | | $ 6,313,912.87 |

### LIABILITIES & MEMBERS' CAPITAL

| | | |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Due to Desert Land, LLC | | $ 7,225,968.42 |
| Due to Desert Ranch | | 61,187.92 |
| TOTAL CURRENT LIABILITIES | | 7,287,156.34 |
| | | |
| **MEMBERS' CAPITAL** | | |
| Capital | (311,307.89) | |
| Net Income (Loss) | (661,935.58) | |
| TOTAL MEMBERS' CAPITAL | | (973,243.47) |
| | | |
| TOTAL LIABILITIES & CAPITAL | | $ 6,313,912.87 |

See Accompanying Accountants' Compilation Report

SW0011

DESERT OASIS APARTMENTS, LLC
Statement of Revenue and Expenses - Cash Basis
For the Period Ended December 31, 2002

|  | | 12 Months Ended Dec. 31, 2002 |
|---|---|---|
| **REVENUE** | | |
| Rental Income | $ | 492,457.00 |
| Interest Income | | 658.49 |
| TOTAL REVENUE | | 493,115.49 |
| | | |
| **EXPENSES** | | |
| Accounting Fees | | 950.00 |
| Bank Charges | | 91.50 |
| Depreciation Expense | | 203,063.30 |
| Interest | | 525,016.82 |
| Lease Expense | | 40,000.00 |
| Legal & Professional | | 284,203.40 |
| License & Filing Fees | | 85.00 |
| Management Fees | | 3,000.00 |
| Office Expense | | 11,465.80 |
| Option Fees Expired | | 36,000.00 |
| Taxes-Property | | 37,907.25 |
| Travel | | 11,518.00 |
| Trustee Fees | | 1,750.00 |
| TOTAL ADMIN EXPENSES | | 1,155,051.07 |
| NET INCOME (LOSS) | $ | (661,935.58) |

See Accompanying Accountants' Compilation Report

SW0012

**Shelton Declaration**

**Exhibit B**

**(Estimated Borrower's Closing Statement)**

First American Title Company of Nevada
3760 Pecos McLeod Interconnect, Suite 7 * Las Vegas, NV  09121-4253
(702) 731-4131

ESCROW NUMBER:  884232                                TODAY'S DATE: 12/06/2000
PROPERTY: Vacant Land                                CLOSING DATE: 12/06/2000
         026 and 162-28-302-001

BORROWERS:
      Desert Land LLC

ESTIMATED BORROWER'S CLOSING STATEMENT

| DESCRIPTION | | DEBITS | CREDITS |
|---|---|---|---|
| Loan from | Tom Gonzales | | 41,500,000.00 |
| Funds previously received from Tom Gonzalez on 11/22/00 | | 500,000.00 | |
| 190-99218 | Gonzo Financial | 1,867,994.03 | |
| #99-133/Oasis Apartments | Heller Financial | 5,028,400.56 | |
| Pay off to New World, LLC | | 5,000,000.00 | |
| Origination Fee    2.000% | Tom Gonzales | 830,000.00 | |
| Origination fee    1.000% | Barry Fieldman | 415,000.00 | |
| Interest - 1 yr in advance | Tom Gonzales | 5,397,493.26 | |
| Sammie Armstrong    to | #889231 | 1,358,616.67 | |
| Interest from 11/22/2000 to 12/06/2000 @ $178.09000/day | | 2,493.26 | |
| To # 86015 Tivoli | | 5,219,472.00 | |
| TO 833089 FLT Trust | | 15,852,120.22 | |
| Title Premium - Owners | First American Title Co/Nevada | 200.00 | |
| Alta Premium  - Lenders | First American Title Co/Nevada | 16,340.00 | |
| County tax/stamps: | Deed $  6,750.00 Mtg $ | 6,750.00 | |
| Recording fees: Deed$ | Mtg$  250.00 Releases$ | 250.00 | |
| Recon Tracking Fee | First American Title | 400.00 | |
| Overnight Del/Handling Fee | First American Title | 95.00 | |
| Inspection Fee | First American Title | 1,120.00 | |
| Fax/Phone Charges | First American Title | 105.00 | |
| Escrow Fee | First American Title Co/Nevada | 2,650.00 | |
| Held For Misc | | 500.00 | |
| Subtotals | | 41,500,000.00 | 41,500,000.00 |
| Balance Due From Borrower | | | |
| TOTALS | | 41,500,000.00 | 41,500,000.00 |

Borrower understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accurancy thereof.  The Lender involved may be furnished a copy of this Statement.

