# EXHIBIT F

| | |
|---|---|
| **From:** | Mark Wray <mwray@markwraylaw.com> |
| **Sent:** | Wednesday, October 28, 2020 5:29 PM |
| **To:** | John Fiero; Gail S. Greenwood |
| **Cc:** | John David Fischer |
| **Subject:** | Transcript |
| **Attachments:** | 19-03-11 Transcript.pdf |

John, Gail,

Thanks again to both of you for your time on the phone today.

Attached is the transcript of the ruling on the motion to appoint trustee. If there is anything else you need, please let me know.

Regards,

Mark Wray
Law Offices of Mark Wray
608 Lander Street
Reno, Nevada 89509
(775) 348-8877 office
(775) 848-8877 cell
(775) 348-8351 fax
mwray@markwraylaw.com

---

**From:** John Fiero
**Sent:** Wednesday, October 28, 2020 4:03 PM
**To:** Mark Wray
**Subject:** FW: Contact information for John and Gail

---

**From:** John Fiero
**Sent:** Wednesday, October 28, 2020 4:02 PM
**To:** 'mwray@markwraylaw.com' <mwray@markwraylaw.com>; 'fischerlawcal@aol.com' <fischerlawcal@aol.com>
**Cc:** Gail S. Greenwood <ggreenwood@pszjlaw.com>
**Subject:** Contact information for John and Gail

1

**John D Fiero Esq.**
Pachulski Stang Ziehl & Jones LLP
Attorney
(415) 217-5101 Work
(415) 263-7000 Work
(415) 297-2365 Mobile
Home
jfiero@pszjlaw.com

**Gail S Greenwood**
Pachulski Stang Ziehl & Jones LLP
Attorney
Attorney
(415) 217-5115 Work
(415) 263-7000 Work
(415) 306-6766 Mobile
510.644.9360 Home
4142 Pager
ggreenwood@pszjlaw.com

CONFIDENTIALITY
This e-mail message and any attachments thereto is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail message, you are hereby notified that any dissemination, distribution or copying of this e-mail message, and any attachments thereto is strictly prohibited. If you have received this e-mail message in error, please immediately notify me by telephone and permanently delete the original and any copies of this email and any prints thereof.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING
Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance and effect, absent an express statement to the contrary hereinabove, this e-mail message, its contents, and any attachments hereto are not intended to represent an offer or acceptance to enter into a contract and are not otherwise intended to bind the sender, Pachulski Stang Ziehl & Jones LLP, any of its clients, or any other person or entity.