# EXHIBIT O

**From:** John David Fischer <fischerlawcal@aol.com>
**Sent:** Wednesday, April 07, 2021 3:51 PM
**To:** John Fiero
**Cc:** Gail S. Greenwood; kcoleman@nutihart.com; mwray@markwraylaw.com
**Subject:** RE: DOA - Objection to Desert Land Claim

John,

In light of the desert land bankruptcy being converted instead of being dismissed, we are preparing an objection to the desert land claim in the DOA bankruptcy. We are assuming that you will likewise be filing an objection to the desert land claim for the DOA Chapter 11 trustee.

Mark and I would like to have you look at our objection and we would like to see your objection prior to both being filed. We would like to make sure that all bases are covered and that the unique objection grounds of the DOA chapter 11 trustee and Mr. Busbin are properly expressed and not in conflict with one another.

Please let me know if this is agreeable to you.

John David Fischer
Fischer, Zisblatt & Kiss, LLP
310/376-2402

1