# EXHIBIT P

**From:** John David Fischer <fischerlawcal@aol.com>
**Sent:** Monday, June 07, 2021 6:19 PM
**To:** Gail S. Greenwood
**Cc:** John Fiero; mwray@markwraylaw.com
**Subject:** RE: Desert Land

Gail,

Making progress on a settlement structure. Please advise John and to yourself to not run up any attorneys fees at this time. No objection needs to be filed yet and a mediation will not be needed. We either settle now, or the mediation will be an expensive waste of time.

John David Fischer
Fischer, Zisblatt & Kiss, LLP
310/376-2402

1