# EXHIBIT Q

**From:** John David Fischer <fischerlawcal@aol.com>
**Sent:** Monday, June 21, 2021 11:10 AM
**To:** John Fiero; mwray@markwraylaw.com
**Cc:** Gail S. Greenwood
**Subject:** Re: Desert Land / Apartments - NEED A RESPONSE FROM EVERYONE NOW RE SETTLEMENT CONFERENCE - : Settlement Conference - Desert Land & Desert Oasis Apartments

John,

We are still proceeding as we discussed Friday.

Trustee Golden and I concurred that a mediation on July 15 was too soon. We agreed that a mediation on July 26 would be better, allowing more time to determine if the matter could be settled without mediation. By proposing July 26 we are simply trying to comply with the Court Order to schedule a mediation date.

After we spoke on Friday, I had another session with Golden. We are making progress.

John David Fischer
Fischer, Zisblatt & Kiss, LLP
310/376-2402


-----Original Message-----
From: John Fiero <jfiero@pszjlaw.com>
To: Mark Wray <mwray@markwraylaw.com>; John David Fischer (fischerlawcal@aol.com) <fischerlawcal@aol.com>
Cc: Gail S. Greenwood <ggreenwood@pszjlaw.com>
Sent: Mon, Jun 21, 2021 10:59 am
Subject: RE: Desert Land / Apartments - NEED A RESPONSE FROM EVERYONE NOW RE SETTLEMENT CONFERENCE - : Settlement Conference - Desert Land & Desert Oasis Apartments

Hi, just keeping the lines of communication open and clear:

Does this mean we will not be settling before the mediation? If we are going to mediation, our mediation brief will likely be our filed claim objection.

-John

**John Fiero**
Pachulski Stang Ziehl & Jones LLP
Tel: 415.263.7000 | Fax: 415.263.7010
jfiero@pszjlaw.com
vCard | Bio | LinkedIn

Los Angeles | San Francisco | Wilmington, DE | New York | Houston


**From:** Mark Wray [mailto:mwray@markwraylaw.com]
**Sent:** Monday, June 21, 2021 10:56 AM
**To:** Susan K. Seflin <sseflin@bg.law>; John Fiero <jfiero@pszjlaw.com>; John Fischer <fischer3000@gmail.com>; Brigid Higgins (bhiggins@blackwadhams.law) <bhiggins@blackwadhams.law>;

1

Dawn Cica <Dcica@carlyoncica.com>; mfeder@dickinson-wright.com
**Cc:** Candace Carlyon <ccarlyon@carlyoncica.com>; Dawn Cica <Dcica@carlyoncica.com>; Jerrold Bregman <jbregman@bg.law>; Steven T. Gubner <sgubner@bg.law>
**Subject:** RE: Desert Land / Apartments - NEED A RESPONSE FROM EVERYONE NOW RE SETTLEMENT CONFERENCE - : Settlement Conference - Desert Land & Desert Oasis Apartments

Susan,

Brad Busbin, John Fischer and I are available July 26. Brad is in Orlando so I would like him to appear via Zoom, while Mr. Fischer and I attend in person.

Regards,

Mark Wray
Law Offices of Mark Wray
608 Lander Street
Reno, Nevada 89509
(775) 348-8877 office
(775) 848-8877 cell
(775) 348-8351 fax
mwray@markwraylaw.com



**From:** Susan K. Seflin <sseflin@bg.law>
**Sent:** Friday, June 18, 2021 2:46 PM
**To:** John Fiero <jfiero@pszjlaw.com>; John Fischer <fischer3000@gmail.com>; Mark Wray <mwray@markwraylaw.com>; Brigid Higgins (bhiggins@blackwadhams.law) <bhiggins@blackwadhams.law>; Dawn Cica <Dcica@carlyoncica.com>; mfeder@dickinson-wright.com
**Cc:** Candace Carlyon <ccarlyon@carlyoncica.com>; Dawn Cica <Dcica@carlyoncica.com>; Jerrold Bregman <jbregman@bg.law>; Steven T. Gubner <sgubner@bg.law>
**Subject:** Desert Land / Apartments - NEED A RESPONSE FROM EVERYONE NOW RE SETTLEMENT CONFERENCE - : Settlement Conference - Desert Land & Desert Oasis Apartments
**Importance:** High

