# EXHIBIT R

**From:** John David Fischer <fischerlawcal@aol.com>
**Sent:** Thursday, July 15, 2021 4:25 PM
**To:** Gail S. Greenwood
**Cc:** John Fiero; mwray@markwraylaw.com
**Subject:** Desert Land Mediation

Gail,

I am assuming that you will be briefing the DOA Trustee's objections to the desert land claim in the desert oasis apartments bankruptcy in your mediation brief.

Please send us a copy of your draft so we can avoid contradictions in our arguments. If you are making frank comments to Judge Sala that you want to keep private just send us the claim objection arguments. We will likewise be keeping our frank comments private.

John David Fischer
Fischer, Zisblatt & Kiss, LLP
310/376-2402