# EXHIBIT T



SAN FRANCISCO, CA
LOS ANGELES, CA
WILMINGTON, DE
NEW YORK, NY

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263-7000

FACSIMILE: 415/263-7010


**LOS ANGELES**

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760


**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400


**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777


WEB: www.pszjlaw.com

John D. Fiero

July 16, 2021

jfiero@pszjlaw.com

**VIA EMAIL AND U.S. MAIL**

Judge Paul Sala
U.S. Bankruptcy Court, D. Arizona
(Paul_Sala@azb.uscourts.gov)
(Leslie_Hendrix@azb.uscourts.gov)

U.S. Bankruptcy Court, D. Nevada
Foley Federal Building, 3rd Floor
300 Las Vegas Boulevard South
Las Vegas, NV 89101

      Re:    **In re Desert Oasis Apartments, LLC,
       USBC – NV Case No. bk-s-18-12456-gs**

Dear Judge Sala:

      The enclosed Confidential Settlement Brief and *Objection to Proof of Claim (Number 3) Filed by Desert Land LLC* are submitted on behalf of Kavita Gupta, Chapter 11 Trustee of Desert Oasis Apartments, LLC ("Trustee Gupta") in the above-referenced bankruptcy case. Jeff Golden "Trustee Golden") is the chapter 7 trustee in charge of Desert Land's bankruptcy estate. The Objection explains why the Desert Land claim is without merit and objectively frivolous, such that there is no basis for recovery.

      In the event that the Trustee Gupta and Trustee Golden are unable to reach a global resolution through our upcoming mediation, Trustee Gupta will file the Objection and schedule an immediate hearing thereon. Since the issues are purely legal, the matter will likely be dispensed with in short order.

      The Confidential Settlement Brief addresses specific issues identified previously by the Court, including some of the key issues that we believe are fueling the litigation.

DOCS_SF:105777.1 33085/001



July 16, 2021
Page 2

        We sincerely appreciate your time and attention to this matter.

                              Very truly yours,

                              John D. Fiero

Enclosure

cc:    Kavita Gupta, Chapter 11 Trustee (via email)