John D. Fiero (CA Bar No. 136557)  
Gail S. Greenwood (CA Bar No. 169939)  
PACHULSKI STANG ZIEHL & JONES LLP  
150 California Street, 15th Floor  
San Francisco, CA  94111-4500  
Telephone: 415/263-7000  
E-mail:   jfiero@pszjlaw.com  
              ggreenwood@pszjlaw.com

*Electronically filed: February 14, 2022*

Shara L. Larson (NV Bar No. 7786)  
GHANDI DEETER BLACKHAM  
725 S. 8th St., Suite 100  
Las Vegas, Nevada 89101  
Tel:  (702) 878-1115  
Email:    shara@ghandilaw.com

Special Litigation Counsel to  
Kavita Gupta, Disbursing Agent under  
the Confirmed Plan for the Estate of  
Desert Oasis Apartments, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: bk-s-18-12456-gs |
| **DESERT OASIS APARTMENTS, LLC,** | Chapter 11 |
| Debtor. | **DECLARATION OF KAVITA GUPTA IN SUPPORT OF MOTION OF THE DISBURSING AGENT FOR APPROVAL OF PACHULSKI STANG ZIEHL & JONES LLP'S POST-CONFIRMATION FEES AND EXPENSES** |
| | Hearing Date:  March 31, 2022 |
| | Time:              9:30 a.m. |

I, Kavita Gupta, declare:

1.        I am the Disbursing Agent under the Confirmed Chapter 11 Joint Plan of Liquidation dated January 25, 2021 (the "Plan")[1] for the estate of Desert Oasis Apartments, LLC (the "Debtor"). Prior to confirmation of the Plan, I was the chapter 11 trustee for the Debtor.  In such capacities, and except as otherwise indicated, I have personal knowledge of the facts set forth below.  If called as a witness, I could and would competently testify to the matters set forth herein.

---

[1]  All capitalized terms not otherwise defined have the meanings set forth in the Motion.

PACHULSKI STANG ZIEHL & JONES LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

2.     I submit this declaration in support of the *Motion of the Disbursing Agent for Approval of Pachulski Stang Ziehl & Jones LLP's Post-Confirmation Fees and Expenses* (the "Motion").

1.     In June 2020, I resigned as chapter 11 trustee of a related debtor, Desert Land LLC ("Desert Land"). Trustee Golden was appointed as chapter 11 trustee of Desert Land and he requested an extension of time to file a proof of claim against the Debtor (which I agreed to). In September 2020, Trustee Golden filed his claim against the Debtor for "at least $78,000,000" based on an alleged account stated, substantive consolidation of the estates, and alleged alter ego liability ("Claim").

2.     Trustee Golden refused to waive any potential conflicts to allow my original bankruptcy counsel (Nuti Hart) to object to the Claim and, in fact, expressly forbid the Nuti Hart firm from any further involvement adverse to the Desert Land estate. As a result, I had no choice but to retain special counsel to resolve the largest claim in the case.

3.     After considering a total of four law firms (two of which were Nevada firms), I selected PSZJ to serve as special counsel to investigate and object to the Claim based on the firm's exceptional bankruptcy and litigation experience, and because I wanted to return the largest possible dividend to creditors in the shortest amount of time. I stand by my selection of PSZJ and believe they did outstanding work in connection with the investigation and objection and, ultimately, mediation and settlement of the Claim. I believe that their fees are reasonable.

4.     I negotiated a capped hourly rate for the PSZJ attorneys that was below the customary rates charged by the firm and paid in cases throughout the United States. Naturally, I was concerned about fees. But I believed then and now that the circumstances presented required an experienced firm of PSZJ's caliber to address the sharp litigation tactics I expected from Trustee Golden and his counsel.

5.     PSZJ's employment was approved by the Court in December, 2020 [Docket No. 229]. At that time, Busbin had notice of the capped $800 hourly rate and, in response to several inquiries from the Court at the hearing to consider PSZJ's employment, counsel declined to raise any objection. Indeed, Busbin acknowledged that he was not objecting because the Debtor's estate

needed special counsel as a result of the alleged actual conflict of interest put forward by Trustee Golden.