The undersigned hereby authorizes FIRST AMERICAN TITLE COMPANY to make expenditures and disbursements as shown and approves same for payment.  The undersigned also acknowleges receipt of Loan Funds in the amount shown above and receipt of a copy of this Statement.

APPROVED AND ACCEPTED THIS ___6th___ Day of ___December___ , 20_00_ .

First American Title Company of Nevada

By: Sharon G. Silverberg

Desert Land LLC

By: Howard Bulloch, Manager

SGS

**Shelton Declaration**

**Exhibit C**

**(Desert Oasis Apartments LLC's Petition and Schedules filed May 31, 2002)**

ORIGINAL

## FORM 1.  VOLUNTARY PETITION

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|
| _____Southern_____ District of _____Nevada_____ | |

| NAME OF DEBTOR - (If Individual, enter Last, First, Middle)<br>Desert Oasis Apartments, LLC | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(include married, birth, and trade names)<br>none | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(include married, birth, and trade names) |
| SOC SEC/TAX I.D. NO (If more than one, state all)<br>88-0433777 | SOC SEC/TAX I.D. NO (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>7475 W. Sahara Avenue, Suite 100<br><br>Las Vegas, NV 89117 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) |

| COUNTY of residence or principal place of business<br>Clark | PHONE NUMBER<br>702-948-3344 | COUNTY of residence or principal place of business | PHONE NUMBER |
|---|---|---|---|
| MAILING ADDRESS OF DEBTOR (If different from Street Address)<br>same | | MAILING ADDRESS OF JOINT DEBTOR (If different from Street Address) | |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from address listed above)          n/a |
|---|

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

VENUE (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of the petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in the District.

| TYPE OF DEBTOR<br>☐ Individual      ☐ Stockbroker<br>☐ Partnership    ☐ Community Broker<br>☐ Corporation    ☒ Other _____<br>☐ Railroad | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE<br>PETITION IS FILED (Check one box)<br>☐ Chapter 7    ☐ Chapter 9<br>☒ Chapter 11    ☐ Chapter 12<br>☐ Chapter 13    ☐ Sec 304 - Case ancillary to foreign proceeding |
|---|---|
| NATURE OF DEBT<br>☐ Consumer/Non-Business<br>☒ Business | FILING FEE (Check one box)<br>☒ Filing fee attached<br>☐ Filing fee to be paid in installments |
| CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered as a small business under<br>   11 U.S.C. § 1121(e) (Optional) | Installment payments applicable to individuals only.  Must attach<br>signed application for the courts consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b).<br>See Official Form No. 3. |

| STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S. C. § 604)<br>(Estimates only - Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will<br>   be no funds available for distribution to unsecured creditors. | |

ESTIMATED NUMBER OF CREDITORS

☐ 1-15  ☒ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over

ESTIMATED ASSETS (in thousands of dollars)

☐ $0 to $50,000      ☐ $100,001 to $500,000      ☐ $1,000,001 to $10 million      ☐ $50,000,001 to $100 million<br>☐ $50,001 to $100,000    ☐ $500,001 to $1 million    ☒ $10,000,001 to $50 million    ☐ More than $100 million

ESTIMATED LIABILITIES (in thousands of dollars)

☐ $0 to $50,000      ☐ $100,001 to $500,000      ☐ $1,000,001 to $10 million      ☐ $50,000,001 to $100 million<br>☐ $50,001 to $100,000    ☐ $500,001 to $1 million    ☒ $10,000,001 to $50 million    ☐ More than $100 million

© 12002 opo law.  All rights reserved.  Printed in the United States of America.  opo law is a trademark of Clayton P. Osting.