Dear All – At Monday's hearing, the Court asked us to either file a pleading or send an email to the clerk regarding availability for a settlement conference by no later than today. On Monday, Candace Carlyon (on behalf of DLLA / the insiders) and I (on behalf of Jeff Golden) sent the below emails to Linda Duffy and copied Benji Rawling. Did anyone else respond or otherwise let the Court know their availability? Please reply to this email and tell me your and your client's availability to attend a settlement conference in the Desert Land and Desert Apartments cases regarding Desert Land's claims against the insiders and claims against Apartments. Judge Zive's available dates are: July 15, July 26, August 31 and September 1. We have August 31 and September 1 reserved per earlier emails with Ms. Duffy. Jeff Golden and our office are not available for July 15th but we can do July 26, August 31 and September 1.

I look forward to hearing from you.

Brigid and Michael – I don't think you need to attend the settlement conference but wanted to include both of you.

Thank you to everyone for hopefully your prompt response. Best, Susie

2

**BRUTZKUS GUBNER**
YOUR COUNSEL MATTERS®

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367

www.bg.law

Susan K. Seflin
Partner

(818) 827-9000 Main
(818) 827-9210 Direct
(818) 827-9053 Fax

sseflin@bg.law

[x] Susan K. Seflin

The preceding e-mail message is subject to Brutzkus Gubner Rozansky Seror Weber LLP's
e-mail policies, which can be found at: https://www.bg.law/web-disclaimer

**From:** Susan K. Seflin
**Sent:** Monday, June 14, 2021 2:34 PM
**To:** Candace Carlyon <ccarlyon@carlyoncica.com>; Linda Duffy <Linda_Duffy@nvb.uscourts.gov>
**Cc:** Tracy O'Steen <tosteen@carlyoncica.com>; Steven T. Gubner <sgubner@bg.law>; John Fischer <fischer3000@gmail.com>; John Fiero <jfiero@pszjlaw.com>; Gail S. Greenwood <ggreenwood@pszjlaw.com>; Jerrold Bregman <jbregman@bg.law>; Mark Wray <mwray@markwraylaw.com>; Dawn Cica <Dcica@carlyoncica.com>; Cristina Robertson <crobertson@carlyoncica.com>; Benji Rawling <Benji_Rawling@nvb.uscourts.gov>; Brigid Higgins (bhiggins@blackwadhams.law) <bhiggins@blackwadhams.law>
**Subject:** RE: Settlement Conference - Desert Land & Desert Oasis Apartments

Dear Ms. Duffy –

July 26, August 31 and September 1 work for Trustee Golden and our office. July 15th does not work. Jeff Golden (the ch 7 trustee for Desert Land) had a settlement conference with Judge Zive scheduled for July 26th (in another matter) and he just confirmed for me that those parties are amenable to moving dates to accommodate a global mediation in the Desert Land/Desert Oasis Apartments' cases on July 26th (if that date works for others on this email). Best regards, Susie

**From:** Candace Carlyon <ccarlyon@carlyoncica.com>
**Sent:** Monday, June 14, 2021 10:51 AM
**To:** Linda Duffy <Linda_Duffy@nvb.uscourts.gov>
**Cc:** Susan K. Seflin <sseflin@bg.law>; Tracy O'Steen <tosteen@carlyoncica.com>; Steven T. Gubner <sgubner@bg.law>; John Fischer <fischer3000@gmail.com>; John Fiero <jfiero@pszjlaw.com>; Gail S. Greenwood <ggreenwood@pszjlaw.com>; Jerrold Bregman <jbregman@bg.law>; Mark Wray <mwray@markwraylaw.com>; Dawn Cica <Dcica@carlyoncica.com>; Cristina Robertson <crobertson@carlyoncica.com>; Benji Rawling <Benji_Rawling@nvb.uscourts.gov>
**Subject:** Re: Settlement Conference - Desert Land & Desert Oasis Apartments