6.     In response to my specific request for a written legal analysis of the Claim, PSZJ sent me on November 13, 2020 a strategic memorandum that included research regarding the theories of recovery under the Claim and an analysis of Trustee Golden's liability to the Desert Oasis estate for sanctions under Rule 11.

7.     On November 24, 2020, at my express instruction, PSZJ served Trustee Golden with a Rule 11 motion that laid out the frivolous nature of the Claim and requested its withdrawal on or before expiration of the safe harbor period (December 15, 2020). Trustee Golden responded on December 1, 2020 with a ten page, single-spaced letter demanding withdrawal of the Rule 11 motion and that I cease and desist pursuit of any objection to the Claim. Fee records for Trustee Golden show that his counsel billed the Desert Land estate over $39,000 to respond to the Rule 11 motion.

8.     On December 15, 2020, following service and receipt of the Rule 11 motion and still within the safe harbor period of Rule 11, Trustee Golden amended the Claim to assert a much smaller obligation against Debtor of $4.5 million (a 94% reduction).

9.     Both the amended Claim and the Rule 11 response letter asserted a right to recovery under *res judicata* based on a bankruptcy plan confirmed that was confirmed by the Debtor in 2011, almost a decade earlier. Thereafter (and at my request), PSZJ researched whether the *res judicata* theory had any applicability to the facts presented and continued to strategize with me regarding an objection to the Claim ("Claim Objection").

10.    In February 2021, Trustee Golden moved for permission to vote on the Debtor's proposed plan of liquidation, and raised objections to the plan. Because of the alleged conflict that Trustee Golden had refused to waive against Nuti Hart, I asked PSZJ to assist with a response. Based on the parties' briefing, the Court determined that Trustee Golden's motion under Bankruptcy Rule 3018 was moot.

11.    Following extensive back and forth between the parties and multiple hearings before the Bankruptcy Court to determine the date, settlement judge and procedures for mediation, a global mediation was scheduled on July 21, 2021 before Judge Sala. Counsel for Busbin pursued informal

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

settlement negotiations with Trustee Golden in advance of, and immediately leading up to, the mediation that were not successful. I estimate that Busbin's counsel variously pursued settlement options with Trustee Golden for at least six months. While I welcomed a possible settlement, my business judgment told me that the discussions did not eliminate the need for a Claim Objection and litigation strategy. It was at this time that I instructed my counsel (PSZJ) to advise Busbin's counsel that a completed objection would form the backbone of the Debtor's mediation statement, and I am informed and believe the message was relayed.

12.     In July 2021, PSZJ prepared a detailed Claim Objection and further request for sanctions under Rule 11. The Claim Objection was ready for immediate filing upon conclusion of the mediation absent a voluntary settlement, and was made a part of the mediation briefing. In my opinion, the Claim Objection was a critical factor that contributed to the mediated settlement.

13.     The Claim was settled for a reduced amount of $425,000 (a 91% reduction from the amended $4.5 million Claim and a 99.5% reduction from the original Claim). If the parties had not settled the Claim, I would have filed the Claim Objection and PSZJ was prepared to follow it with a motion for summary judgment based on the undisputed facts. I believe that all of PSZJ's services in connection with its investigation of the Claim history, preparing of the Claim Objection, and participation in the mediation were essential to the estate obtaining a favorable settlement.

14.     Many of the foregoing services were provided post-confirmation (during the month of July 2021 when the parties went to mediation). PSZJ continued to perform services after the mediation, including negotiation of the final settlement agreement and submission of its final fee application.

15.     Copies of PSZJ's Monthly Fees, consisting of invoices for July 2021 and August 2021, are attached hereto as **Exhibits A and B**. Busbin received copies of the Monthly Fees and has objected to their payment, thereby necessitating the motion this declaration supports.

16.     I have reviewed the Monthly Fees and believe they should be paid because PSZJ's continuing services were commissioned by me and part of the resolution of the Claim. In my opinion, they were both necessary and beneficial to the estate. Furthermore, I believe that the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

services set forth in the Monthly Fees were performed within a reasonable amount of time that was commensurate with the issues at hand and their complexity.