RECEIVED AND FILED
UNITED STATES BANKRUPTCY COURT
PATRICIA GRAY CLERK
2002 MAY 31 PM 4:22

| VOLUNTARY PETITION   PAGE 2<br>(This page must be completed and filed in every case) | | Name of Debtor(s):<br>Desert Oasis Apartments, LLC | FORM B1 |
|---|---|---|---|
| PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet) | | | |

| Location where filed<br>none | Case Number | Date Filed |
|---|---|---|

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor<br>none   See attached | Case Number | Date Filed |
| Relationship | District | Judge |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (INDIVIDUAL/JOINT)

I declare under penalty of perjury that the information provided in this petition is true and correct. (If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11 United States Code, specified in this petition.

X _Howard Bulloff_
Signature of Debtor

X _____
Signature of Joint Debtor

702-948-3344
PHONE NUMBER (If not represented by attorney)

MAY 30, 2002
Date

### SIGNATURE OF ATTORNEY

X _____
Signature of Attorney for Debtor(s)

Lenard Schwartzer
PRINTED NAME OF ATTORNEY FOR DEBTOR(S)

Schwartzer & McPherson Law Firm
FIRM NAME

3800 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89109
ADDRESS

702-693-4230
TELEPHONE NUMBER

5 - 31 - 02
Date

### SIGNATURE OF DEBTOR (CORPORATION/PARTNERSHIP)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Howard Bulloff_
Signature of Authorized Individual

Howard Bulloff
Print or Type Name of Authorized Individual

MANAGER
Title of Individual Authorized by Debtor to File this Petition

MAY 30, 2002
Date

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e. g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under Chapter 11)

☒ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtors        Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy petition preparer

_____
Social Security Number

_____
Address                    Tel. No.

Names and Social Security number of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provision of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. § 156.

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Osling.

# United  States  Bankruptcy  Court

Southern        **District  of**      N evada

IN RE _____ Desert Oasis Apartments, LLC _____
name of debtor

**Case  No.** _____

**chapter** _____ Chapter 11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,B, D, E, F, I, and J in the boxes provided.  Add the amount from Schedules A and B to determine the total amount of the debtor's assets.  Add the amount from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A — Real Property | | | $41,040,000.00 | | |
| B — Personal Property | | | $2,150.00 | | |
| C — Property Claimed as Exempt | | | | | |
| D — Creditors Holding Secured Claims | | | | $41,500,000.00 | |
| E — Creditors Holding Unsecured Priority Claims | | | | $0.00 | |
| F — Creditors Holding Unsecured Nonpriority Claims | | | | | |
| G — Executory Contracts and Unexpired Leases | | | | | |
| H — Codebtors | | | | | |
| I — Current Income of Individual Debtor(s) | | | | | |
| J — Current Expenditures of Individual Debtor(s) | | | | | |
| Total Number of Sheets of ALL Schedules ▶ | | | | | |
| Total Assets ▶ | | | $41,042,150.00 | | |
| Total Liabilities ▶ | | | | $41,500,000.00 | |

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Osling.

Desert Oasis Apartments, LLC
NAME OF DEBTOR                    CASE NO.

## SCHEDULE A — REAL PROPERTY

Except as listed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor;s own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interest in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claim in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Desert Oasis Apartments 5316 Danville Lane Las Vegas, NV | Fee Simple 94.5% | | $41,040,000.00 | $41,500,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total ▶    $41,040,000.00

(Report also on Summary of Schedules)

© 2002 cpo law. All rights reserved. Printed in the United States of America. cpo law is a trademark of Clayton P. Osting.

Case 02-16204-bam    Doc 1    Entered 05/31/02 16:28:50    Page 11 of 19

NAME OF DEBTOR  Desert Oasis Apartments, LLC                                     CASE NO.

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests..  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| Tom Gonzales<br>PO Box 8786<br>Incline Village, NV 89452 | ☐ | | 12/15/2000<br>First Deed of Trust<br><br>VALUE $41,500,000.00<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | $41,500,000.00 | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |
| | ☐ | | VALUE<br>acct # | ☐ contingent<br>☐ unliquidated<br>☐ disputed | | |

|  | Subtotal  (Total of this page) ➡ | $41,500,000.00 |
|---|---|---|
| (Report also on Summary of Schedules) | Total  (Use only on last page) ➡ | $41,500,000.00 |

© 2002 cpc law.  All rights reserved.  Printed in the United States of America.  cpc law is a trademark of Clayton P. Osting.