CAUTION: This email originated from an external source.
Good morning Ms. Duffy.
On behalf of my office and the defendants in the adversary we can be available July 15, August 31, and September 1. Mr. Bregman indicated at the hearing this morning that he had a settlement conference already scheduled with Judge Zive on July 26 for another client which he might be able to move, and we are available on that date as well. We greatly appreciate your assistance and Judge Zive's willingness to conduct the settlement conference in this matter.

Candace Carlyon
Carlyon Cica Chtd.
265 E. Warm Springs Suite 107
Las Vegas, NV 89119
702.685.4444 (office)
702.577-3613 (direct)
CarlyonCica.com

3

On May 20, 2021, at 8:38 AM, Linda Duffy <Linda_Duffy@nvb.uscourts.gov> wrote:

Good Morning,
Judge Zive has reviewed his calendar and has August 31 and Sept 1, 2021 available. Please let me know if those dates are acceptable to counsel.

Thank you

**From:** Susan K. Seflin <sseflin@bg.law>
**Sent:** Wednesday, May 19, 2021 2:54 PM
**To:** Tracy O'Steen <tosteen@carlyoncica.com>; Linda Duffy <Linda_Duffy@nvb.uscourts.gov>
**Cc:** Candace Carlyon <ccarlyon@carlyoncica.com>; Steven T. Gubner <sgubner@bg.law>; John Fischer <fischer3000@gmail.com>; John Fiero <jfiero@pszjlaw.com>; Gail S. Greenwood <ggreenwood@pszjlaw.com>; Jerrold Bregman <jbregman@bg.law>; Mark Wray <mwray@markwraylaw.com>; Dawn Cica <Dcica@carlyoncica.com>; Cristina Robertson <crobertson@carlyoncica.com>
**Subject:** RE: Settlement Conference - Desert Land & Desert Oasis Apartments

**CAUTION - EXTERNAL:**

Dear all - Trustee Golden agrees with Trustee Gupta's estimate of 2 days, and thinks it may make sense to divide the mediation into two parts. One regarding the adversary referenced below with Golden/DLLA/Gonzales, and one with Golden/Gupta/Gonzales regarding Desert Land's claim against Apartments. Do we have tentative dates yet?

Best regards, Susie

21650 Oxnard St., Suite 500
Woodland Hills, CA 91367

www.bg.law

Susan K. Seflin
Partner

(818) 827-9000 Main
(818) 827-9210 Direct
(818) 827-9053 Fax

sseflin@bg.law

Susan K. Seflin

The preceding e-mail message is subject to Brutzkus Gubner Rozansky Seror Weber LLP's e-mail policies, which can be found at: https://www.bg.law/web-disclaimer

**From:** Tracy O'Steen <tosteen@carlyoncica.com>
**Sent:** Friday, May 14, 2021 8:58 AM
**To:** linda_duffy@nvb.uscourts.gov
**Cc:** Candace Carlyon <ccarlyon@carlyoncica.com>; Steven T. Gubner <sgubner@bg.law>; Susan K. Seflin <sseflin@bg.law>; John Fischer <fischer3000@gmail.com>; John Fiero <jfiero@pszjlaw.com>; Gail S. Greenwood <ggreenwood@pszjlaw.com>; Jerrold Bregman <jbregman@bg.law>; Mark Wray <mwray@markwraylaw.com>; Dawn Cica <Dcica@carlyoncica.com>; Cristina Robertson <crobertson@carlyoncica.com>
**Subject:** Settlement Conference - Desert Land & Desert Oasis Apartments