17.    PSZJ's total fees to date, including the Monthly Fees at issue, are approximately $265,000 (i.e., 6% of the $4,500,000 Claim as amended and just three one-thousandths of the original claimed amount).  I believe that PSZJ's services were outstanding and cost efficient.  I further believe that PSZJ's services were necessary and benefitted the estate, and the estate would not have achieved a favorable settlement of the Claim without PSZJ's services.  For that reason, I support payment of PSZJ's Monthly Fees, and request that the Court authorize me to pay them in the fully-invoiced amounts.

I declare under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct, and that this declaration was executed on February 14, 2022.

*/s/ Kavita Gupta*
Kavita Gupta

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

150 California St.
Floor 15th
San Francisco, CA 94111

July 31, 2021

| | |
|---|---|
| Invoice | 128351 |
| Client | 33085 |
| Matter | 00001 |
| | **JDF** |

Kavita Gupta
Gupta Ferrer LLP
1300 Bristol Street North ste. 100
Newport Beach, CA 92660

RE: Desert Oasis Apartments LLC

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2021

| | |
|---|---|
| FEES | $50,128.00 |
| EXPENSES | $142.97 |
| **TOTAL CURRENT CHARGES** | **$50,270.97** |
| **BALANCE FORWARD** | **$212,123.74** |
| **TOTAL BALANCE DUE** | **$262,394.71** |

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085   - 00001

Page:      2
Invoice 128351
July 31, 2021

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| GSG | Greenwood, Gail S. | Counsel | 800.00 | 44.10 | $34,720.00 |
| JDF | Fiero, John D. | Partner | 800.00 | 14.20 | $11,360.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 460.00 | 8.80 | $4,048.00 |
| | | | | 67.10 | $50,128.00 |

Pachulski Stang Ziehl & Jones LLP

Gupta, Kavita (Desert Oasis)

33085   - 00001

Page:    3

Invoice 128351

July 31, 2021

## <u>Summary of Services by Task Code</u>

| <u>Task Code</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| BL | Bankruptcy Litigation [L430] | 9.00 | $7,200.00 |
| CA | Case Administration [B110] | 5.70 | $4,560.00 |
| CO | Claims Admin/Objections[B310] | 31.70 | $24,800.00 |
| CP | Compensation Prof. [B160] | 20.70 | $13,568.00 |
| | | 67.10 | $50,128.00 |

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085    - 00001

Page:    4
Invoice 128351
July 31, 2021

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Auto Travel Expense [E109] | $30.95 |
| Conference Call [E105] | $16.83 |
| Federal Express [E108] | $24.49 |
| Pacer - Court Research | $45.10 |
| Reproduction/ Scan Copy | $25.60 |
| | $142.97 |

Pachulski Stang Ziehl & Jones LLP

Gupta, Kavita (Desert Oasis)