CAUTION: This email originated from an external source.
Good morning Ms. Duffy,

4

As a follow up to our telephone conversation yesterday afternoon, below are the parties and counsel that will be participating in the Settlement Conference for Adversary Case No. 20-01156-gs:

- Plaintiff Trustee Jeffrey Golden represented by attorney Steve Gubner

- Defendants represented by attorney Candace Carlyon (and those Defendants are HOWARD BULLOCH DAVID GAFFIN, BRUCE BULLOCH; DESERT LAND LOAN ACQUISITION, LLC; COMPASS INVESTMENTS LLC; DAVID AND MARGIT GAFFIN FOUNDATION; THE HOWARD AND CRISTI BULLOCH FAMILY TRUST DATED 9/14/1995; HOWARD BULLOCH AS THE TRUSTEE OF THE HOWARD AND CRISTI BULLOCH FAMILY TRUST DATED 9/14/1995; THE HOWARD BULLOCH SEPARATE PROPERTY TRUST DATED 3/28/1993; HOWARD BULLOCH AS THE TRUSTEE OF THE HOWARD BULLOCH SEPARATE PROPERTY TRUST DATED 3/28/1993; THE CRISTI BULLOCH SEPARATE PROPERTY TRUST DATED 3/28/1993; CRISTI BULLOCH AS THE TRUSTEE OF THE CRISTI BULLOCH SEPARATE PROPERTY TRUST DATED 3/28/1993; THE BULLOCH HERITAGE TRUST; HOWARD BULLOCH AS TRUSTEE OF THE BULLOCH HERITAGE TRUST; THE GULFSTREAM IRREVOCABLE TRUST DATED 6/30/2000; DAVID GAFFIN AS THE TRUSTEE OF THE GULFSTREAM IRREVOCABLE TRUST DATED 6/30/2000; 10181 PARK RUN, LLC; CITATION HANGER, LLC; CITATION FINANCIAL LLC; TIVOLI MOTEL, INC.; DESERT CACTUS MHP, LLC; DESERT LV PROPERTIES QUAIL, LLC; DESERT RANCH, LLC; VEGAS FACON 20, LLC; LAS VEGAS STRIP PROPERTIES, LLC; LONDON HOTEL AND CASINO, LLC; LONDON - LAS VEGAS RESORT & CASINO, LLC; LV INVESTORS, LLC; CITATION MANAGEMENT, INC.

Below are the parties that will be participating in the Desert Oasis Apartments, LLC settlement conference:
- Claimant Desert Land LLC via Trustee Jeffrey Golden represented by attorney Steve Gubner
- Debtor Desert Oasis Apartments via Trustee Kavita Gupta represented by attorney John Fiero
- Creditor Brad Busbin, as Trustee of the Gonzales Charitable Reminder Unitrust One represented by attorney John Fischer

I have reached out to counsel regarding their position on the amount of time needed to conduct the conference, and only Mr. Fiero (for Trustee Gupta) has responded with an estimated 2 days. Mr. Fiero indicated that the Golden/DLLA/Gonzales mediation would be separate from the Adversary Case 20-01156-GS, so likely one day for each matter. Ms. Carlyon believes one day will be sufficient for Adversary Case No. 20-01156-GS, but is not opposed to 2 days if that is Judge Zive's preference. I have copied the attorneys that will be involved in the mediation/settlement conference on this email for your convenience. If I am mistaken about those participating, I am hopeful they will respond directly to this email.

Please do not hesitate to contact me for further clarification or questions.

Best,

Tracy M. O'Steen, Esq.
**Carlyon Cica Chtd.**
265 E. Warm Springs Rd. Ste. 107
Las Vegas, Nevada 89119
**T 702.685.4444 | D 702.936.3647**
TOSteen@CarlyonCica.com | www.ccclaw.vegas
*Licensed in Nevada, Arizona and Mississippi*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.