33085    - 00001

Page:    5

Invoice 128351

July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation [L430]** | | | | | | |
| 07/02/2021 | JDF | BL | Email responding to client inquiry regarding upcoming hearing | 0.10 | 800.00 | $80.00 |
| 07/15/2021 | GSG | BL | Internal emails with K. Gupta re settlement exchange. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | Telephone call with K. Gupta re mediation brief. | 0.60 | 800.00 | $480.00 |
| 07/15/2021 | GSG | BL | Review/research rules and cases re conflicts of interest. | 0.60 | 800.00 | $480.00 |
| 07/15/2021 | GSG | BL | Revise claim objection re Gonzales deed of trust and exhibits for reference. | 0.60 | 800.00 | $480.00 |
| 07/15/2021 | GSG | BL | Confer with M. Renck re mediation briefing, exhibits, and TOC/TOA. | 0.30 | 800.00 | $240.00 |
| 07/15/2021 | GSG | BL | Email Gubner re settlement offer. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | Telephone call from C. Carlyon re DL settlement offer and clarification. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | Review J. Fiero comments to mediation brief (.1); telephone call with K. Gupta re mediation brief and comments (.2). | 0.30 | 800.00 | $240.00 |
| 07/15/2021 | GSG | BL | Emails to/from Fischer re mediation and attach draft claim objection. | 0.30 | 800.00 | $240.00 |
| 07/15/2021 | GSG | BL | Review/revise claim objection re TOC/TOA and edits. | 0.20 | 800.00 | $160.00 |
| 07/15/2021 | GSG | BL | Review Bregman email re settlement offer "clarification" and emails re same. | 0.10 | 800.00 | $80.00 |
| 07/16/2021 | GSG | BL | Review NH brief re comments. | 0.40 | 800.00 | $320.00 |
| 07/16/2021 | GSG | BL | Review client comments re mediation brief and additional background and conflict arguments. | 0.70 | 800.00 | $560.00 |
| 07/16/2021 | GSG | BL | Confer with J. Fiero re estimated fees and mediation briefing status. | 0.20 | 800.00 | $160.00 |
| 07/16/2021 | GSG | BL | Telephone calls and email with L. Schnetzer re mediation procedures and delivery of briefs, and revised order re same. | 0.30 | 800.00 | $240.00 |
| 07/16/2021 | GSG | BL | Email S. Seflin re mediation offer. | 0.10 | 800.00 | $80.00 |
| 07/16/2021 | GSG | BL | Revise and finalize mediation brief and claim objections, confer with M. Renck re exhibits and binders, and serve mediator by email. | 2.10 | 800.00 | $1,680.00 |
| 07/28/2021 | GSG | BL | Emails among counsel re settlement status and LBR 9019. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP                                  Page:      6
Gupta, Kavita (Desert Oasis)                                      Invoice 128351
33085    - 00001                                                 July 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/29/2021 | GSG | BL | Review settlement terms in preparation for hearing. | 0.30 | 800.00 | $240.00 |
| 07/29/2021 | GSG | BL | Review draft settlement agreement and fee application while awaiting hearing. | 0.50 | 800.00 | $400.00 |
| 07/29/2021 | GSG | BL | Attend telephonic status conference re mediation and settlement. | 0.50 | 800.00 | $400.00 |
| | | | | **9.00** | | **$7,200.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/06/2021 | JDF | CA | Review court order re mediation (.1); Confer with G. Greenwood re same (.1) | 0.20 | 800.00 | $160.00 |
| 07/06/2021 | GSG | CA | Emails to/from M. Wray regarding mediation order and 7/21 appearance. | 0.20 | 800.00 | $160.00 |
| 07/06/2021 | GSG | CA | Calls and emails re mediation scheduling and order. | 0.40 | 800.00 | $320.00 |
| 07/06/2021 | GSG | CA | Receive and review further court order; call C. Carlyon and confer with J. Fiero. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | JDF | CA | Confer with G. Greenwood re mediation timing (.1); Confer with client re same in conference call including Gail Greenwood (.3) | 0.40 | 800.00 | $320.00 |
| 07/07/2021 | GSG | CA | Telephone call with C. Carlyon re mediation scheduling. | 0.10 | 800.00 | $80.00 |
| 07/07/2021 | GSG | CA | Email K. Gupta and J. Fiero and call re 7/8 hearing. | 0.20 | 800.00 | $160.00 |
| 07/07/2021 | GSG | CA | Telephone call with S. Selflin re 7/21 mediation or alternate July dates. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | GSG | CA | Calls/emails with S. Selflin, and C. Carlyon re meet and confer obligation re mediation scheduling; confer with J. Fiero re same. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | GSG | CA | Conference call with J. Fiero and K. Gupta re mediation availability. | 0.30 | 800.00 | $240.00 |
| 07/07/2021 | GSG | CA | Call with M. Wray re 7/21 mediation and scheduling conference. | 0.30 | 800.00 | $240.00 |
| 07/08/2021 | GSG | CA | Review emails and confer with J. Fiero re 7/8 hearing. | 0.10 | 800.00 | $80.00 |
| 07/12/2021 | GSG | CA | Confer with J. Fiero re mediation and briefing. | 0.20 | 800.00 | $160.00 |
| 07/14/2021 | JDF | CA | Confer with G. Greenwood re settlement posture and strategize re same (.3) | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CA | Telephonically attend status conference re mediation scheduling. | 0.70 | 800.00 | $560.00 |
| 07/14/2021 | GSG | CA | Email K. Gupta and Grobstein Temple re June fee estimate (.1); review invoices re same (.2); confer | 0.60 | 800.00 | $480.00 |

Pachulski Stang Ziehl & Jones LLP

Gupta, Kavita (Desert Oasis)

33085    - 00001

Page:    7

Invoice 128351

July 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | with J. Fiero re discount and estimate (.3). | | | |
| 07/14/2021 | GSG | CA | Review settlement offers of Nuti Hart and Desert Land, and draft/send Desert Oasis settlement offer. | 0.50 | 800.00 | $400.00 |
| 07/14/2021 | GSG | CA | Emails from/to Court re mediation contact info. | 0.20 | 800.00 | $160.00 |
| 07/14/2021 | GSG | CA | Email Grobstein Temple re June fee estimate. | 0.10 | 800.00 | $80.00 |
| | | | | 5.70 | | $4,560.00 |

## Claims Admin/Objections[B310]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/07/2021 | GSG | CO | Revise claim objection and review proposed exhibits. | 0.80 | 800.00 | $640.00 |
| 07/08/2021 | JDF | CO | Review and revise claim objection (.7); Prepare for and attend hearing on mediation specifics (.6); Send report to client and G. Greenwood re same (.2) | 1.50 | 800.00 | $1,200.00 |
| 07/08/2021 | GSG | CO | Prepare exhibits to mediation brief/claim objection and confer with M. Renck re same. | 0.40 | 800.00 | $320.00 |
| 07/08/2021 | GSG | CO | Revise and forward claim objection to J. Fiero. | 0.40 | 800.00 | $320.00 |
| 07/09/2021 | JDF | CO | Review and comment on mediation brief (.6); Confer with G. Greenwood re brief strategy (.2) | 0.80 | 800.00 | $640.00 |
| 07/09/2021 | GSG | CO | Review dockets re BG fee objection and claim allowance motion. | 0.60 | 800.00 | $480.00 |
| 07/09/2021 | GSG | CO | Call with K. Gupta re mediation briefing and status. | 0.90 | 800.00 | $720.00 |
| 07/09/2021 | GSG | CO | Revise claim objection/mediation brief re basis for sanctions. | 3.70 | 800.00 | $2,960.00 |
| 07/09/2021 | GSG | CO | Confer with J. Fiero re mediation briefing and order. | 0.20 | 800.00 | $160.00 |
| 07/12/2021 | GSG | CO | Draft/revise claim objection re sanctions. | 0.60 | 800.00 | $480.00 |
| 07/12/2021 | GSG | CO | Review order re mediation briefing and draft enclosure letter. | 0.80 | 800.00 | $640.00 |
| 07/12/2021 | GSG | CO | Research/review cases re trustee conflicts of interest. | 1.70 | 800.00 | $1,360.00 |
| 07/12/2021 | GSG | CO | Telephone call with K. Coleman re mediation. | 0.20 | 800.00 | $160.00 |
| 07/12/2021 | GSG | CO | Review order and emails to/from Gupta and Gubner re deadline for exchange of offers. | 0.20 | 800.00 | $160.00 |
| 07/12/2021 | GSG | CO | Draft confidential settlement brief. | 3.40 | 800.00 | $2,720.00 |
| 07/13/2021 | GSG | CO | Emails to/from Fischer re mediation/settlement history. | 0.20 | 800.00 | $160.00 |
| 07/13/2021 | GSG | CO | Review emails re BG fees, review fee app, and telephone call with S. Seflin. | 0.50 | 800.00 | $400.00 |
| 07/13/2021 | GSG | CO | Review order and website re status conference procedures; confer with J. Fiero re same. | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP                                         Page:      8
Gupta, Kavita (Desert Oasis)                                             Invoice 128351
33085    - 00001                                                          July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/13/2021 | GSG | CO | (Hold) Review docket re BG fee app and related fees and objections. | 0.70 | 800.00 | $560.00 |
| 07/13/2021 | GSG | CO | Research/review AFI cases re conflict analysis. | 0.90 | 800.00 | $720.00 |
| 07/13/2021 | GSG | CO | Telephone calls (2) with Fischer re mediation and status conference. | 0.30 | 800.00 | $240.00 |
| 07/13/2021 | GSG | CO | Emails to/from K. Gupta re mediation status and communications with other parties. | 0.40 | 800.00 | $320.00 |
| 07/13/2021 | GSG | CO | Telephone call with K. Coleman re mediation/settlement status. | 0.40 | 800.00 | $320.00 |
| 07/13/2021 | GSG | CO | (No charge) Telephone call with K. Gupta re mediation status, settlement offers, and settlement dynamics. | 0.70 | 800.00 | $0.00 |
| 07/13/2021 | GSG | CO | Additional emails to/from Fischer and Gupta re status conference and mediation scheduling. | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CO | Confer with J. Fiero (.2) re further status conference (.1). | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CO | Review 3/11 transcript and revise mediation brief re undisputed facts and settlement history. | 0.70 | 800.00 | $560.00 |
| 07/14/2021 | GSG | CO | Review emails re settlement discussions. | 0.30 | 800.00 | $240.00 |
| 07/14/2021 | GSG | CO | Telephone call with K. Gupta re mediation status and briefing. | 0.20 | 800.00 | $160.00 |
| 07/14/2021 | GSG | CO | Emails to/from S. Gubner re exchange of fee information. | 0.20 | 800.00 | $160.00 |
| 07/14/2021 | GSG | CO | Review J. Fiero  comments to claim objection (.3) and incorporate further revisions to objection and mediation statement (1.2). | 1.50 | 800.00 | $1,200.00 |
| 07/14/2021 | GSG | CO | (Hold) Telephone call with Fischer re mediation appearances and court confirmation re Las Vegas. | 0.50 | 800.00 | $400.00 |
| 07/15/2021 | JDF | CO | Comment on draft of mediation brief | 1.80 | 800.00 | $1,440.00 |
| 07/16/2021 | JDF | CO | Work on finalization of mediation brief and attachments (1.3); Confer with G. Greenwood re same (.2); Review settlement offer from Desert Land estate (.2) | 1.70 | 800.00 | $1,360.00 |
| 07/18/2021 | JDF | CO | Follow emails regarding document exchange | 0.10 | 800.00 | $80.00 |
| 07/19/2021 | JDF | CO | Emails with Gubner firm re fee disclosure and exchange (.3); Review mediation notes and prepare for mediation (.3) | 0.60 | 800.00 | $480.00 |
| 07/21/2021 | JDF | CO | Attend and participate in global mediation | 2.90 | 800.00 | $2,320.00 |
|  |  |  |  | **31.70** |  | **$24,800.00** |

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085   - 00001

Page:      9
Invoice 128351
July 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Compensation Prof. [B160]**

| Date | Init | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/26/2021 | PJJ | CP | Draft first and final fee application. | 3.50 | 460.00 | $1,610.00 |
| 07/27/2021 | GSG | CP | Review/revise invoices per UST guidelines. | 2.60 | 800.00 | $2,080.00 |
| 07/28/2021 | JDF | CP | Work on fee application narratives | 1.80 | 800.00 | $1,440.00 |
| 07/28/2021 | PJJ | CP | Work on final fee application. | 5.30 | 460.00 | $2,438.00 |
| 07/28/2021 | GSG | CP | Review summary of bills and discount calculations. | 0.30 | 800.00 | $240.00 |
| 07/29/2021 | JDF | CP | Work on fee application | 0.60 | 800.00 | $480.00 |
| 07/29/2021 | GSG | CP | Draft/revise factual statement re fee application. | 3.70 | 800.00 | $2,960.00 |
| 07/30/2021 | JDF | CP | Additional revisions to fee application | 1.40 | 800.00 | $1,120.00 |
| 07/30/2021 | GSG | CP | Review Guidelines and LBR re fee applications. | 0.30 | 800.00 | $240.00 |
| 07/30/2021 | GSG | CP | Revise fee application re factual details and history. | 1.20 | 800.00 | $960.00 |
| | | | | **20.70** | | **$13,568.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                      **$50,128.00**

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085   - 00001

Page:    10
Invoice 128351
July 31, 2021

---

### Expenses

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 06/11/2021 | CC | Conference Call [E105] AT&T Conference Call, GIG | 16.83 |
| 07/16/2021 | FE | 33085.00001 FedEx Charges for 07-16-21 | 24.49 |
| 07/16/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 07/16/2021 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 07/16/2021 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 07/16/2021 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 07/16/2021 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 07/16/2021 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 07/16/2021 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | 6.40 |
| 07/16/2021 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 07/27/2021 | AT | Auto Travel Expense [E109] Uber Transportation Services, from PSZJ SF to Residence, O. Carpio | 30.95 |
| 07/31/2021 | PAC | Pacer - Court Research | 45.10 |

**Total Expenses for this Matter**                                    **$142.97**

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085   - 00001

Page:    11
Invoice 128351
July 31, 2021

---

### REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**    07/31/2021

| | |
|---|---|
| **Total Fees** | **$50,128.00** |
| **Total Expenses** | **142.97** |
| **Total Due on Current Invoice** | **$50,270.97** |

**Outstanding Balance from prior invoices as of**    **07/31/2021**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126635 | 11/30/2020 | $89,520.00 | $116.29 | $89,636.29 |
| 126901 | 12/31/2020 | $14,800.00 | $18.80 | $14,818.80 |
| 128204 | 10/31/2020 | $25,840.00 | $90.80 | $25,930.80 |
| 128206 | 01/31/2021 | $5,920.00 | $12.10 | $5,932.10 |
| 128207 | 02/28/2021 | $20,960.00 | $85.88 | $21,045.88 |
| 128208 | 03/31/2021 | $15,360.00 | $23.85 | $15,383.85 |
| 128228 | 04/30/2021 | $9,680.00 | $12.93 | $9,692.93 |
| 128229 | 05/31/2021 | $4,080.00 | $59.06 | $4,139.06 |
| 128236 | 06/30/2021 | $25,520.00 | $24.03 | $25,544.03 |

**Total Amount Due on Current and Prior Invoices:**          **$262,394.71**

# EXHIBIT B

# Pachulski Stang Ziehl & Jones LLP

150 California St.
Floor 15th
San Francisco, CA 94111

August 31, 2021

Invoice    128579
Client      33085
Matter     00001
           **JDF**

Kavita Gupta
Gupta Ferrer LLP
1300 Bristol Street North ste. 100
Newport Beach, CA  92660

RE:  Desert Oasis Apartments LLC

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  08/31/2021

| | |
|---|---|
| FEES | $4,080.00 |
| EXPENSES | $2.84 |
| **TOTAL CURRENT CHARGES** | **$4,082.84** |
| **BALANCE FORWARD** | **$262,394.71** |
| **TOTAL BALANCE DUE** | **$266,477.55** |

Pachulski Stang Ziehl & Jones LLP

Page:    2

Gupta, Kavita (Desert Oasis)

Invoice 128579

33085    - 00001

August 31, 2021

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| GSG | Greenwood, Gail S. | Counsel | 0.00 | 0.30 | $0.00 |
| GSG | Greenwood, Gail S. | Counsel | 800.00 | 0.50 | $400.00 |
| JDF | Fiero, John D. | Partner | 800.00 | 4.60 | $3,680.00 |
| | | | | 5.40 | $4,080.00 |

Pachulski Stang Ziehl & Jones LLP

Gupta, Kavita (Desert Oasis)

33085   - 00001

Page:    3

Invoice 128579

August 31, 2021

## <u>Summary of Services by Task Code</u>

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| | | 5.40 | $4,080.00 |
| | | 5.40 | $4,080.00 |

Pachulski Stang Ziehl & Jones LLP

Gupta, Kavita (Desert Oasis)

33085    - 00001

Page:       4

Invoice 128579

August 31, 2021

## Summary of Expenses

| Description | Amount |
|---|---|
| Conference Call [E105] | $0.94 |
| Reproduction/ Scan Copy | $1.90 |
| | $2.84 |

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085    - 00001

Page:      5
Invoice 128579
August 31, 2021

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2021 | JDF | Review draft settlement agreement forwarded by K. Coleman; TC with K. Coleman; Email with J. Fischer re same | 0.40 | 800.00 | $320.00 |
| 08/06/2021 | JDF | Email to J. Fischer and M. Wray re status; Review comments offered by K. Coleman | 0.30 | 800.00 | $240.00 |
| 08/09/2021 | JDF | Review emails from K. Coleman and also review revisions | 0.20 | 800.00 | $160.00 |
| 08/13/2021 | JDF | Email exchange with K. Gupta re case status | 0.10 | 800.00 | $80.00 |
| 08/17/2021 | JDF | Process settlement revisions and confer with client re same; Email to Fischer and Wray | 0.50 | 800.00 | $400.00 |
| 08/19/2021 | JDF | Review K. Coleman comments; Read transcript | 0.40 | 800.00 | $320.00 |
| 08/19/2021 | GSG | Review emails and transcript re settlement. | 0.50 | 800.00 | $400.00 |
| 08/20/2021 | JDF | Revise settlement agreement; Forward draft to Fischer and Wray | 0.90 | 800.00 | $720.00 |
| 08/23/2021 | JDF | Consider additional settlement agreement revisions; Follow emails and other revisions | 0.50 | 800.00 | $400.00 |
| 08/24/2021 | JDF | Review Gubner draft; Confer with client re same | 0.50 | 800.00 | $400.00 |
| 08/25/2021 | JDF | Review and consider additional agreement revisions | 0.30 | 800.00 | $240.00 |
| 08/26/2021 | JDF | Email to J. Bregman re recital revisions and comments | 0.20 | 800.00 | $160.00 |
| 08/27/2021 | JDF | Email to J. Bregman with evidence; Review email from Fischer | 0.20 | 800.00 | $160.00 |
| 08/28/2021 | JDF | Review email re claim objection timing from K. Coleman | 0.10 | 800.00 | $80.00 |
| 08/31/2021 | GSG | [No charge] Review emails re proposed final settlement and disputed provisions. | 0.30 | 0.00 | $0.00 |
|  |  |  | **5.40** |  | **$4,080.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$4,080.00**

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085    - 00001

Page:      6
Invoice 128579
August 31, 2021

---

## Expenses

| | | | |
|---|---|---|---|
| 07/16/2021 | CC | Conference Call [E105] AT&T Conference Call, JDF | 0.94 |
| 08/31/2021 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| | **Total Expenses for this Matter** | | **$2.84** |

Pachulski Stang Ziehl & Jones LLP
Gupta, Kavita (Desert Oasis)
33085    - 00001

Page:      7
Invoice 128579
August 31, 2021

---

### REMITTANCE ADVICE

**Please inlcude this Remittance with your payment**

**For current services rendered through:**    **08/31/2021**

| | |
|---|---|
| **Total Fees** | **$4,080.00** |
| **Total Expenses** | **2.84** |
| **Total Due on Current Invoice** | **$4,082.84** |

**Outstanding Balance from prior invoices as of**    **08/31/2021**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 126635 | 11/30/2020 | $89,520.00 | $116.29 | $89,636.29 |
| 126901 | 12/31/2020 | $14,800.00 | $18.80 | $14,818.80 |
| 128204 | 10/31/2020 | $25,840.00 | $90.80 | $25,930.80 |
| 128206 | 01/31/2021 | $5,920.00 | $12.10 | $5,932.10 |
| 128207 | 02/28/2021 | $20,960.00 | $85.88 | $21,045.88 |
| 128208 | 03/31/2021 | $15,360.00 | $23.85 | $15,383.85 |
| 128228 | 04/30/2021 | $9,680.00 | $12.93 | $9,692.93 |
| 128229 | 05/31/2021 | $4,080.00 | $59.06 | $4,139.06 |
| 128236 | 06/30/2021 | $25,520.00 | $24.03 | $25,544.03 |
| 128351 | 07/31/2021 | $50,128.00 | $142.97 | $50,270.97 |

**Total Amount Due on Current and Prior Invoices:**        **$266,477.55**